## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____

|  |  |  |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-CV-10147-DPW |
| | ) | |
| THOMAS KELLY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____)

### DEFENDANT FRANCIS BLOOM'S MOTION TO DISMISS

Defendant Frances Bloom hereby respectfully requests this Court to dismiss the complaint filed by George Perrot.  As described more fully in the accompanying memorandum of law, Defendant Bloom is protected from suit by absolute immunity, or in the alternative, qualified immunity.

WHEREFORE, Defendant Bloom respectfully requests that the Court allow this motion and dismiss all claims against him with prejudice.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

On the memo:                                                      /s/ Susanne G. Reardon
Ioana Moldovan                                                  Susanne G. Reardon
Legal Intern                                                         BBO # 561669
                                                                            Assistant Attorney General
                                                                            Appeals Division
                                                                            Criminal Bureau
                                                                            One Ashburton Place
                                                                            Boston, Massachusetts 02108
                                                                            (617) 963-2832
                                                                            (617) 573-5358 (fax)
April 13, 2018                                                    Susanne.reardon@state.ma.us

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed through the ECF system on April 13, 2018. It will be will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2018.

/s/  Susanne G. Reardon
Susanne Reardon