UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 18-CV-10147

GEORGE PERROT,
    Plaintiff

v.

THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, JOHN SCANLON, DAVID LOUDEN, THOMAS KENNEDY, PAUL LANCE, CHIEF ERNEST STELZER, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAIN, ANDREW CANEVARI, CHERYL CLAPPROOD, CAPTAIN JOHN BROWN, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, the CITY OF SPRINGFIELD, MASSACHUSETTS, FRANCIS BLOOM, WILLIAM EUBANKS, WAYNE OAKES, and UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION,
    Defendants

## NOTICE OF APPEARANCE

Please enter my appearance as attorney for the defendant, Richard Kane, with regard to the above-captioned matter.

        */s/ Carole Sakowski Lynch*
        Carole Sakowski Lynch, BBO #547718
        clynch@morrisonmahoney.com
        Morrison Mahoney LLP
        1500 Main Street, Suite 2400
        Post Office Box 15387
        Springfield, MA 01115-5387
        Phone: 413-737-4373
        Fax: 413-739-3125

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 12, 2018.

*/s/ Carole Sakowski Lynch*
Carole Sakowski Lynch

692342v.1