THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 18-cv-10147

| | |
|---|---|
| **George Perrot,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | ) |
| **Thomas Kelly, Thomas Jarvis,** | ) |
| **Richard Kane, Charles Arpin,** | ) |
| **John Scanlon, David Louden,** | ) |
| **Thomas Kennedy, Paul Lance,** | ) |
| **Chief Ernest Stelzer, Marianne** | ) |
| **Popko, Paul Glantz, Ronald St.** | ) |
| **German, Andrew Canevari,** | ) |
| **Cheryl Clapprood, Captain John** | ) |
| **Brown, Unknown Officers of the** | ) |
| **Springfield Police Department,** | ) |
| **Francis Bloom, William Eubanks,** | ) |
| **Wayne Oakes and Unknown** | ) |
| **Agents of the Federal bureau of** | ) |
| **Investigation,** | ) |
| | ) |
|     **Defendants.** | ) |
| | ) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as an attorney for the Defendants, Thomas Kennedy, Marianne Popko n/k/a Moriarty and Cheryl Clapprood in the above entitled action.

Respectfully submitted,
The Defendants,
Thomas Kennedy,
Marianne Popko n/k/a Moriarty
and Cheryl Clapprood

Dated: September 20, 2018

/s/ Jeremy Saint Laurent
Jeremy Saint Laurent, Esq. BBO#698682
City of Springfield Law Department
1600 E. Columbus Ave., 2nd Floor
Springfield, MA 01103
Tel: (413) 886-5198
Fax: (413) 750-2363
jsaintlaurent@springfieldcityhall.com

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify a true copy of the within Notice of Appearance was this day served upon all parties of record via the Federal Court's ECF Notice and Delivery System.

Signed under the pains and penalties of perjury this 20th day of September 2018.

/s/ Jeremy Saint Laurent
Jeremy Saint Laurent, Esq.