UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Docket No. 3:18-cv010147

GEORGE PERROT
Plaintiff

v.

THOMAS KELLY, ET AL
Defendants

---

NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANTS ANDREW CANAVARI, PAUL GLANTZ, THOMAS JARVIS AND RONALD ST. GERMAIN

---

Enter my appearance as counsel for the Defendants Andrew Canavari, Paul Glantz, Thomas Jarvis and Ronald St. Germain.

FOR THE DEFENDANTS ANDREW CANAVARI, PAUL GLANTZ, THOMAS JARVIS AND RONALD ST. GERMAIN

/s/ Kevin B. Coyle
Kevin B. Coyle
1299 Page Boulevard
Springfield, MA 01104
TEL 413 787 1524
FAX 413 787 1703
attycoyle@aol.com
BBO 103540

I certify that I served a copy of this document on counsel of record by filing with the Court's ECF system.

October 3, 2018

Kevin B. Coyle