# THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Perrot,<br>  Plaintiff,<br><br>v.<br><br>Thomas Kelly, Thomas Jarvis,<br>Richard Kane, Charles Arpin,<br>John Scanlon, David Louden,<br>Thomas Kennedy, Paul Lance,<br>Chief Ernest Stelzer, Marianne<br>Popko, Paul Glantz, Ronald St.<br>German, Andrew Canevari,<br>Cheryl Clapprood, Captain John<br>Brown, Unknown Officers of the<br>Springfield Police Department,<br>Francis Bloom, William Eubanks,<br>Wayne Oakes and Unknown<br>Agents of the Federal Bureau of<br>Investigation,<br><br>  Defendants | Civil Action No. 1:18-cv-10147 |

## **NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

  Please enter my withdrawal of appearance as an attorney for the Defendants, Thomas Jarvis, Richard Kane, Paul Glantz, Andrew Canevari, Charles Arpin and Ronald St. Germain in the above entitled action.

        Respectfully submitted,
        The Defendants,
        Thomas Jarvis, Richard Kane, Paul Glantz,
        Andrew Canevari, Charles Arpin and
        Ronald St. Germain

Dated: October 4, 2018
        /s/ Lisa C. deSousa
        Lisa C. deSousa, Esq. BBO#546115
        City of Springfield Law Department
        1600 E. Columbus Ave., 2nd Floor
        Springfield, MA 01103
        Tel:    (413) 886-5205
        Fax:   (413) 750-2363
        Email: ldesousa@springfieldcityhall.com

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify a true copy of the within Notice of Disappearance was this day served upon all parties of record via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury this 4th day of October 2018.

        /s/ Lisa C. deSousa
        Lisa C. deSousa, Esq.