# THE UNITED STATE DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| George Perrot,  )  | |
|     Plaintiff,  ) | |
| ) | Civil Action No. 1:18-CV-10147 |
| v.  ) | |
| ) | |
| Thomas Kelly, et al  ) | |
|     Defendants  ) | |
| ) | |

## MOTION FOR CHANGE OF VENUE

Now come the City of Springfield, Cheryl Clapprood, Charles Arpin, Ronald St. Germain, Marianne Popko (n/k/a Moriarty), Paul Glantz, Thomas Kennedy, Richard Kane, Andrew Canevari and Thomas Jarvis, and move pursuant to 28 U.S.C. §1404(a) for transfer of this matter to the Springfield Division of the Massachusetts Federal District Court for purposes of trial and all pre-trial matters, including the conduct of discovery.

A memorandum in support of this motion is filed herewith.

## CERTIFICATE OF CONSULTATION

I, Lisa C. deSousa, hereby certify that the foregoing Motion for Change of Venue was discussed with Plaintiff's counsel telephonically on September 17, 2018 and the parties were unable to narrow the issues.

                                                                                    /s/ Lisa C. deSousa
                                                                                    Lisa C. deSousa, Esq.

| | |
|---|---|
| Respectfully submitted,<br>The Defendants<br>City of Springfield,<br>Cheryl Clapprood, Thomas Kennedy,<br>Marianne Popko (n/k/a Moriarty),<br>By their attorneys | Respectfully submitted,<br>the Defendant,<br>Charles Arpin,<br>by his attorney, |
| /s/ Lisa C. deSousa<br>/s/ Kathleen E. Sheehan<br>/s/ Edward M. Pikula<br>/s/ Jeremy Saint Laurent<br>Lisa C. deSousa, Esq. BBO#546115<br>Kathleen E. Sheehan, Esq. BBO#456910<br>Edward M. Pikula, Esq. BBO#399770<br>Jeremy Saint Laurent, Esq. BBO#698682<br>City of Springfield Law Department<br>1600 E. Columbus Ave., 2nd Floor<br>Springfield, MA 01103<br>Tel:  (413) 886-5205<br>Fax:  (413) 750-2363<br>ldesousa@springfieldcityhall.com<br>ksheehan@springfieldcityhall.com<br>jsaintlaurent@springfieldcityhall.com<br><br>Dated:  October 4, 2018 | /s/ Austin M. Joyce<br>Austin M. Joyce, Esq. BBO#255040<br>Reardon, Joyce & Akerson, P.C.<br>4 Lancaster Terrace<br>Worcester, MA 01609<br>Tel:    (508) 754-7285<br>email: ajoyce@rja-law.com<br><br>Dated:  October 4, 2018 |
| Respectfully submitted,<br>The Defendant,<br>Richard Kane,<br>By his attorney | Respectfully submitted,<br>The Defendants,<br>Andrew Canevari, Paul Glantz,<br>Thomas Jarvis and Ronald St. Germain<br>By their attorney |
| /s/ Carole Sakowski Lynch<br>Carol Sakowski Lynch, Esq. BBO#547718<br>Morrison Mahoney LLP<br>1500 Main Street, Suite 2400<br>P.O. Box 15387<br>Springfield, MA 01115-5387<br>Tel:  (413) 737-4373<br>Fax:  (413) 739-3125<br>clynch@morrisonmahoney.com<br><br>Dated:  October 4, 2018 | /s/ Kevin B. Coyle<br>Kevin B. Coyle, Esq. BBO#103540<br>1299 Page Boulevard<br>Springfield, MA 01104<br>Tel:    (413) 7871524<br>Fax:    (413) 787-1703<br>email: attycoyle@aol.com<br><br>Dated:  October 4, 2018 |

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify a true copy of the within Motion for Change of Venue was this day served upon all parties of record via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury this 4th day of October 2018.

                                                          /s/ Lisa C. deSousa
                                                         Lisa C. deSousa, Esq.