UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT,<br><br>    Plaintiff<br><br>v.<br><br>THOMAS KELLY, et al<br><br>    Defendants | Civil Action No. 18-CV-10147 |

## CERTIFICATION OF DEFENDANT CHARLES ARPIN PURSUANT TO LR, D.MASS. 16.1 (D) (3)

The undersigned party and his counsel hereby affirm that they have conferred:

(a) regarding the establishment of a budget for the costs of the full course, and various alternative courses, for the litigation; and,

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR, D.Mass. 16.4.

*Charles Arpin*
Charles Arpin

/s/ Austin M. Joyce
Austin M. Joyce
BBO # 255040
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609
508.754.7285
ajoyce@rja-law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the foregoing Certification, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants on October 4, 2018.

      /s/ Austin M. Joyce
      Austin M. Joyce