# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT, | ) |
| | ) Case No. 18-cv-10147 |
| Plaintiff, | ) |
| | ) Hon. Douglas P. Woodlock, |
| v. | ) District Judge |
| | ) |
| THOMAS KELLY, *et al.* | ) |
| | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

## PLAINTIFF'S SUBMISSION IN RESPONSE TO THE COURT'S 12/6/18 ORDER

NOW COMES Plaintiff, GEORGE PERROT, by and through his attorneys LOEVY & LOEVY, and, in keeping with this Court's Order of December 6, 2018, makes the following submission:

On December 6, 2018, this Court directed Plaintiff's counsel to provide within four days to the Court the document cited in paragraph 125 of Mr. Perrot's complaint. (Dckt. No. 1.) That document, the "Findings of Fact, Rulings of Law, and Order on Defendant's Motion for a New Trial," from the Hamden County Superior Court, is attached to this submission as Exhibit A. On December 11, 2018, in keeping with the Court's order, Plaintiff's counsel mailed a copy of Exhibit A with a cover letter to the Court, and sent by electronic mail a copy of the same to all counsel of record in this litigation.

On January 4, 2019, the Court directed counsel to file this document with the Court. Counsel therefore makes this filing.

RESPECTFULLY SUBMITTED,

s/ Tara Thompson
*Attorney for Plaintiff*
Debra Loevy
Gayle Horn
Mark Loevy-Reyes
Steven Art
Tara Thompson
Tony Balkissoon
Loevy & Loevy
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
Ph: (312) 243-5900
Fax: (312) 243-5902

## CERTIFICATE OF SERVICE

I, Tara Thompson, certify that the foregoing response was sent via CM/ECF to all counsel of record on January 4, 2019.

s/ Tara Thompson