# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT, ) | |
| ) | Case No. 1:18-cv-10147-DPW |
| Plaintiff, ) | |
| ) | Hon. Douglas P. Woodlock, |
| v. ) | District Judge |
| ) | |
| THOMAS KELLY, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.5.2(c), I hereby request leave of the Court to withdraw as counsel for Plaintiff George Perrot. Plaintiff will continue to be represented by Debra Loevy, Gayle Horn, Mark Loevy-Reyes, Steven Art, and Tara Thompson of Loevy & Loevy.

Dated: May 2, 2019

Respectfully submitted,

/s/ Tony Balkissoon
Tony Balkissoon
Roderick & Solange
 MacArthur Justice Center
777 6th St. NW, 11th Floor
Washington, DC 20001
(202) 869-3434
tony.balkissoon@macarthurjustice.org

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT, ) | |
| ) | Case No. 1:18-cv-10147-DPW |
| Plaintiff, ) | |
| ) | Hon. Douglas P. Woodlock, |
| v. ) | District Judge |
| ) | |
| THOMAS KELLY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**CERTIFICATE OF SERVICE**

I, Tony Balkissoon, an attorney, hereby certify that on May 2, 2019, I filed the foregoing Motion to Withdraw as Counsel using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Tony Balkissoon