**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

George Perrot_____

        Plaintiff,

        V.                                                    CIVIL ACTION
                                                                             NO. 18-CV-10147-DPW

Kelly, et al_____

        Defendants.

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE WOODLOCK

[ ]   The parties have informed the court that they wish to withdraw their request for ADR at this time.

[X]   On April 16, 2019, I held the following ADR proceedings:

    ___ SCREENING CONFERENCE      ___ EARLY NEUTRAL EVALUATION
    ___ FOLLOWUP CONFERENCE      ___ SUMMARY BENCH / JURY TRIAL
    ___ MINI-TRIAL                                  _X_ MEDIATION (Follow up Telephone Conference held on 5/2/19)

[X]   All parties were represented by counsel

[X]   The parties were present in person or by authorized corporate officer.

The case was:

[ ]   Settled._____

[ ]   There was significant progress.

[X]   Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]   Suggested strategy to facilitate settlement: await further word from the parties.

[ ]   Other:_____

May 2, 2019                              /s/ Kenneth P. Neiman_____
DATE                                      ADR Provider
                                            KENNETH P. NEIMAN, U.S. Magistrate Judge