THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 18-cv-10147

| | |
|---|---|
| **George Perrot,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **Thomas Kelly, Thomas Jarvis,** ) | |
| **Richard Kane, Charles Arpin,** ) | |
| **John Scanlon, David Louden,** ) | |
| **Thomas Kennedy, Paul Lance,** ) | |
| **Chief Ernest Stelzer, Marianne** ) | |
| **Popko, Paul Glantz, Ronald St.** ) | |
| **German, Andrew Canevari,** ) | |
| **Cheryl Clapprood, Captain John** ) | |
| **Brown, Unknown Officers of the** ) | |
| **Springfield Police Department,** ) | |
| **Francis Bloom, William Eubanks,** ) | |
| **Wayne Oakes and Unknown** ) | |
| **Agents of the Federal bureau of** ) | |
| **Investigation,** ) | |
| ) | |
|     **Defendants.** ) | |
| ) | |

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE NAMED COURT:

    Please enter my appearance as an attorney for the Defendants, Marianne Popko n/k/a Moriarty and Judith Kelly as Administrator of the Estate of Thomas Kelly in the above entitled action.

|  |  |
|---|---|
|  | **Respectfully submitted,**<br>**The Defendants,**<br>Judith Kelly as Administrator of the Estate of Thomas Kelly and<br>Marianne Popko n/k/a Moriarty, |
| Dated: March 1, 2023 | /s/ Philip C. Ciccarelli<br>Philip C. Ciccarelli, Esq. BBO#678452<br>55 North Pleasant Street<br>Amherst, MA 01002<br>Tel:   (413) 230-3255<br>Fax:  (413) 835-0493<br>Email: phil@ciccarelli.law |

## CERTIFICATE OF SERVICE

I, the undersigned do hereby certify a true copy of the within Notice of Appearance was this day served upon all parties of record via the Federal Court's ECF Notice and Delivery System.

Signed under the pains and penalties of perjury this 1st day of March 2023.

/s/ Philip C. Ciccarelli
Philip C. Ciccarelli, Esq.