UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT,<br>　　　　　Plaintiff,<br><br>v.<br><br>THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, JOHN SCANLON, DAVID LOUDEN, THOMAS KENNEDY, PAUL LANCE, CHIEF ERNEST STELZER, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAN, ANDREW CANEVARI, CHERYL CLAPPROOD, CAPTAIN JOHN BROWN, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, FRANCIS BLOOM, WILLIAM EUBANKS, WAYNE OAKES AND UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION<br>　　　　　Defendants | C.A. NO.: 1:18-cv-10147-DPW |

## APPEARANCE

Please enter my appearance on behalf of Defendant Thomas Kennedy, in the above-entitled action.

|  | Respectfully submitted,<br>Defendant Thomas Kennedy<br>by his attorney: |
|---|---|
| Dated: March 1, 2023 | /s/ Robert A. Schmidt<br>Robert A. Schmidt, Esq. BBO#666905<br>City of Springfield Law Department<br>1600 E. Columbus Ave., 2nd Floor<br>Springfield, MA 01103<br>Tel:　(413) 787-6085<br>rschmidt@springfieldcityhall.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the within Appearance was served upon the Plaintiffs and all parties via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury.

Dated: March 1, 2023  /s/ Robert A. Schmidt
Robert A. Schmidt, Esq.