IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, JOHN SCANLON, DAVID LOUDEN, THOMAS KENNEDY, CHIEF ERNEST STELZER, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAIN, ANDREW CANEVARI, CHERYL CLAPPROOD, CAPTAIN JOHN BROWN, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, the CITY OF SPRINGFIELD, MASSACHUSETTS, FRANCIS BLOOM,<br><br>    Defendants. | Case No. 18-cv-10147<br><br>JURY TRIAL DEMANDED |

## MOTION TO APPOINT AND SUBSTITUTE A PERSONAL REPRESENTATIVE FOR DEFENDANT RONALD ST. GERMAIN

Plaintiff GEORGE PERROT, by his attorneys, moves this Court to (a) allow him to proceed against Deceased Defendant RONALD ST. GERMAIN in his own name, serving Defendant City of Springfield with the required process; or, alternatively, (b) appoint Robert St. Germain as personal representative to defend this suit on behalf of Defendant RONALD ST. GERMAIN, and substitute him as a party in this action in that capacity, pursuant to Federal Rule of Civil Procedure 25. In support, Plaintiff respectfully submits the accompanying Memorandum of Law in Support of Plaintiff's Motion to Appoint and Substitute a Personal Representative.

RESPECTFULLY SUBMITTED,

**GEORGE PERROT**

By: /s/ Gianna Gizzi
*One of Plaintiff's Attorneys*

*Attorneys for Plaintiff*
Debra Loevy, BBO No. 569212
Mark Loevy-Reyes, BBO No. 707974
Loevy & Loevy
398 Columbus Avenue, #294
Boston, MA 02116
Ph: (312) 243-5900
Fax: (312) 243-5902

Jon Loevy*
Steven Art*
Gayle Horn*
Gianna Gizzi*
Carla Agbiro*
 LOEVY & LOEVY
311 N. Aberdeen St., 3rd Floor
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)
Gizzi@loevy.com
*Admitted pro hac vice

## **CERTIFICATE OF SERVICE**

     I, Gianna Gizzi, an attorney, hereby certify that on June 2, 2023, I filed the foregoing PLAINTIFF'S MOTION TO APPOINT AND SUBSTITUTE A PERSONAL REPRESENTATIVE FOR DEFENDANT RONALD ST. GERMAIN using the Court's CM/ECF system, which effected service on all counsel of record.

                                                /s/ Gianna Gizzi
                                                *One of Plaintiff's Attorneys*