# RONALD ST. GERMAIN OBITUARY

obits.masslive.com/us/obituaries/masslive/name/ronald-st-germain-obituary

## Ronald N. St. Germain

1950 - 2023



**BORN**

1950

**DIED**

2023

**FUNERAL HOME**

Firtion Adams Funeral Service

76 Broad Street

Westfield, Massachusetts

Ronald N. St. Germain 1950 - 2023 Russell Ronald N. St. Germain, 72, passed away peacefully with his son and daughter by his side on January 16, 2023. He was reunited with his beloved predeceased wife, Mary St. Germain (2021). He was born in Springfield, MA to Roland and Claire (Dubuc) St. Germain. Ronald is survived by his mother Claire St. Germain, his children Brennan St. Germain and wife Sylvia St. Germain, his daughter Ashley St. Germain and partner Brandon Owen, his brother Robert St. Germain and wife Judy, his sister Debra Pares and husband Thomas, his four grandchildren, Brayden, Colin, Savannah and Titan and his best buddy Deputy Dawg. Ronald proudly served in the United States Army where he was stationed in South Korea during the Vietnam War. He had a profound passion for police work and began his career as a beat cop with the Springfield Police Department. He proudly served his community until his retirement in 2000. Ronald had a great love for all animals, riding his motorcycle, enjoying the beaches of Cape Cod but most of all being with his family. His son and daughter want to extend a heartfelt thank you to all the staff at Mercy Medical Center ICU who cared for Ron in his final days and supported him and his children through this difficult time. The calling hours for Ron will be on Monday, January 23, 2022 from 4-6:30 PM in Firtion-Adams Funeral Service, 76 Broad St., followed by a celebration of life at 6:30PM in the funeral home. His family has requested that no flowers be sent and that donations in his memory be directed to any animal clinic or sanctuary. www.firtionadams.com

To plant trees in memory, please visit the Sympathy Store.
Published by The Republican from Jan. 18 to Jan. 20, 2023.

## MEMORIES & CONDOLENCES
## FOR RONALD ST. GERMAIN

Sponsored by The Family.

Not sure what to say?

15 Entries

Ashley
I want to send my prayers and love for you and the boys.. Take one day at a time be strong for them .. You dont have to go thru this alone ..Lean on them and Brennen and his family too This is never easy but family&
long time friends (chris) make a big differance..Reach out morning noon or night he still is

grieving .. You are his best friend
I know that for sure .. Always stay close ..
Im still praying for you all it helps
me get thru my day ..
God Bless you
Cheryl

Cheryl Canterbury

January 27, 2023

As we "settle" in to this new life without you, I´m finding it harder to believe. Your face lit up when I saw you, there was pure joy when the kids came downstairs. Your hugs were so genuine and your love was felt with every interaction. I´m so damn proud of you Dad. I miss you so so much. I don´t know how to patch this void

Ashley St. Germain

Family

January 26, 2023

Im going to miss you Ron. Give Mary a big hug for me. It was always a pleasure.

Rob Craig

January 23, 2023

May God bless you and your family in this time of sorrow.Be sure to lean on each other for support and strength.. Im praying for you Ashley and Brennan and may your Dad rest in peace..
Love Cheryl Canterbury

Cheryl Canterbury

Family

January 23, 2023

Condolences to the St. Germain family. Special thank you to Ronnie for his military and police service.

Bill Blais & Nancy Britt

Family

January 22, 2023

So sorry for your loss Ashley and Brennan

Wanda Daniels

Friend

January 20, 2023

The days are a bit more sad without you here Dad. You are so loved and so missed. I hope you and mom are soaking up the sun on the beach, holding hands and laughing.

Ashley

Family

January 20, 2023

My thoughts and prayers to the St. Germain family. Ronnie was a good guy I enjoyed talking with while on the job and at his security positions. RIP

Robert Browne (Ret SPD)

Work

January 19, 2023

To the St Germain family, I knew Ron from 130 Pearl St. He was old school and had a great sense of humor. My prayers are with you all.

Michael Brock

Work

January 19, 2023

may god bless Ronnie,as he enters heaven and patrols up above, always a fair and honest police officer,Rest in Peace,my friend,,,,RRestaino/retired SPD

Robert Restaino

Coworker

January 19, 2023

Hi Grampie i miss you love you.

Colin St.Germain

Family

January 19, 2023

My condolences to the St Germaine family .Ron was a good cop and honorable person to work with he will never be forgotten by his classmates . Peace be with you all

Bob Ward

January 19, 2023

My thoughts and prayers to Ronnie's family and friends as I learned of his passing. I remember him from his days at SPD and security job. The loss of Ronnie will still be felt by all who knew and worked with him. RIP Ron until we all meet again.

Al Witkowsky- Retired SPD

January 19, 2023

In true friendship, with fondest memories and deepest sympathy for your loss!

L. Finn, PD

January 19, 2023

A heartfelt thank you for your service to our country. Rest in peace.

Den

January 19, 2023

Showing 1 - 15 of 15 results

## MAKE A DONATION
## IN RONALD ST. GERMAIN'S NAME

## MEMORIAL EVENTS
## FOR RONALD ST. GERMAIN

Jan

23

Calling hours

4:00 p.m. - 6:30 p.m.

<u>Firtion Adams Funeral Service</u>
76 Broad Street, Westfield, Massachusetts

Jan

23

Celebration of Life

6:30 p.m.

<u>Firtion Adams Funeral Service</u>
76 Broad Street, Westfield, Massachusetts

Funeral services provided by:

<u>Firtion Adams Funeral Service</u>

How to support Ronald's loved ones

<u>View More</u>
Attending a Funeral: What to Know

You have funeral questions, we have answers.

<u>Read more</u>
Should I Send Sympathy Flowers?

What kind of arrangement is appropriate, where should you send it, and when should you send an alternative?

<u>Read more</u>
What Should I Write in a Sympathy Card?

We'll help you find the right words to comfort your family member or loved one during this difficult time.

<u>Read more</u>
Poems of Mourning and Comfort

The best poems for funerals, memorial services., and cards.

<u>Read more</u>
Condolences: What Do I Say?

Consider offering these words of comfort if you're not sure what's appropriate.

<u>Read more</u>

Resources to help you cope with loss

View More
Estate Settlement Guide

If you're in charge of handling the affairs for a recently deceased loved one, this guide offers a helpful checklist.

Read more
The Five Stages of Grief

They're not a map to follow, but simply a description of what people commonly feel.

Read more
How to Cope With Grief

Information and advice to help you cope with the death of someone important to you.

Read more
It's Never Too Late for a Memorial Service

Grief researchers say holding that missing funeral service, even a year or more later, can still help us heal.

Read more
How Do I Handle Holidays While Grieving?

David Kessler's top 4 tips for dealing with holiday grief.

Read more
Do I Need to Hire an Estate Attorney?

Unless you are experienced as an estate executor, you probably should hire an attorney.

Read more








Ways to honor Ronald St. Germain's life and legacy

View More
Why Choosing Funeral Music is So Important

It's surprising how much a musical selection can affect mourning.

Read more
20 Creative Ways to Memorialize a Loved One

In the 21st century, it's not just urns and gravestones anymore.

Read more



Should I Make a Memorial Donation?

Giving to charity is a meaningful way to honor someone who has died.

Read more

How Do I Write a Eulogy?

Some basic help and starters when you have to write a tribute to someone you love.

Read more

©2023 Legacy.com All rights reserved.

Legacy®