UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GEORGE PERROT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS KELLY, et. al.<br><br>　　　　Defendants. | Civil Action No. 1:18-10147-MPK |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Notice is hereby given that Assistant United States Attorney Annapurna Balakrishna withdraws her appearance as counsel for defendants William Eubanks and Wayne Oakes in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　JOSHUA S. LEVY
　　　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　By:　　*/s/ Annapurna Balakrishna*
　　　　　　　　　　　　Annapurna Balakrishna
　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　John J. Moakley U.S. Courthouse
　　　　　　　　　　　　1 Courthouse Way, Suite 9200
　　　　　　　　　　　　Boston, MA  02210
　　　　　　　　　　　　(617) 748-3111
　　　　　　　　　　　　Annapurna.Balakrishna@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                               By:   */s/ Annapurna Balakrishna*
                                                                             Annapurna Balakrishna