**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE PERROT,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS KELLY, et al.,<br><br>Defendants. | Civil Action No. 18-CV-10147-MPK |

**DEFENDANT FRANCIS BLOOM'S MOTION FOR SUMMARY JUDGMENT**

Defendant Francis Bloom ("ADA Bloom") hereby moves for summary judgment on all counts asserted against him in Plaintiff George Perrot's Amended Complaint. *See* Doc. No. 126. Based upon the undisputed facts adduced in this case, ADA Bloom is entitled to judgment as a matter of law on grounds of absolute prosecutorial immunity or qualified immunity. Even if he were not immune from liability, no reasonable jury could find that ADA Bloom's actions deprived the Plaintiff of any right secured by the United States Constitution. For the reasons presented in the memorandum of law submitted herewith, ADA Bloom respectfully requests that his Motion for Summary Judgment be **ALLOWED** and that all counts of Plaintiff's complaint against him be resolved in his favor.

Respectfully submitted,
FRANCIS BLOOM

By His Attorneys,

ANDREA JOY CAMPBELL
Attorney General

/s/ Andre A. Janiszewski
Andre A. Janiszewski, Esq.
BBO # 703525
Joseph P. Lucia, Esq.
BBO #673138
Assistant Attorneys General
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2832
andre.a.janiszewski@mass.gov

Dated: March 29, 2024

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I hereby certify that I conferred with Plaintiff's counsel, Gianna Gizzi, via e-mail on March 25, 2024 in a good-faith attempt to discuss this motion and resolve and narrow the issues therein presented, but no resolution was achieved.

/s/ Joseph P. Lucia
Joseph P. Lucia
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on March 29, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) in this matter.

/s/ Andre A. Janiszewski
Andre A. Janiszewski
Assistant Attorney General