**EXHIBIT D**

7-1a (Rev. 4-26-78)

# REPORT
# of the
# FBI LABORATORY

1 - Mr. Eubanks

## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

To: Office of the District Attorney
Hall of Justice
50 State Street
Springfield, Massachusetts 01103

August 4, 1987

FBI FILE NO. 95-269779

Attention: Mr. Francis W. Bloom
Assistant District
Attorney

LAB. NO. 70401051 S WM WK
70505033 S WM

Re: GEORGE PERROT - SUBSPECT;
MARY PREKOP - VICTIM;
RAPE/BURGLARY

YOUR NO.

Examination requested by: Addressee

Reference: Letters dated April 1, 1987 and May 4, 1987

Examination requested: Serological Analysis - Hairs and Fibers

Specimens personally delivered by Mr. Francis W. Bloom on April 1, 1987, under cover of letter dated April 1, 1987 (70401051 S WM WK):

K11 Blood sample from PERROT

K12 Head hair sample from PREKOP

95-269368-11

ALSO SUBMITTED:

Two rape kits

RESUBMITTED FROM FBI LABORATORY NUMBER 51226011 S WK WM:

Slides

MAILED 23
AUG 04 1987
FBI

1 - Chief of Police
130 Pearl Street
Springfield, Massachusetts 01105

Attention: Mr. Kevin Burnham
Detective
The Crime Prevention Unit

Page 1 (over)

This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.

WGE:sgc#9(5)

MAIL ROOM ☑

Specimen received May 5, 1987, under cover of letter dated May 4, 1987 (70505033 S WM):

K13 Blood sample from PREKOP

Result of examination:

The known blood samples were grouped as follows:

S K11 (PERROT) "PGMsub 1+, EAP BA, Hp 2-1, Gc 1, Tf C"

√ K12 (PREKOP) "O, PGMsub 1+, EAP B, Hp 2, Tf CB, Le(a-b+)(secretor)"

The head hairs present in specimen K12 are microscopically dissimilar to the hair previously found in the debris removed from specimens Q3 and Q4 (FBI Laboratory number 51226011 S WK WM) and identified in a report dated May 13, 1986, as exhibiting the same microscopic characteristics as the K6 known hairs of GEORGE PERROT (FBI Laboratory number 60124053 S WZ UK). Accordingly, based on the K12 head hair sample, this hair could not have originated from the victim, MARY A. PREKOP.

The submitted items will be returned under separate cover by registered mail.

4-1

K11-K12

# Commonwealth of Massachusetts
## County of Hampden
## Hall of Justice

50 State Street
Springfield, Massachusetts 01103

MATTHEW J. RYAN, JR.
DISTRICT ATTORNEY

OFFICE OF THE DISTRICT ATTORNEY

TEL. 413-781-8100
EXT. 3009

70401051

April 1, 1987

[illegible]
Francis W. Bloom
☐ Will Pick Up
☐ Mail Back
BS

Federal Bureau of Investigation
Evidence Control

To Whom it may concern:

On April 1, 1987 Detective Thomas Kennedy and I turned over to the F.B.I. the following list of evidence, two vials of blood taken from the suspect in the case of George Perrot, hair samples taken from the victim Mary Prekop, blood samples taken from the victim Mary Prekop, and finally hair samples taken from the scene of the crime, along with the slides the hair and fiber division made during the course of examining these hair samples and previously comparing these samples with those submitted of the defendant George Perrot.

Earlier this week I talked to both Bill Eubanks of your Serology Department and Ed Burwitz of the hair and fiber Department. Both Mr. Eubanks and Wayne Oaks have previously performed analysis in this case.

I explained to both gentleman that (see the attached reports) previously hairs from the scene of the crime were compared to the hairs submitted of the defendant. I would like the hair and fiber section to now compare the two hairs found suitable for comparative analysis to hairs submitted of Mary Prekop.

In reference to Serology, human blood was found on two items taken from the scene. They were compared to a sample of Perrot's blood. Mr. Eubanks suggested that the sample was insufficient in order to group the blood further. We have provided two new vials so this can be done. We have also provided samples of the victims blood for comparative analysis by Mr. Eubanks. Thank you for your cooperation.

Compare victim head hair samples w/ ...
Q3-Q4 received (11/30/85)
4/2

ORIGINAL
Copy & Specs Detached

INDEX ECC

MAS

7-30-87
WGE

Please return all evidence upon completion to :
The Springfield Police Department
C/O The Crime Prevention Unit
Attention: Detective Kevin Burnham
130 Pearl Street
Springfield, MA 01105

Sincerely,

Francis W. Bloom

Francis W. Bloom
Assistant District Attorney

7-2 (5-12-82)

RECORDED
5/1/87
srg/#94

FEDERAL BUREAU OF INVESTIGATION
UNITED STATES DEPARTMENT OF JUSTICE

4/1/87
EUBANKS
OAKES

**Laboratory Work Sheet**

(F)

To: Office of the District Attorney
Hall of Justice
50 State Street
Springfield, Massachusetts 01103

FBI FILE NO. ~~95-269779~~ CT 95-269368-1X

Attention: Mr. Francis W. Bloom
Assistant District
Attorney

LAB. NO. 70401051 S WM WK
70505033 S WM

YOUR NO.

Re:
GEORGE PERROT - SUSPECT;
MARY PREKOP - VICTIM;
RAPE/BURGLARY

Examination by:

K12 slides to WK 5/8/87
Retn'd 5/9/87

Examination requested by: Addressee

Reference: Letters dated April 1, 1987 and May 4, 1987

Examination requested: Serological Analysis - Hairs and Fibers

Specimens received:

Specimens personally delivered by Mr. Francis W. Bloom on April 1, 1987:

K11 Blood sample from PERROT

K12 Head hair sample from PREKOP

ALSO SUBMITTED:

Two rape kits

RESUBMITTED FROM FBI LABORATORY NUMBER 51226011 S WK WM:

Slides

~~Return evidence to:~~

cc: Chief of Police
130 Pearl Street
Springfield, Massachusetts 01105

Attention: Mr. Kevin Burnham
Detective
The Crime Prevention Unit

7-1a
7-30-87
WGE:sge

(F)

Result of Exam: 70401051 S WM WK
70505033 S WM

The known blood samples were grouped as follows:

S K11 (PERRUT) " PGMsub 1+, EAP (BA), Hp (2-1), Gc 1, Tf (C)"

V K12 (PREKUP) " O, PGMsub 1+, EAP (B), Hp (2), Tf (CB), Le(a-b+)(secretor)"

Ocker' Dict.:

The submitted items will be returned under separate cover by registered mail.