**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| **GEORGE PERROT,**<br>**Plaintiff,**<br>**v.**<br><br>**Judith Kelly, as administrator for the Estate of THOMAS KELLY, et al,**<br>**Defendants** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **C.A. No.: 18-CV-10147** |

**DEFENDANT CHARLES ARPIN'S MOTION FOR SUMMARY JUDGMENT**

Now comes Defendant Charles Arpin, by and though his undersigned counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and respectfully requests that this Court enter summary judgment in his favor at to all claims advanced against him in the operative complaint. As the basis for this request, Defendant Arpin states that the summary judgment record, "fails to yield a trialworthy issue," *Martinez v. Colon*, 54F.3d 980, 983-84 (1st Cir. 1995), such that summary disposition in his favor is both appropriate and necessary based upon the record and his qualified immunity. In further support of this request, Defendant Arpin refers the Court to the accompanying memorandum of law in support of this motion, as well as the Defendants' Joint Statement of Facts and accompanying exhibits.

Respectfully submitted,
DEFENDANT CHARLES ARPIN
By his attorney,

/s/ Austin M. Joyce
Austin M. Joyce, Esq.
BBO# 255040
Reardon, Joyce & Akerson, P.C.
4 Lancaster Terrace
Worcester, MA 01609
508-754-7285
ajoyce@rja-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants of this 29th day of March, 2024.

/s/ Austin M. Joyce
Austin M. Joyce