UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DOCKET NO. 18-CV-10147

GEORGE PERROT,
Plaintiff

v.

JUDITH KELLY, as Administrator for the Estate of THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, THOMAS KENNEDY, PAUL LANCE, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAIN, ANDREW CANEVARI, CHERYL CLAPPROOD, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, the CITY OF SPRINGFIELD, MASSACHUSETTS, FRANCIS BLOOM, WILLIAM EUBANKS and WAYNE OAKES,
Defendants

**DEFENDANT, RICHARD KANE'S, MOTION FOR SUMMARY JUDGMENT**

The defendant, Richard Kane, hereby moves this Honorable Court to enter summary judgment in his favor pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rules 7.1 and 56.1. As grounds for his motion, the Defendant states that there are no genuine issues of material fact and he is entitled to judgment as a matter of law.

In support of this motion, the Defendant submits a Memorandum of Law and relies upon the Defendants' Joint Statement of Facts Material to All Motions for Summary Judgment of record with supporting exhibits, filed simultaneously herewith pursuant to Local Rules 7.1(b)(1) and 56.1. The Defendant also incorporates by reference the arguments contained in the motions for summary judgment filed by the other Municipal Defendants.[1]

[1] Judith Kelly, as Administrator for the Estate of Thomas Kelly, Thomas Jarvis, Richard Kane, Charles Arpin, Thomas Kennedy, Paul Lance, Marianne Popko, Paul Glantz, Ronald St. Germain, Andrew Canevari, Cheryl Clapprood, and City of Springfield, Massachusetts.

WHEREFORE, the Defendant, Richard Kane, respectfully requests that this Honorable Court enter summary judgment in his favor on all counts against him.

The Defendant,
Richard Kane

By His Attorneys,

*/s/Carole Sakowski Lynch*
Carole Sakowski Lynch, BBO #547718
MORRISON MAHONEY LLP
1500 Main Street, Suite 2400
Post Office Box 15387
Springfield, MA 01115-5387
(413) 737-4373
(413) 739-3125 (fax)
clynch@morrisonmahoney.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 29, 2024.

*/s/Carole Sakowski Lynch*
Carole Sakowski Lynch