UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 1:18-CV10147

GEORGE PERROT,
Plaintiff,

v.

CITY OF SPRINGFIELD, et. al.,
Defendants

MUNICIPAL DEFENDANTS', CITY OF SPRINGFIELD, CHERYL CLAPPROOD, THOMAS KENNEDY, MARIANNE POPKO, JUDITH KELLY AS THE ADMINISTRATOR FOR THE ESTATE OF THOMAS KELLY, ANDREW CANEVARI, PAUL GLANTZ, THOMAS JARVIS, AND RONALD ST. GERMAIN
MOTION FOR SUMMARY JUDGMENT

Now come the Defendants, City of Springfield, Cheryl Clapprood, Thomas Kennedy, Marianne Popko, Judith Kelly as the administrator for the estate of Thomas Kelly, Andrew Canevari, Paul Glantz, Thomas Jarvis, and Ronald St. Germain ("Municipal Defendants") and respectfully move this Honorable Court enter summary judgment in their favor pursuant to F.R.Civ.P. 56 on all Counts directed to them. Municipal Defendants state that they are entitled to judgment as a matter of law based on the undisputed material facts. In support, the Municipal Defendants submit their memorandums of law and statement of undisputed facts with exhibits.

**REQUEST FOR ORAL ARGUMENT**

Municipal Defendants respectfully request, pursuant to L.R. 7.1(4)(d), that a hearing for oral argument be scheduled in this matter.

**L.R. 7.1 (A)(2) CERTIFICATION**

The undersigned hereby certify that they have advised Plaintiffs' counsel of the filing of this motion, via email and telephone.

## CONCLUSION

Wherefore, the Defendants, City of Springfield, Cheryl Clapprood, Thomas Kennedy, Marianne Popko, Judith Kelly as administrator for the estate of Thomas Kelly, Andrew Canevari, Paul Glantz, Thomas Jarvis, Richard Kane, Charles Arpin and Ronald St. Germain respectfully request this Honorable Court allow this motion.

Respectfully submitted,
The Defendants, City of Springfield,
Cheryl Clapprood, Thomas Kennedy, and
Marianne Popko (n/k/a Moriarty), Kelley
Estate, By their attorneys,

Dated: March 29, 2024

*/s/ Lisa C. DeSousa*
Lisa C. deSousa, Esq. BBO#546115
Tyler J. Kenefick, Esq. BBO#696304
Robert A. Schmidt, Esq. BBO#666905
Phil Ciccarelli, Esq. BBO#678452
City of Springfield Law Department
1600 E. Columbus Ave., 2nd Floor
Springfield, MA 01103
Tel: (413) 886-5205
ldesousa@springfielcityhall.com
tkenefick@springfieldcityhall.com
attyschmidt@gmail.com
phil@ciccarelli.law

Defendant City of Springfield
by its attorneys,

*/s/ Thomas P. Campbel*
Thomas P. Campbell, Esq. BBO#564124
Paul Tellier, Esq. BBO#676203
Joshua Loveall, Esq. BBO#692161
Nathan Y. Pak, Esq. BBO#70573
D'Ambrosio LLP
185 Devonshire Street, 10th Fl.
Boston, MA 02110
Tel: (617) 720-5657
tcampbell@dambrosiollp.com
ptellier@dambrosiollp.com
jloveall@dambrosiollp.com
npak@dambrosiollp.com

Defendants, Thomas Jarvis, Charles Arpin,
Paul Glantz, Ronald St. Germain and Andrew
Canevari, by their attorney,

*/s/ Kevin B. Coyle*
Kevin B. Coyle, Esq. BBO #103540
1299 Page Boulevard
Springfield, MA 01104
Tel: (413) 787-1524
attycoyle@aol.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true copy of the within was this day served upon the parties via the Federal Court's ECF Notice and Delivery System. I am not aware of any party who is a non-registered participant, and therefore electronic filing is the sole means of service of this document.

Signed under the pains and penalties of perjury.

Dated: March 29, 2024

/s/ Lisa C. DeSousa
Lisa C. deSousa, Esq