UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 18-CV-10147

| | |
|---|---|
| GEORGE PERROT<br>Plaintiff,<br><br>v.<br><br>THE CITY OF SPRINGFIELD, et. al.,<br>Defendants | DECLARATION OF LISA DESOUSA IN SUPPORT OF DEFENDANT, CITY OF SPRINGFIELD, MOTION FOR SUMMARY JUDGMENT |

I, Lisa deSousa, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am an attorney for the City of Springfield, and I am counsel of record for the Defendant, City of Springfield in the above-captioned matter. I am licensed to practice law in the Commonwealth of Massachusetts and have been admitted before this Court. I am familiar with the facts and circumstances of this action.

2. I submit this declaration is submitted, along with the exhibits annexed hereto, in support of the Municipal Defendants' Motion for Summary Judgment dated March 29, 2024.

3. Annexed hereto as **Exhibit A** is a true and correct copy of the statement by Alfred Roberts dated 9/21/1985.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the 9/21/1985 report by Officer Linda DeRosier of the Crime Prevention Bureau.

5. Annexed hereto as **Exhibit C** is a true and correct copy of Mae Marchand's statement dated 9/21/1985.

6. Annexed hereto as **Exhibit D** is a true and correct copy of the 9/22/1985 report by Sgt. Canevari to Capt. Stelzer.

7. Annexed hereto as **Exhibit E** is a true and correct copy of George Perrot's statement dated 9/21/1985.

8. Annexed hereto as **Exhibit F** is a true and correct copy of Lisa Eldridge's statement dated 9/21/1985.

9. Annexed hereto as **Exhibit G** is a true and correct copy of Jeffrey Adkins' statement dated 9/21/1985.

10. Annexed hereto as **Exhibit H** is a true and correct copy of Thomas Kennedy's report dated 9/22/1985.

11. Annexed hereto as **Exhibit I** is a true and correct copy of Capt. Stelzer's letter dated 10/3/1985 to the FBI.

12. Annexed hereto as **Exhibit J** is a true and correct copy of Mae Marchand's second statement dated 10/7/1985.

13. Annexed hereto as **Exhibit K** is a true and correct copy of Emily Lichwala's statement dated 10/24/1985.

14. Annexed hereto as **Exhibit L** is a true and correct copy of the report by Sgt. Carlson and A. Pioggia dated 10/24/1985 to Capt. Stelzer.

15. Annexed hereto as **Exhibit M** is a true and correct copy of the deposition transcript of Richard Kane dated 6/8/2023.

16. Annexed hereto as **Exhibit N** is a true and correct copy of Cheetham's special report to C.P.B. dated 11/30/1985.

17. Annexed hereto as **Exhibit O** is a true and correct copy of the trial transcript Volume III from 12/9/1987.

18. Annexed hereto as **Exhibit P** is a true and correct copy of J. McNabb's statement dated 12/7/1985.

19. Annexed hereto as **Exhibit Q** is a true and correct copy of James Murphy's arrest report and special to the Detective Bureau dated 12/7/1985.

20. Annexed hereto as **Exhibit R** is a true and correct copy of Sheileen Sapelli's statement dated 12/7/1985.

21. Annexed hereto as **Exhibit S** is a true and correct copy of John Martel's special report to the Detective Bureau dated 12/7/1985.

22. Annexed hereto as **Exhibit T** is a true and correct copy of the 1/7/1992 trial transcript Volume II.

23. Annexed hereto as **Exhibit U** is a true and correct copy of the 1/8/1992 trial transcript Volume III.

24. Annexed hereto as **Exhibit V** is a true and correct copy of George Perrot's 7/12/2023 deposition transcript.

25. Annexed hereto as **Exhibit W** is a true and correct copy of George Perrot's 7/13/2023 deposition transcript.

26. Annexed hereto as **Exhibit X** is a true and correct copy of Francis Bloom's 1/23/2019 deposition transcript.

27. Annexed hereto as **Exhibit Y** is a true and correct copy of the lineup summary by Scanlon dated 12/7/1985.

28. Annexed hereto as **Exhibit Z** is a true and correct copy of the 1/6/1992 trial transcript Volume I.

29. Annexed hereto as **Exhibit aa** is a true and correct copy of the 12/7/1987 motion to suppress transcript.

30. Annexed hereto as **Exhibit bb** is a true and correct copy of the 12/7/1987 Search Warrant Waiver.

31. Annexed hereto as **Exhibit cc** is a true and correct copy of the 12/10/1985 Special to Capt. Brown by Richard Kane.

32. Annexed hereto as **Exhibit dd** is a true and correct copy of the Massachusetts Appeals Court Dockets #2007-P-195 & 2008-P-1613.

33. Annexed hereto as **Exhibit ee** is a true and correct copy of the 9/2/1986 Motion to Suppress transcript.

34. Annexed hereto as **Exhibit ff** is a true and correct copy of Judge Murphy's 9/29/1986 Order on Defendant's Motion to Suppress.

35. Annexed hereto as **Exhibit gg** is a true and correct copy of the 12/11/1987 Trial Transcript Volume V.

36. Annexed hereto as **Exhibit hh** is a true and correct copy of the 12/10/1987 Trial Transcript Volume IV.

37. Annexed hereto as **Exhibit ii** is a true and correct copy of the 12/14/1987 Trial Transcript Volume VI.

38. Annexed hereto as **Exhibit jj** is a true and correct copy of the Certified Copy of Hampden County Superior Court Docket 8579CR05410.

39. Annexed hereto as **Exhibit kk** is a true and correct copy of the 1/9/1992 Trial Transcript Volume IV.

40. Annexed hereto as **Exhibit ll** is a true and correct copy of the Deposition Transcript of Thomas Kennedy dated 12/17/2018.

41. Annexed hereto as **Exhibit mm** is a true and correct copy of the City of Springfield's 30(B)(6) designee, Cheryl Clapprood, deposition of August 24, 2023.

42. Annexed hereto as **Exhibit nn** is a true and correct copy of the Deposition Transcript of Andrew Canevari dated 7/21/2023.

43. Annexed hereto as **Exhibit oo** is a true and correct copy of the Deposition Transcript of Charles Arpin dated 6/9/2023.

44. Annexed hereto as **Exhibit pp** is a true and correct copy of Richard Kane's Answers to Plaintiff's Interrogatories.

45. Annexed hereto as **Exhibit qq** is a true and correct copy of the Plaintiff's Supplemental Answers to Richard Kane's Interrogatories.

46. Annexed hereto as **Exhibit rr** is a true and correct copy of the Plaintiff's Second Supplemental Answers to City of Springfield's Interrogatories.

47. Annexed hereto as **Exhibit ss** is a true and correct copy of the Plaintiff's Answers to Charles Arpin's Interrogatories.

48. Annexed hereto as **Exhibit tt** is a true and correct copy of Hampden County Superior Court Judge Kane's 1/26/2016 Order.

49. Annexed hereto as **Exhibit uu** is a true and correct copy of the Commonwealth's 10/18/2017 *Nolle Prosequi*.

50. Annexed hereto as **Exhibit vv** is a true and correct copy of Detective Jarvis' special report to Captain Stelzer dated December 7, 1985.

51. Annexed hereto as **Exhibit ww** is a true and correct copy of the 12/08/1987 Trial Transcript Volume II.

52. Annexed hereto as **Exhibit xx** is a true and correct copy of George Perrot's June 6, 2008, Memorandum in support of a Motion for New Trial along with Hampden County Superior Court Judge Josephson's August 21, 2008, decision.

53. Annexed hereto as **Exhibit yy** is a true and correct copy of the December 13, 1985, Grand Jury transcript from the Hampden County Superior Court.

54. Annexed hereto as **Exhibit zz** is a true and correct copy of George Perrot's November 29, 2006, Memorandum in support of a Motion for New Trial along with Hampden County Superior Court Judge Sweeney's December 5, 2006, decision.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 29, 2024

/s/ Lisa deSousa
Lisa deSousa, Esq.

**Certificate of Service**

I hereby certify that, on March 29, 2024, I served the foregoing document on all parties by filing it via the Court's CM/ECF system and that a copy will be sent via the CM/ECF system electronically to all counsel of record.

/s/ Lisa deSousa
Lisa deSousa, Esq.