# SPRINGFIELD POLICE DEPARTMENT
## STATEMENT

DATE 9-21-85

The following is a statement by Alfred Roberts

taken at 36 Pineview Dr. at 1:00 A.M. (P.M.) on 9-21-85

I, Alfred Roberts, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A. DeRosier

My name is Alfred Roberts. I live at 36 Pineview Dr. The phone no. 7829503. This morning between 7AM + 7:30AM, I was in the kitchen reading the paper. My dog started barking and I went to see who was outside. I saw Mae Marchand, my neighbor, and I asked her what was wrong. She said, " you wouldn't believe what happened to me. Three people broke into my house and I was raped." I asked her if she called the police, and she said no, because they had ripped her phone out. I brought her in my house and we called the police.

I have read carefully the foregoing statement consisting of 1 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief

WITNESSES Linda A. DeRosier

SIGNED Alfred C. Roberts

Sworn and subscribed to before me this

day of

Notary Public

R 104

CoS RPOD 012373