Sept. 21, 1985

Capt. Brown:

Responded to the Wesson ER with a rape kit for a Mae Marchand, 26 Pineview Dr., 782-4273, age 82. Victim states three teenage bøys broke into her house between the time she went to bed at 9PM, and when she looked at the clock when they left, approx. Ø 1:20AM. They broke a breezeway window to gain access, and took $125.00 from her wallet when they left. Only one of them raped her, vaginal penetration. Victim did not wish hospital visit at first, but was convince by her daughter, Phyllis Jaques, 35 Meadow St., apt. 20, Agawam, Ma, 7868627. Impressed upon both the importance of writtne statement as soon as poss. Victim has angina, and had been up all night, and daughter said she would try and get her mother in to the station as soon as the kit was done. DB responded for pictures, and Offs. Jarvis and Mulvagh took the sheet and pillowcase from the bed where the attack occurred. Prop. Tag# 49227 Kit tag#49228. Victim and aughter left hospital. I went to the house and took a hand-written statement from Mrs. Marchand, and also from the fresh complaint, Alfred Roberts, 36 Pineview Dr., 782-9503. Only desc. we have is of the one who raped her- teenager, about 5'5", curly hair, alot of hair on his arms, wearing a swaetband, cut-off sweatshirt, shorts, and sneakers. Off. Jarvis is working on the B&E aspect, and is checking out a George Perrot, ID#41263. Also, we should check Tod Swenor, as he hangs out with Perrot. Perrot did some work around the yard for Mrs. Marchand not too long ago. Photo responded and took prints and pictures. Off. Jarvis will have Perrots prints checked. Off. Accetta called with the name of the Sotiropoulous", Andy and his brothers. Mrs. Marchan is going to Maine for a couple of weeks, leaving tommorrow. Beside her daughter, Phyllis Jaques 7868627, we can contact Phyllis" daughter-in-law, Betty Blais, 583 8459 if anything breaks.

over

Also, rapist put his penis in victim's both, as well as vaginal penetration. I spoke with Mrs. Roberts, one of the next door neighbors, and she told me she was up reading in her bedroom until midnight, and her bedroom abuts the Marchand property, and she did not hear a thing. Ms. Marchand's grandson, Richard Croughwell, age 38, who lives with her( more or less) is very upset about the attack, and told Off. Accettta he will kill the person when he finds out who did it. Off. Accettta said to take this thre very seriously, as Croughwell is capable of doing just that.

Responded to the Longmeadow PD with Off LaFleche YAB and picked up a CHINS female.

DeRosier
Car 77