824273



SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE Sept. 21, 1985

The following is a statement by Mae Marchand
taken at 26 Pineview Dr. at 11:45 (A.M.) P.M. on 9-21-85
I, Mae Marchand, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A. DeRosier

My name is Mae Marchand. I am 82 years old, and I live at 26 Pineview Dr. with my grandson, Richard Croughwell who is 38 years old.

Last night I went to bed about 9:30 PM. My grandson wasn't going to be at home for the night. I fell asleep, and it seemed like I was asleep for sometime, when the next thing I knew there was someone in the room with me. At first, I thought it must be Richard, but then I saw 2 other, shorter figures behind the first one. The first figure said, "This is a great set-up," and I could tell from the voice that it was a young white boy, probably teen-age. I said something like, "What are you doing here?!", and he told me to shut up. He told the other two to leave the room, and I tried to push him away

I have read carefully the foregoing statement consisting of 4 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my knowledge and belief.

WITNESSES Linda DeRosier

SIGNED Mae C. Marchand

Sworn and subscribed to before me this

day of 19

CR 104

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE 9-21-85

The following is a statement by Mae Marchand
taken at 26 Pineview Dr at 11:45 A.M. P.M. on 9-21-85

I, Mae Marchand, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A DeRosier

from me and I touched his arm - he had
a lot of hair on his arm. He got on top of
me, and pulled my nightgown up. He pulled
the pillow case off the pillow and wrapped it
around his arm. Everytime I tried to cry out,
he put the arm with the pillowcase around
it over my mouth. He had intercourse with
me, he put his penis inside me, in my vagina.
He also put his penis in my mouth. It
seemed like he was attacking me forever,
but I suppose it was probably 10-15 minutes.
When he was done with me, he asked me where my
pocketbook was. It was in the bedroom with
me - I picked it up, and he asked me where
the wallet was. I unzipped it - I just wanted
to get rid of him. He took all the money I
had - $140.00. After that, they snatched
the telephone off the wall and left.
The one I can describe was white, a teenager,
he was wearing a sweatband, and a cut-off
sweatshirt, shorts, and sneakers. I think

I have read carefully the foregoing statement consisting of 4 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my knowledge and belief.

WITNESSES Linda A DeRosier SIGNED Mae C Marchand

Sworn and subscribed to before me this

day of 19

Notary Public

CR 104

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE 9-21-85

The following is a statement by Mae Marchand

taken at 26 Pineview Dr at 11:45 A.M. P.M. on 9-21-85

I, Mae Marchand, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A DeRosier

his hair was dirty-blond, and clean shaven. His hair was curly. The other two I can't describe except to say they were shorter than the one who attacked me. The one who attacked me was a little taller than me, which would make him about 5'4"-5'5."

When they left, I went outside and tried to get my neighbor, Irene Roberts, up, but I couldn't. I came back in, and I washed all over. I looked at the clock right after the three fellows left, and it was 1:25AM.

About 6:45AM, I again tried my neighbor, and Al, Irene's husband, was up. The # on their house is 36 Pineview Dr. I told Al what happened - that I was raped, and he asked if I called the police. I said no, because they ripped my phone out. He called for me, and the police came to talk with me. The detectives came to, and took me to the hospital.

The fellows got into my house by breaking the breezeway window leading into the kitchen

I have read carefully the foregoing statement consisting of 4 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my knowledge and belief.

WITNESSES

SIGNED Mae C Marchand

Sworn and subscribed to before me this

day of 19

Notary Public

CR 104

SPRINGFIELD POLICE DEPARTMENT

Page 4 of 4

STATEMENT

DATE 9-21-85

The following is a statement by Mae Marchand

taken at 26 Pineview Dr. at 11:45 (A.M.) P.M. on 9-21-85

I, Mae Marchand, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A DeRosier

My telephone cord & receiver were hanging from a tree in the back yard, & the door to my shed was half-open.

I have read carefully the foregoing statement consisting of 4 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my knowledge and belief.

WITNESSES Linda A DeRosier SIGNED Mae C Marchand

Sworn and subscribed to before me this

day of 19