Saturday September 21, 1985
8:30PM

Statement taken at 130 Pearl St from George D Perrot, 17 yrs, of 87 Malibu Dr Spfld. Statement taken by Offs T Kennedy and R McFarlin.

My name is George Perrot. I am giving this statement of my own free will and without coercion to the Springfield Police as a result of a charge made about me by another person.

Last night at about 6:30 or so I was at my home at 87 Malibu Dr. I was with my girlfriend Lisa Eldridge, who had come over a short time earlier. At about this time we decided to go out because we had made pland to meet a friend of mine Bob Timmerman, who lives on Telbar St. So Lisa and I left my house walking and up the street from where I live we ran into another friend, Jeff Adkins, who lives about three houses up from me. I told him we were going to Bob's house and he said he would come along. At the corner of my street and Parker we saw Bob coming around the corner in his car, a blue Chevy Caprice. So we all got in and we began to drive around. The four of us were in the car. The first thing we did was go to the package store at Allen & Cooley Sts where we bought a case of Bud. Then we just cruised around the city drinking and talking. During this time we decided to go to the Big E. So we drove over there and Bob parked at K Mart. We got out and climbed the fence near the big slide and got in that way. I would say that it was about 7:30 or so because it was just starting to get dark. We stayed in the fair until about 9:30 or so when Lisa complained of being sick, so we left and all four of us drove back out to the acres where we dropped Lisa off at her house on Corey Rd. This was about 10:oo or so and the three of us decided to go back to the Big E. So we drove back, over the South End Bridge, up Rt 5, then down Memorial Av to where we parked at the Jiffy Lube and we climbed the fence at the same place as before. We stayed at the fair until the cops started to throw everybody out at about 11:30 and then we walked out by the gate nex to the slide and we walked back to the car and went directly back to Springfield. Bob dropped Jeff off first at his house on Malibu Dr, then he took me over to Lisa's house on Corey Rd and he dropped me off there. Then he just left in his car. I do not know where he was going then. I think he left me at Lisa's at abount 12:15AM or so. I tapped on her window and she came out. We then walked over to my house and got there at about 12:30. She stayed with me in my house until about 3:30 or so when she left and walked home. Last night when I was out I was wearing grey courderoys and a brown short sleeved sport shirt. Jeff was wearing jenes and a striped sport shirt and Bob had jenes on and a STCC tank top.

Today at about 5:30 or 6:00 I got a call at home from the grandson of the woman whose garage I painted with Jeff Adkins on Tuesday of this week. He told me that the woman had gotten raped last night and he wanted to know what I knew about it. Then he threatened my brother in law over the phone. I told this guy that I didn't know anything about this and after I got off the phone with him my sister called the police to report this conversation. I spoke with the police on the phone and as a resu of that I have come here to the station to give this statement. It is the truth as best I can remeber it.

[signature] Robert T. McFarlin
[signature] Thomas P. Kennedy

[signature]
George D Perrot

CoS RPOD 012382