September 21, 1985

8:00 PM

My name is Lisa Eldridge. I am 16 years old and I live at 116 Corey Rd in Spfld. I am giving this statement to Off. R. McFarlin and Off. T. Kennedy in the Detective Bureau of the Spfld Police Dept.

At about 5:00 PM last night, my boyfriend George Perrot came over to my house. I have been going out with George for about three years now. We walked back over to George's house on Malibu Drive and about a half an hour later, Bob Timmerman picked us up to go to the Big E in West Spfld. Another friend of George's, Jeff Atkins also came with us. The four of us stayed at the Fair until about 9:30 PM, when I started to feel sick and they brought me home. I think that it was about 10:00 PM when arrived home. At the time, my father was up watching television and my mother was sleeping. Before George had dropped me off, I had told him to come back later. I went into my bedroom, and layed down on my bed and listened to the radio. Sometime between 12:00 AM and 12:05 AM, George knocked on my bedroom window. I know that it was between this time, because when I heard the knock, I looked at my clock radio, although I can't remember the exact time now. I left my house and walked with George to his house. We arrived at his house about 15 or twentyminutes later. We went to his bedroom and we stayed there until about 3:30 AM, when George walked me home.

During the time that I saw George, before and after the Big E, he was wearing a brown alligator shirt and gray corduoroys. I believe that Bob Timmeramn was wearing a striped tank top and jeans and Jeff Atkins was wearing jeans and a T shirt, although I can't remember the color.

This statement is the truth to the best of my knowledge.

Lisa A. Eldridge
Lisa Eldridge

Thomas P. Kennedy

Robert T. McFarlin