September 21, 1985

10:30 PM

My name is Jeffrey Adkins. I am 20 years old and I live at 119 Malibu Drive in Spfld. I am giving this statement to Off. R. McFarlin and Off. T. Kennedy in the Detective Bureau of the Spfld Police Dept.

Last night beteen 5:30 PM and 6:00 PM, as I was walking down Malibu Drive, I ran into a friend of mine named George Perrot and his girlfriend Lisa Eldridge He told me that they were going over to another friend of ours named Bob Timmeramn, and so I went with them. A few minutes later, we ran into Bob, who was driving his car, which is a four door and is blue. We drove around for about a half hour, and after we drank a six pack of beer, we went to the Big E in West Spfld. Bob parked the car in a lot by the K Mart and walked to the grounds. Myself, George, and Bob jumped the black iron fence in the front, and Lisa paid to get in. After we had been inside for about fifteen minutes, we saw Jeanie and Julie Filio, two girls who also live on Malibu Drive. We spoke with them for only a few seconds. We walked around for a few hours and at about 9:00 PM or 9:30 Pm, we brought Lisa home. After we dropped her off, we went back to the Big E. This time, Bob parked the car in a muffler shop parking lot which is on Memorial Avenue. This time, we just walked through the gate because we had gotten or hands stamped when we left the first time. We stayed until about 11:45 PM, and then we went home. While we were there this time, we saw two kids we know named Peter Boyer and Danny Schneider. We drove straight home, and Bob dropped me off first. When I walked into the house, it was 12:15 AM. My fater and my mother were home. At the time, I was wearing a white and gray sport shirt and blue jeans and sneakers. Bob was wearing a tank top, I'm not sure of the color, and blue jeans and sneakers. I'am not sure what George was wearing.

Tonight, two detectives came to my house and told me that they would like to ask me some questions about me activities last night. At this time, I agreed to come to the Police Station and give this statement. This statement is the truth to the best of my knowledge.

Jeffrey Adkins [signature]
Jeffrey Adkins

[signature]

Robert T. McFarlin [signature]

CoS RPOD 012408