9/22/85

1:00 AM

The following is a summary of an interview of Robert J. Timmerman, DOB 1/30/ 85, of 26 Telbar St, Spfld. At about 11:45 PM on 9/21/85, Off. R. McFarlin and Off. T. Kennedy responded to 26 Telbar St to speak with Robert Timmerman in regards to his activities of the night of 9/20/85. Timmerman agreed to come to 130 Pearl St and answer the officers questions. Upon arrival, Timmerman told the officers that he, Jeffrey Adkins, George Perrot, and Perrot's girlfriend, Lisa Eldridge, went in his (Timmerman's) car to the Big E in West Spfld. He further stated that they parked the car in the K Mart Shopping lot, and the four then paid to enter the Fair. The four remained at the Fair until about 11:00 PM, when he dropped Eldridge at ehr home, and then dropped Perrot at home and then dropped Adkins. Several minutes later, Timmerman admitted that he had lied, and that sometime between 9:00 PM and 9:30 PM, the four had left the fair, dropped Eldridge at her home on Corey Rd, and the three then returned to the Big E, and once again parked the car at K Mart. He furth stated that they reentered the fair by jumping the fence. They remained at the Fair until about 11:30 PM, when they left. He then retured to Spfld and dropp off Perrot and then Adkins in that order. He stated that he had lied to the officers the first time " because he didn't think it mattered.