Springfield Police Department
130 Pearl Street
Springfield, Massachusetts 01105
October 3, 1985

Director
Federal Bureau of Investigation
10th Street and Pennsylvania Avenue, N.W.
Washington, D. C. 20535

ATTENTION: FBI LABORATORY

Dear Sir:

RE: GEORGE PERROT, SUSPECT
JEFFREY ATKINS, SUSPECT
ROBERT TIMMERMAN, SUSPECT
ASSAULT & RAPE
**MAE MARCHAND, 26 PINE VIEW DRIVE, VICTIM**

About 1:00 a.m. on September 21, 1985, three (3) white males broke into 26 Pine View Drive, breaking a 2 X 4 window on the North side of the house. Telephone lines were cut. Occupant was physically and sexually assaulted.

Investigation leans toward the following three (3) suspects:

1. George Perrot, 17, No FBI # available
2. Robert Timmerman, 20, No FBI # available
3. Jeffrey Atkins, 20, FBI # 939731DA3

I am sending, by registered mail, a package containing the following evidence in this case:

1. Black rubber fingerprint lifter with latent impression lifted from window
2. Black & white photo of print before it was lifted
3. Metal door pull with latent print
4. Hair sample of Kelly Mahaffy, age 4
5. Hair sample of Richard Croughwell
6. Hair sample of Robert Timmerman, suspect
7. One (1) fingernail
8. One (1) bed sheet
9. One (1) bed sheet
10. One pillow case
11. One pillow case

7-1a
1-26-85
UWO:dsd#84

7-1a
12/30/85
WWO/amc

CoS RPOD 004856

12. Fingerprint card of three (3) suspects

It would be appreciated if you would examine the hair samples against any found on the bedsheets, and/or pillow cases. Also would you please check the blood stains on the bedsheets and pillow cases along with any seminal fluid/sperm that also may be on the bed sheets and pillow cases. Fingerprint evidence on any of the items submitted would be appreciated.

We would like the rubber lifter checked against the three print records of the suspects and any fingerprint evidence on the sheets and pillow cases checked against three (3) suspects also.

This evidence, which should be returned to us, has not previously been examined by any other expert.

Very truly yours,

Capt Ernest Stelzer

ERNEST STELZER, CAPTAIN
DETECTIVE BUREAU

ES:nb
Enclosures