SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE OCT 7, 1985

The following is a statement by MAE MARCHAND. taken at 26 PineView ST. at 10⁵⁰ A.M. on Monday.

I, Thomas Jarvis, M.B. Carelock, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Thomas Jarvis

AFTER my house WAS BROKEN into, And I WAS ASSAULTED. I TRAVELED TO PITTSFIELD MASS, And HUDSON FALLS N. YORK. During This Period OF About TWO WEEKS, The. SUBJECT who ASSAULTED me; HIS VOICE SOUNDED VERY FAMILIAR FOR The LAST TWO WEEKS I have. been Thinking About THAT VOICE; And AS FAR AS I AM concerned GEORGE PERROTT WAS The SUBJECT THAT broke INTO my house, And ASSAULTED me And TOOK my $14000 with him. The Reason I AM SAYING This, is THAT George Perrott did Some work Around my house, PAINTING my GARAGE. And PAINTING my shed. GEORGE PERROTT And JEFFERY ATKINS STAYED Around MOST OF The day PAINTING. I had conversation with PERROTT IN The REAR. OF my yard. He was A very SOFT Spoken. He had A old CAP pulled down over his eyes. He was Trying

I have read carefully the foregoing statement consisting of pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof. I am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief.

WITNESSES Marcia Brown-Carelock SIGNED Mae C Marchand

Sworn and subscribed to before me this

day of 19

Notary Public

(2)

SPRINGFIELD POLICE DEPARTMENT

STATEMENT

DATE Oct 7, 1985

The following is a statement by Mae Marchand

taken at 26 Pine View St. at 10:50 A.M. P.M. on Monday.

I [signature], do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of [signature].

To grow a light Beard, He was shabby looking. I also
Spoke to Jeffrey Atkins, And His voice does not stick
In my mind. I spoke to him when I asked them
If they wanted coffee. I wrote a check out to
George Perott for $90.00 on Sept 17, 1985. I gave
The check to Perott. Shortly after Atkins came
In and said This is not the Right Amount. I just
He wanted $95.00 There was no argument
wrote him out another check for $95.00.
On Sept 21. 1985 about 1:00 AM my house was broken into
And I was assaulted. Perotts voice started working
On my mind. when I was being assaulted, And
he started saying where is your money, where is
your money. It sounded just like Perotts voice
them. As far as I am concerned I feel very
strongly, That it was George Perott who assaulted
me.

I have read carefully the foregoing statement consisting of pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof. I am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief.

WITNESSES Marcia Brown-Carelock

SIGNED x Mae C Marchand

Sworn and subscribed to before me this October 7, 1985

19

day of

Notary Public

R 104

CoS RPOD 004853

DA DISCOVERY