Oct. 24, 1985

Capt. Stelzer,

Checked the Thompson st. area for a Toyota with a NY Reg. The oper. Noel Rivera is wanted by the Newburg NY P.D. for a homocide in thier town. Neg. results.

Responded to 33 Covel st. for a sig. 21. The victim a 64 yr old w/f stated she was raped vaginally and anally by an unknown subject. Entry was gained by removing the vent pipe from the dryer which was in a cellar window. He exited threw a south side cellar door. Photo's taken of footprints outside where the subject entered. Also of the bedroom. Many items tagged and brought to 130 for prints. Victim transpotted to the Wesson by us with Sgt. Meara. Subject rifled the bureau drawers good place for prints also top of washer and dryer because it apppared the subject entered the house head first.

Rputine patrol.

Sgt. Carlson / A. Pioggia III
car # 36