UDP 152079

Unified Data Products Corporation

11-30-85

MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

1 of 5

TYPE OF REPORT, SPECIFY: Special to the C.P.B.
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Sir:

On this date at about 3:45AM Officer E. Dean and I responded to 33 Covel St., the home of Emily Lichwala Age 64yrs. The victim stated to us and the Officers that responded to the original transmission, that at about 3:25AM she heard some loud bangs. The subject has been the victim of previous B+E and Rape. She heard the sound of breaking glass. She ran out of her front door to 280 Forest Hills Rd, the home of her neighbors, the Jilsons. Entry was

| | |
|---|---|
| POST NO. DB. | REPORTED FOR DUTY 12A M |
| CAR NO. 7B | |
| DISTRICT NO. | REPORTED OFF DUTY 8A M |

[signature]
ROBERT A CHEETHAM
REPORTING OFFICER

CR 77
100 M - 5/74

RECORDS COPY

11-30-85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

2085

TYPE OF REPORT, SPECIFY: Special to the C.P.B.
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

initially gained by kicking out the dryer vent which was through the cellar window. (This was the point of entry in the previous break). The intruder was unable to get to the main floor because the cellar door was double bolted. It appears that the intruder then left via the walk out cellar door taking a pool cue with him. The subject used the pool cue to break out the window on the south side breezeway, The window was raised and entry gained. Once inside the breezeway the subject broke a plexyglass window and kicked

| | |
|---|---|
| POST NO. | D.B. |
| CAR NO. | 78 |
| DISTRICT NO. | |

REPORTED FOR DUTY 12A M

REPORTED OFF DUTY 8A M

[signature]
ROBERT A CHEETHAM
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

Unified Data Products Corporation

UDP 152079

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

3 of 5

MONTH DAY YEAR: 11-30-85

TYPE OF REPORT, SPECIFY: Special to the C.P.B.
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

in the door there by gaining entry into the home. TAKEN WAS A beige handbag containing $50.00 AND VARIOUS credit cards.

At about 4:10 am we RESPONDED to 27 Malibu Dr. the home of Mary A. Prekop. At about 4:00 am officers responded to that Address in regard to A B+E. The victim, stated that earlier she heard the dog bark. She checked her house and saw nothing. She went back to sleep. She then heard the two doors leading from the breezeway being kicked in. (Miss Prekop is the

| | |
|---|---|
| POST NO. | D.B |
| CAR NO. | 78 |
| DISTRICT NO. | |

REPORTED FOR DUTY 12A M

REPORTED OFF DUTY 8A M

Robert A Cheetham
ROBERT A CHEETHAM
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

Unified Data Products Corporation

UDP 152079

UDP 152079

Unified Data Products Corporation

11-30-85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

4 of 5

TYPE OF REPORT, SPECIFY: Special to the C.P.B
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Victim of two other B+E and Rapes). She got out of bed and was met by a white male, early 20's 5'7" - 6'0" slim - medium build with dark wavy hair wearing a black jacket and sneakers. Victim states that she was pushed into her bedroom, her dog kicked out off the room, and she was thrown to the floor. Victim states that she was beaten about the face, arms, legs and side. She also reports that she was sexually assaulted. Her purse was ransacked. No losses. A pair of white

CR 77
100 M - 5/74

| | |
|---|---|
| POST NO. | DB |
| CAR NO. | 78 |
| DISTRICT NO. | |

| | |
|---|---|
| REPORTED FOR DUTY | 12A M |
| REPORTED OFF DUTY | 8A M |

[signature]
ROBERT A CHEETHAM
REPORTING OFFICER

RECORDS COPY

11-30-85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

5 of 5

TYPE OF REPORT, SPECIFY: Special to the C.P.B.
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

gloves with a design on them were found in the bedroom, one on the floor and the other on the bed. One of the gloves had some blood on it. (tagged by Sgt Kelly). Victim transported to the Wesson E.R. by ambulance. Victim treated for contusions to the face and body and lacerations to the right hand.

Photos taken at both locations. Prints taken at 33 Covel St by Officer Reignee. 911 Reports made by both D.B. and C.P.B. Rape kit tagged.

Lt. F. Vacirca notified

Respectfully submitted
[signature]
ROBERT A CHEETHAM
REPORTING OFFICER

| | |
|---|---|
| POST NO. | D.B. |
| CAR NO. | 78 |
| DISTRICT NO. | |

REPORTED FOR DUTY 12A M
REPORTED OFF DUTY 8A M

CR 77
100 M - 5/74

CHIEF'S COPY