Dec 7, 1985
5:00 P.M.

My name is Joseph McNabb Jr. I am 62 years old and I live at 6 Ellendale Cir with my wife Helen who is 61 years old.

About 10:00PM last night Dec 6, 1985 my wife and I went to bed. I read for awhile and I would say were both asleep by 10:30PM. The next thing I remember my wife was screaming and she woke me up and said "there is somebody in the HOuse" I rolled over in the bed and sat up and I saw this guy walking towards the bedroom. I got up and went to the doorway of the bedroom and the hall and the first thing the guy did was swing, what I later found out to be my broom handle, at my head. I blocked it with my left arm. I was screaming at the top of my lungs "who is it, help". As I walked toward this guy, he backed up swinging at my head two more times that I again blocked with my arm. The third time he dropped the broom handle and ran out of the house. I followed him to the front door and by this time my whife was putting lights on in the house and called the police. The guy that was in my house was about 5ft7in, a white male, and about 25 years old, give or take a couple of years. The only thing I can remember about his clothing was that it was tight fitting and dark, and I think he had on a dark hat. The police were there very quickly and I told them what had happened. They took a report and photographs.

Later on today I was contacted by Detective John Scanlon and I agreed to go th the police station to give this statement and view a police line-up. Detective Scanlon brought me into a room that had a two-way window, when he showed me seven white males who were standing side by side. He told me they all would step forward one at a time, and if I saw someone who looked like the guy who was in my house to speak up. When the first guy stepped forward I told Detective Scanlon " this kid here, that's not the jacket, but I don't have to look and anybody else, that's the guy.

The broom handle that this guy assaulted me with was originally in my breezeway which is outside of my house

Signed Joseph W McNabb Jr

Witness John J Scanlon

Witness Lt. Charles Arpin

DA DISCOVERY

CoS RPOD 004753