12 07 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

ARREST REPORT AND

TYPE OF REPORT, SPECIFY: Special to Detective Bureau 1
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

Sir:

DETAILS OF REPORT

At approx. 2:15 AM this date I received a call to respond to #6 Ellendale st for a report on an assault. Upon arriving I found that the front door was open. It was broken and the lock catch was on the floor. I was met by a JOSEPH McNABB, 62, 6 ELLENDALE ST, 783-6882 and his wife Helen. Helen was very upset. She stated "My God someone broke into my house. He hit my husband with a stick." I asked Joseph. He stated "We were asleep. We heard a bang. I came into the kitchen and I observed a young white male with dark hair and a

| | |
|---|---|
| POST NO. | |
| CAR NO. | 33 |
| DISTRICT NO. | 11,18 |

REPORTED FOR DUTY 11⁰⁰ P M
REPORTED OFF DUTY 7⁰⁰ A M

APPROVED CHARLES ARPIN LIEUTENANT

James Murphy
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

12 07 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special: to Detective Bureau 2
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Muscular body - He was chunky. He had a stick and hit me in the head several times." Helen reached to the ground and picked up an orange broom handle. She stated "I think this is my broom." "Come I'll show you." She led me to the side breezeway door. We walked onto the open breezeway. She showed me where she kept the broom near a small shed. I looked behind the shed and found the brush part of the broom laying on the ground. the handle had been broken off. Helen identified both pieces of the broom as hers and also as the instrument used in the

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

REPORTED FOR DUTY M
REPORTED OFF DUTY M

APPROVED CHARLES ARPIN LIEUTENANT

James Murphy
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

2 07 85 SPRINGFIELD POLICE DEPARTMENT
MONTH DAY YEAR

**GENERAL REPORT FORM**

TYPE OF REPORT, SPECIFY: Special to Detective Bureau 3
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Assault on her husband. I observed shy footprints on a cement patio to the rear of the breezeway. I made a sketch of the prints. I notified Captain Basile. He stated he would send the Detective Bureau. I told the McNabbs to secure their home and wait for the detectives. I then went in search of the subjects.

At approx. 2:30 AM as I was operating my cruiser on Malibu Dr. I observed a black car flashing its headlamps on and off. I drove quickly to the vehicle. When I stopped near this vehicle a female subject ANN SERAFENO, 84 BROWN AVE.,

| POST NO. | REPORTED FOR DUTY M | |
|---|---|---|
| CAR NO. | APPROVED CHARLES ARPIN LIEUTENANT | Thomas Murphy |
| DISTRICT NO. | REPORTED OFF DUTY M | REPORTING OFFICER |

CR 77 100 M - 5/74

RECORDS COPY

12 07 85 SPRINGFIELD POLICE DEPARTMENT
MONTH DAY YEAR

**GENERAL REPORT FORM**

TYPE OF REPORT, SPECIFY: Special to Detective Bureau 4
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Holyoke, Ma., 533-5832, told me that her girlfriend had just had her purse snatched in front of Donny's Deli, 320 Cooley st. She stated that she chased the subject from Donny's across Cooley st, up the driveway of 329 Cooley st where fresh footprints were found in the snow, and into the back yards south-easterly to Malibu Dr. She indicated that he had headed toward the center of the street and into the yards. She stated that she could not catch him. At this time Car 8 Off. Donnelly and Off Martel arrived and I told Ann to tell them what happened. I returned to Ellendale st

| POST NO. | REPORTED FOR DUTY M | |
|---|---|---|
| CAR NO. | APPROVED CHARLES ARPIN LIEUTENANT | Thomas Murphy |
| DISTRICT NO. | REPORTED OFF DUTY M | REPORTING OFFICER |

CR 77 100 M - 5/74

12 07 85 (MONTH DAY YEAR)

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Detective Bureau (I.E. ARREST, OPEN DOOR, B & E, ETC.) 5

DETAILS OF REPORT

to check on the victims. At this time Off Gormally notified
me that he had footprints in the driveway of 329 Cooley st.
I responded there and examined the prints, they were exactly
the same type as the ones on Ellendale st. I decided to check
the houses for matching prints on Malibu Dr. Since George
Perrot is known to me and fits the general description of the
purse snatcher and breaker, I responded to his home first.
In the driveway at 87 Malibu I observed the exact same
prints leading up the driveway and into the back yard.
The prints stopped, returned from the yard and led

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

REPORTED FOR DUTY ___ M

REPORTED OFF DUTY ___ M

APPROVED CHARLES ARPIN LIEUTENANT

Lorne Murphy
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

12 07 85 (MONTH DAY YEAR)

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Detective Bureau (I.E. ARREST, OPEN DOOR, B & E, ETC.) 6

DETAILS OF REPORT

up the stairs into the house. I called for Lt. Foley for
assistance. Off K. Gagnon, Lt Foley and I entered the house
with the consent of Mark Westcott, 782-6932. ~~B/~~ Lt Foley
and I entered the cellar and searched. We found no subjects.
We returned to the first floor. I asked Nancy Westcott,
Perrots sister if she would mind if we inspected Georges
bedroom. She said ok and led us to the rear east bedroom.
I tried the door handle and it was locked. Nancy walked
to the north-east bedroom and returned with a set of keys.
She opened the door. I observed George to be laying on

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

REPORTED FOR DUTY ___ M

REPORTED OFF DUTY ___ M

APPROVED CHARLES ARPIN LIEUTENANT

Lorne Murphy
REPORTING OFFICER

CR 77 100 M - 5/74

2 07 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

TYPE OF REPORT, SPECIFY: Special to Detective Bureau 7
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

his back on the bed with his feet hanging over the edge. On the floor near his feet was a black vinyl pocketbook containing papers belonging to SHEILEEN SAPELLI, 31 FT PLEASANT AVE, SPFD. In plain view on the dresser was a brown vial containing a white powder residue which appeared to be a drug substance. Off K. Gagner removed the vial and handed it to me. There were ④ $50 bills ② $20.00 bills and ③ one dollar bills on the dresser. The vial was tagged #51432, Pocketbook 51431. Arrest made. I escorted George to my cruiser in ~~front~~ front of the house. As I attempted

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

REPORTED FOR DUTY M
REPORTED OFF DUTY M
APPROVED CHARLES ARPIN LIEUTENANT
James Murphy
REPORTING OFFICER

CR 77 100 M - 5/74

RECORDS COPY

12 07 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

**GENERAL REPORT FORM**

TYPE OF REPORT, SPECIFY: Special to Detective Bureau 8
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

to unlock the door George struck me using his left shoulder and body weight knocking me into the cruiser. He then ran westerly on Malibu dr and into the backyards. Approx 5 minutes later with assistance from several cruisers Perrot was re captured.

At approx. 2:50 AM, 12-07-85, George Perrot was charged with ① Unarmed robbery and ② Assault + battery on a Police Officer in uniform (Off Murphy), placed under arrest and transported to 130 Pearl st. The arresting officers are: Lt G. Foley, K. Gagner, J Donnelly, J Martel, T. Teetes, E Dean and myself.

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

REPORTED FOR DUTY M
REPORTED OFF DUTY M
APPROVED CHARLES ARPIN LIEUTENANT
James Murphy
REPORTING OFFICER

CR 77 100 M - 5/74