# SPRINGFIELD POLICE DEPARTMENT
## STATEMENT



DATE December 7,1985

The following is a statement by Sheileen Sapilli

taken at 130 Pearl St at 4:15 A.M. P.M. on Dec.7,1985

I, Sheileen Sapilli, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of P.Cavanaugh/T.Trites/E.Dean

My name is Sheileen Sapilli I am 25 yrs old and I live at 31 Fort Pleasant Ave in Spfld. my phone number is #732-1709.On this date I was with Ann Serafin This morning at about 2:15am I went to Denny's Restaurant on Cooley St to get something to eat. We were in seperate cars and we parked them on the north side of the building. We both got out of our car's and started walking towards the front of the restaurant in the road.Next thing I know is that someone was behind me touching the left side of my body. I then turned around and saw a w/ with dark hair, scraggley beard wearing a dark colored jacket. The w/m then grabbed my pocketbook and started running across Cooley St and into a backyard My friend Ann Serafino chased the subject to a backyard on Malibu Dr but sh lost him. I then flagged down a cruiser which was coming down Cooley St and I told them that my pocketbook had just been stolen. Ann and I were then on our back to Denny's to wait for the Police. We waited for about 20 minutes till th Police arrived. They then took us both over to where Ann had chased the subjec and then lost him because they wanted to look at the footprints in the snow. Once we got there Ann showed the Police one of the sets of prints and she was able to idenify her own prints in the snow. We both then went back to Denny's to wait for the Police again. About 10 minutes later the Police came back and told us that they had an idea of who it was had stolen my pocketbook but that he was not at home now. The Police left again and returned 5-10 minutes later. This time they told us that they had arrested the guy and that they had my pocketbook. We both then got into a cruiser and were going to make an idenifa- cation of the person the Police had in custody when we heard on the Police rad that the subject had got away. We were then told to get out of the cruiser and go back to Denny's. We were standing in front of Denny's on the grass. I thoug I saw someone running through a yard across the street on Malibu Dr. He hid in the bushes. I then told Ann to go over to one of the cruisers on Cooley St to tell them that we thought we saw someone in a backyard. All of a sudden the person we saw hiding in the bushes came out and stood on the sidewalk, he was wearing a blue jacket with white linning. I then screamed,"there he is" and I saw him start running up Colley St. A few minutes later a cruiser came back to where we were at Denny's and it was at this time that I positively idenified th subject in theback seat of the cruiser as being the person who stole my pocket- book earlier in the evening.Another cruiser pulled up and had a pocketbook ins it. At this time I idenified it as being mine.

I have read carefully the foregoing statement consisting of 2 pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my knowledge and belief.

WITNESSES

SIGNED

Sworn and subscribed to before me this

day of 19

CR 163

Notary Public

SPRINGFIELD POLICE DEPARTMENT
STATEMENT



DATE . December 7, 1985

The following is a statement by Sheileen Sapilli

taken at 130 Pearl St at 4:15 A.M. on Dec 7, 1985

I, Sheileen Sapilli, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of P.Cavanaugh/T.Trites/E.Dean

A short time later I along with Ann Serafino were brought to the Detective Bureau by Officer Cavanaugh to give this statement. While I was there they told me that the subject that they had arrested for stealing my pocketbook was George Perrot of 87 Malibu Dr and that his dob was 1/21/68.

Sheileen R. Sapilli
Sheileen Sapilli

Det. Patrick J. Cavanaugh
Det.Patrick J.Cavanaugh

Det. Thomas A. Trites
Det.Thomas A.Trites

Det. Eugene J. Dean
Det.Eugene J.Dean

I have read the above statement and it is true to the best of my knowledge. I was a witness to this crime and I also idenified George Perrot as being the person who stole my friend Sheileen Sapilli's pocketbook.

Ann M. Serafino
Ann Serafino

I have read carefully the foregoing statement consisting of pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief.

WITNESSES

SIGNED

Sworn and subscribed to before me this

day of 19

CR-161.

Notary Public