12 7 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to D.B. 1 of 2
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

Sir,
At approx 2:30 AM, this date, off. James Gormally and I were waved down in front of 328 Cooley st. by a Sheileen Sapelli of 31 Fort Pleasant ave; she stated to us that a whit[e] male with a brown scraggly beard and brown hair with a dar[k] coat had just grabbed her blue pocketbook and her friend An[...] Serafino of 84 Brown Ave, Holyoke chased him toward Malibu dr. W[e] then advised the victim to wait in Deny's restourant. We then attempted to locate the white male. Off. Gormally, Murphy and I Could not find anyone in that area in the few minutes after the robbery. We then went back to Deny's restaurant to sp[...]

| | |
|---|---|
| POST NO. | |
| CAR NO. | 8 |
| DISTRICT NO. | 12+16 |

REPORTED FOR DUTY 12 AM
REPORTED OFF DUTY 8 AM

John Martel
REPORTING OFFICER
John Martel

CR 77 100 M - 5/74

Unified Data Products Corporation

RECORDS COPY

12 7 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to D.B. 2 of 2
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

with the victim. She then pointed out exactly were she had chased the subject. At that point we found a foot prin[t] in the driveway of 328 Cooley st. off. James Murphy also foun[d] similar foot prints on the stairs of 87 Malibu dr. Lt Fole[y] responded to 87 Malibu dr. and a Mark Westcott of 87 Malibu dr. gave Lt Foley off. Murphy and off. Gagner permiss[ion] to search the house. Off. Gormally and I then returned to Deny's restaurant to complete the report on the pocketbook snatch[.]

Respectfully Submitted

| | |
|---|---|
| POST NO. | |
| CAR NO. | 8 |
| DISTRICT NO. | 12+16 |

REPORTED FOR DUTY 12 AM
REPORTED OFF DUTY 8 AM

John Martel
REPORTING OFFICER
John Martel

CR 77 100 M - 5/74

Unified Data Products Corporation

RECORDS COPY

CoS RPOD 012975