SPRINGFIELD POLICE DEPARTMENT

SEARCH WARRANT WAIVER

December 7, 1985
12:40PM

I, George Perrot, age 17, 87 Malibu Dr. after being advised of my constitutional right that I do not have to allow a search of my person without a search warrant for hair and blood samples; and after being further informed of my absolute right to refuse to consent to such search, do hereby authorize Lt. Charles Arpin, Officers John Scanlon and Thomas Jarvis, police officers of the city of Springfield, Massachusetts, to conduct a search of my body for hair and blood samples. I understand that the blood sample will be taken by qualified medical personnel.

This written permission is given freely and voluntarily by me to the above named officers without any kind of threats or promises and without any offer or reward. I fully understand that any evidence of crime discovered in this search may be used against me in a court of law.

WITNESSES:

Thomas Jarvis

Lt. Charles Arpin

John J. Scanlon

George Perrot

SIGNATURE OF PERSON GRANTING CONSENT

12/8/85 HEAD + PUBIC HAIR SAMPLES TAKEN BY SPFD. POLICE

12/10/85 3:40 - 3:45PM by [signature]

[signature]