12 - 10 - 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Captain J Brown (Page 1 of 3)
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

Sir:

About 3:00 PM today, I went to the York Street Jail with a search warrant already signed by George Perrot, giving me permission to have blood samples drawn. I met with Terry Abendale of the Jail medical staff. Perrot was brought up to an examining room at the Jail and Abendale took samples of his blood. While this was going on Perrot started talking freely about his girl friend, how pretty she was, and asked me if I had seen her in Court with him earlier. At that point I told Perrot who I was, I advised him of his

| | | |
|---|---|---|
| POST NO. | REPORTED FOR DUTY M | Richard Kane |
| CAR NO. | | REPORTING OFFICER |
| DISTRICT NO. | REPORTED OFF DUTY M | |

CH 77 100 M - 5/74

CHIEF'S COPY

12 10 85
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Captain J Brown (Page 2 of 3)
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

miranda warnings. He told me he definetly understood his rights, and wanted to talk with me. I asked him, if he understood why the blood samples were being taken, he said to clear him of rape. He again stated, that he didn't rape any old woman, "he said you know how good looking my girlfriend is" why would I do that. I asked him about Cowell Street, he said he broke in, he knew nothing about a rape, I asked him what he did with the pocketbook, he described how he ran up Cowell Street, he stated he threw the pocketbook into

| | | |
|---|---|---|
| POST NO. | REPORTED FOR DUTY M | Richard Kane |
| CAR NO. | | REPORTING OFFICER |
| DISTRICT NO. | REPORTED OFF DUTY M | |

CH 77 100 M - 5/74

CHIEF'S COPY

CoS RPOD 013035

12 (MONTH) 10 (DAY) 85 (YEAR)

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Captain J. Brown (Page 3 of 3)
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

### DETAILS OF REPORT

Some bushes by the last house on the street, He said the house is where the driveway goes up hill on the right hand side in the bushes. When I got back to the CPC office, I relayed this information to Sgt. Kelly.

Perault seems to have a very soft spoken voice, just the way the victim on Cecil Street described in her statement.

Perault also stated he has a small drug problem that's why he breaks into homes. (Coke)

Respectfully Submitted

Richard Ka[illegible]

REPORTING OFFICER

| | | |
|---|---|---|
| POST NO. | REPORTED FOR DUTY M | |
| CAR NO. | | |
| DISTRICT NO. | REPORTED OFF DUTY M | |

CR 77 100 M - 5/74

CHIEF'S COPY