APPEALS COURT
Full Court Panel Case
Case Docket

COMMONWEALTH vs. GEORGE PERROT
THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
2007-P-0195

## CASE HEADER

| | |
|---|---|
| Case Status | 17A dismissal sent to trial court |
| Status Date | 06/14/2007 |
| Nature | CRIMINAL |
| Entry Date | 02/08/2007 |
| Appellant | Defendant |
| Case Type | Criminal |
| Brief Status | Awaiting blue brief |
| Brief Due | 05/30/2007 |
| Arg/Submitted | |
| Decision Date | |
| Panel | |
| Citation | |
| Lower Court | Hampden Superior Court |
| TC Number | |
| Lower Ct Judge | Constance M. Sweeney, J. |
| TC Entry Date | 12/01/1985 |
| SJ Number | |
| FAR Number | |
| SJC Number | |

## ADDITIONAL INFORMATION

Add'l Trial Court docket nos.: 85-5415 Thru 85-5420 & 25, 26, 27 now und/dkt #HDCR1985-05410.

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Commonwealth**<br>Plaintiff/Appellee<br>Awaiting red brief<br>Due 06/29/2007 | Jane Davidson Montori, A.D.A. |
| **George Perrot**<br>Pro Se Defendant/Appellant<br>Awaiting blue brief<br>Due 05/30/2007<br>1 Ext, 71 Days | |

## DOCKET ENTRIES

| Entry Date | Paper | Entry Text |
|---|---|---|
| 02/08/2007 | | Prior A.C. cases involving same parties: 2007-J-0036, 1988-P-1311, 1993-P-0845, 2001-P-1626. |
| 02/08/2007 | #1 | Entered. |
| 02/08/2007 | | Notice of entry sent. |
| 03/26/2007 | | Notice preceding dismissal: Rule 17A. |
| 03/29/2007 | #2 | Letter from Greg T. Schubert re: wishes to clarify to the Courts that Mr. Perrot's appellate issues in this case are pro-se matters and that he has forwarded all notices to Mr. Perrot. |
| 04/26/2007 | #3 | Notice of withdrawal as counsel for George Perrot, filed by Greg T. Schubert, Esquire. . |
| 04/27/2007 | | RE#3: The motion of Greg T. Schubert, Esq. to withdraw as counsel is allowed. The defendant is deemed to be proceeding pro se. The appellant's time in which to file a brief is extended until 5/30/07, failing which step two under the court's Standing Order 17A shall enter. Notice of this order is sent this date to the defendant at the last known address provided by Mr. Schubert. (McHugh, J.) *Notice/George Perrot. |
| 05/31/2007 | | ORDER: DISMISSAL under Rule 17A. |
| 06/14/2007 | #4 | Notice of dismissal to Trial Court: 17A. (Imaged) |

As of 11/04/2019 8:00pm

APPEALS COURT
Full Court Panel Case
Case Docket

COMMONWEALTH vs. GEORGE PERROT
THIS CASE CONTAINS IMPOUNDED MATERIAL OR PID
2008-P-1613

**CASE HEADER**

| | |
|---|---|
| Case Status | 17A dismissal sent to trial court |
| Status Date | 03/30/2009 |
| Nature | CRIMINAL |
| Entry Date | 09/22/2008 |
| Appellant | Defendant |
| Case Type | Criminal |
| Brief Status | Awaiting blue brief |
| Brief Due | 02/02/2009 |
| Arg/Submitted | |
| Decision Date | |
| Panel | |
| Citation | |
| Lower Court | Hampden Superior Court |
| TC Number | |
| Lower Ct Judge | Constance M. Sweeney, J. |
| TC Entry Date | 12/01/1985 |
| SJ Number | |
| FAR Number | |
| SJC Number | |

**ADDITIONAL INFORMATION**

Note: Partially Impounded as one of defendant's offenses is "guilty of aggravated rape (child u/16)".

| INVOLVED PARTY | ATTORNEY APPEARANCE |
|---|---|
| **Commonwealth**<br>Plaintiff/Appellee<br>Awaiting red brief<br>Due 03/04/2009 | Jane Davidson Montori, A.D.A. |
| **George Perrot**<br>Pro Se Defendant/Appellant<br>Awaiting blue brief<br>Due 02/02/2009<br>1 Ext, 91 Days | |

**DOCKET ENTRIES**

| Entry Date | Paper | Entry Text |
|---|---|---|
| 09/22/2008 | | Transcripts received: NONE |
| 09/22/2008 | | Prior A.C. cases involving same parties: 2007-P-0195. |
| 09/22/2008 | #1 | Entered. |
| 09/22/2008 | | Notice of entry sent. |
| 10/14/2008 | #2 | MOTION to extend brief & appendix due date, filed by George Perrot. |
| 10/14/2008 | | RE#2: Extension to 02/02/2009 granted for filing of brief of George Perrot, Defendant/Appellant. No further enlargement. *Notice to counsel. |
| 02/12/2009 | | Notice preceding dismissal: Rule 17A. |
| 03/13/2009 | | ORDER: DISMISSAL under Rule 17A. |
| 03/30/2009 | #3 | Notice of dismissal to Trial Court and parties: 17A. (Imaged) |

As of 11/04/2019 8:00pm