C O M M O N W E A L T H OF M A S S A C H U S E T T S

Hampden, ss

Dept. of the Trial Court
Superior Court Division
No. 85-5415 thru 5418,
5420, 5422, 5423, 5425

COMMONWEALTH

VS

GEORGE PERROT

TRIAL HELD IN HAMPDEN COUNTY SUPERIOR COURT, SPRINGFIELD, MASSACHUSETTS, BEFORE MURPHY, J., AND A JURY, CONTINUING ON DECEMBER 14, 1987.

APPEARANCES

FRANCIS BLOOM, ASSISTANT DISTRICT ATTORNEY — Representing the Commonwealth

JAMES HAMMERSCHMITH, ESQ. — Representing the Defendant

Janis H. Trenholm
Official Court Reporter

VOLUME VI

have.

THE CLERK: Would you please hand them to the court officer.

May the verdicts be affirmed, Your Honor?

THE COURT: They may.

THE CLERK: Mr. Foreman, ladies and gentlemen of the jury, hearken to the verdict which the Court will record. Indictment 85-5415, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of unarmed robbery.

Hearken to indictment number 85-5416, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of indecent assault and battery on an adult.

Hearken to indictment number 85-5417, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of assault and baattery.

Hearken to indictment number 85-5418, Commonwealth versus George D.

Perrot, the jury finds the defendant guilty of aggravated rape.

Hearken to indictment number 85-5420, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of burglary and assault in a dwelling.

Hearken to indictment number 85-5423, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of larceny.

Hearken to indictment number 85-5425, Commonwealth versus George D. Perrot, the jury finds the defendant guilty of burglary.

So you say, Mr. Foreman?

THE FOREPERSON: Yes, sir.

THE CLERK: So you all say, ladies and gentlemen of the jury?

THE JURORS: Yes, sir.

THE CLERK: Have these verdicts been unanimous?

THE JURORS: Yes.

THE CLERK: You may be seated.

THE COURT: Mr. Foreman, ladies and gentlemen of the jury, and to our alternate, on behalf of the Superior Court, I thank you for the attention you paid in the performance of your duties, and I want to emphasize I don't comment one way or the other on your verdicts, because, as I told you, I am not entitled to an opinion, but on behalf of the Superior Court, I thank you for your services.

(Whereupon, the jurors were excused)

MR. BLOOM: We are going to move for sentencing for the record, Your Honor.

THE COURT: Commonwealth have a recommendation?

MR. BLOOM: No. If it's alright with the Court, I'd just as soon put it off till the morning, if it's okay. I