CRTR2709-CR

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

**8579CR05410 Commonwealth vs. Perrot, George**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Indictment | **FILE DATE:** | 12/01/1985 |
| **ACTION CODE:** | 266/14/A-0 | **CASE TRACK:** | I - Inventory |
| **DESCRIPTION:** | BURGLARY, ARMED c266 §14 | | |
| **CASE DISPOSITION DATE:** | 02/09/2007 | **CASE STATUS:** | Open |
| **CASE DISPOSITION:** | Disposed by Jury Verdict | **STATUS DATE:** | 12/01/1985 |
| **CASE JUDGE:** | | **CASE SESSION:** | Criminal 1 - Ct. Rm. 1 |

**DCM TRACK**

| Tickler Description | Due Date | Completion Date |
|---|---|---|
| Under Advisement | 10/08/2016 | 10/08/2016 |

**PARTIES**

| | |
|---|---|
| **Prosecutor**<br>Commonwealth | **Attorney for the Commonwealth** **545992**<br>Elizabeth Dunphy Farris<br>Hampden District Attorney<br>Hampden District Attorney<br>1500 Main St<br>PO Box 15327<br>Springfield, MA 01115<br>Work Phone (413) 505-5926<br>Added Date: 08/16/2012<br><br>**Attorney for the Commonwealth** **338410**<br>Katherine E McMahon<br>Office of the Hampden District Attorney<br>Office of the Hampden District Attorney<br>Roderick L Ireland Courthouse<br>50 State Street<br>Springfield, MA 01102<br>Work Phone (413) 505-5905<br>Added Date: 11/29/2016 |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

| | |
|---|---|
| **Defendant**<br>Perrot, George | **Special Appearance** **647261**<br>Lisa M Kavanaugh<br>Committee for Public Counsel Services<br>Committee for Public Counsel Services<br>7 Palmer St<br>Suite 302<br>Roxbury, MA 02119<br>Work Phone (617) 607-5762<br>Added Date: 06/19/2015<br>**Private Counsel** **641567**<br>Kirsten Valerie Mayer<br>American Civil Liberties Union Foundation of Mass<br>American Civil Liberties Union Foundation of Massa<br>One Center Plaza<br>Suite 850<br>Boston, MA 02108<br>Work Phone (617) 482-3170<br>Added Date: 04/29/2015 |
| **Other interested party**<br>Perros, Nicholas | |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

## PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| 1 | 12/07/1985 BURGLARY, ARMED c266 §14 | 266/14/A-0 | Springfield | Nolle Prosequi | 02/10/1987 |
| 2 | 12/07/1985 A&B WITH DANGEROUS WEAPON c265 §15A(b) | 265/15A/A-0 | Springfield | Nolle Prosequi | 02/10/1987 |
| 3 | 12/07/1985 A&B WITH DANGEROUS WEAPON c265 §15A(b) | 265/15A/A-0 | Springfield | Guilty Verdict - Lesser Included | 02/10/1987 |
| 4 | 12/07/1985 A&B WITH DANGEROUS WEAPON c265 §15A(b) | 265/15A/A-0 | Springfield | Nolle Prosequi | 02/10/1987 |
| 5 | 12/07/1985 ASSAULT IN DWELLING, ARMED c265 §18A | 265/18A-0 | Springfield | Not Guilty Finding | 02/10/1987 |
| 6 | 12/07/1985 ROBBERY, ARMED c265 §17 | 265/17/A-0 | Springfield | Dismissed<br>Nolle Prosequi | 12/14/1987<br>10/18/2017 |
| 7 | 11/30/1985 INDECENT A&B ON PERSON 14 OR OVER c265 §13H | 265/13H-0 | Springfield | Nolle Prosequi | 10/18/2017 |
| 8 | 11/30/1985 A&B c265 §13A | 265/13A/B-0 | Springfield | Guilty Verdict - Lesser Included | 12/15/1987 |
| 9 | 11/30/1985 RAPE, AGGRAVATED c265 §22(a) | 265/22/B-2 | Springfield | Guilty Plea<br>Nolle Prosequi | 01/09/1992<br>10/18/2017 |
| 10 | 11/30/1985 ASSAULT IN DWELLING, ARMED c265 §18A | 265/18A-0 | Springfield | Nolle Prosequi | 12/15/1987 |
| 11 | 11/30/1985 BURGLARY, ARMED c266 §14 | 266/14/A-0 | Springfield | Nolle Prosequi | 10/18/2017 |
| 12 | 11/30/1985 ASSAULT IN DWELLING, ARMED c265 §18A | 265/18A-0 | Springfield | Nolle Prosequi | 12/15/1987 |
| 13 | 11/30/1985 ASSAULT TO RAPE c265 §24 | 265/24/A-1 | Springfield | Nolle Prosequi | 12/14/1987 |
| 14 | 11/30/1985 ROBBERY, ARMED c265 §17 | 265/17/A-0 | Springfield | | |

**COMMONWEALTH OF MASSACHUSETTS**
**HAMPDEN COUNTY**
**Public Docket Report**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Guilty Plea | 12/15/1987 |
| 15 | 11/30/1985<br>BURGLARY, ARMED c266 §14 | 266/14/A-0 | Springfield | Guilty Plea - Lesser Included | 12/15/1987 |
| 16 | 11/30/1985<br>BURGLARY, ARMED c266 §14 | 266/14/A-0 | Springfield | Guilty Verdict | 01/09/1992 |
| 17 | 12/07/1985<br>ROBBERY, UNARMED c265 §19(b) | 265/19/C-0 | Springfield | Dismissed | 02/10/1987 |
| 18 | 12/07/1985<br>A&B ON POLICE OFFICER c265 §13D | 265/13D/A-0 | Springfield | Guilty Verdict | 02/10/1987 |

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 03/26/2003 | Criminal 1 - Ct. Rm. 1 | Hearing for Appearance / Appointment of Counsel | Rescheduled | |
| 03/26/2003 | Criminal 1 - Ct. Rm. 1 | Hearing | Held as Scheduled | |
| 04/16/2003 | Criminal 1 - Ct. Rm. 1 | Hearing | Held as Scheduled | |
| 05/21/2003 | Criminal 1 - Ct. Rm. 1 | Hearing | Held as Scheduled | |
| 07/25/2003 | Criminal 1 - Ct. Rm. 1 | Hearing for Sentence Impositioi | Held as Scheduled | |
| 08/28/2012 | Criminal 1 - Ct. Rm. 1 | Hearing | Rescheduled | |
| 09/13/2012 | Criminal 1 - Ct. Rm. 1 | Hearing | Held as Scheduled | |
| 09/13/2012 | Criminal 1 - Ct. Rm. 1 | Hearing | Not Held | |
| 02/25/2015 | Criminal 1 - Ct. Rm. 1 | Hearing | Rescheduled | |
| 06/19/2015 | CR Session 2 - Ct. Rm 2 | Hearing on Motion for New Tria | Held as Scheduled | Kane |
| 09/11/2015 | CR Session 4 - Ct. Rm 5 | Evidentiary Hearing on Suppression | Held as Scheduled | Kane |
| 09/25/2015 | CR Session 4 - Ct. Rm 5 | Evidentiary Hearing on Suppression | Held as Scheduled | Kane |
| 02/05/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Not Held | Kane |
| 02/08/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Not Held | Kane |
| 02/10/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Held as Scheduled | Kane |
| 02/16/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Held as Scheduled | Sweeney |
| 03/21/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Held as Scheduled | Carey |
| 07/21/2016 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Not Held | Page |
| 09/08/2016 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Held as Scheduled | Carey |
| 01/10/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Sweeney |
| 01/24/2017 | Criminal 1 - Ct. Rm. 1 | Motion Hearing | Held as Scheduled | Sweeney |
| 02/28/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Unassigned |
| 03/27/2017 | Criminal 1 - Ct. Rm. 1 | Bail Hearing | Not Held | Unassigned |
| 05/26/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Unassigned |
| 05/30/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Unassigned |
| 07/10/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Not Held | Unassigned |
| 09/18/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Carey |
| 10/20/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Ricciardone |
| 11/07/2017 | Criminal 1 - Ct. Rm. 1 | Conference to Review Status | Held as Scheduled | Ricciardone |

## INFORMATIONAL DOCKET ENTRIES

| Date | Ref | Description | Judge |
|---|---|---|---|
| 03/21/2003 | | Appearance of Deft's Atty: Robert T Santaniello (For the purposes of the defendant's motion to reconsider and modify bail conditions) ( See pl. #122, in 85-5415) | |
| 03/21/2003 | | Motion by Deft: to reconsider and modify bail conditions (See Pl. #123, in 85-5415) | |
| 03/26/2003 | | Status at conversion to computer March 26, 2003 (see docket book for other entries) | |
| 03/26/2003 | | Motion (P#123 as to 85-5415) denied (please see pleading) (Bertha D. Josephson, Justice). Copies mailed | |
| 04/16/2003 | | Motion by Deft: to modify and correct bail conditions (see pl. #124, in 85-5415) | |
| 04/16/2003 | | After hearing: Motion to change bail condition filed today, taken under advisement (McDonald, J.) | |
| 04/17/2003 | | Motion (P#124, 85-5415) allowed ELMO no longer is a condition of bail (C. Brian McDonald, Justice). Copies mailed April 17, 2003 (any and all other conditions remain the same. | |
| 05/12/2003 | | ORDER (See pleading #125 in 85-5415) (Tina S. Page, Justice) | |
| 05/12/2003 | | Motion by Commonwealth: for order to appear (see pldg. #126 in 85-5415) | |
| 05/12/2003 | | Motion (P#126) allowed (Tina S. Page, Justice) | |
| 05/13/2003 | | Commonwealth files request for revocation of bail and issuance of arrest warrant (see pldg. #127 in 85-5415) | |
| 05/13/2003 | | Warrant issued (Page, J) (see #128 in 85-5415) | |
| 05/13/2003 | | Motion (P#127) allowed (Tina S. Page, Justice). | |
| 05/14/2003 | | Motion by Commonwealth: for court order (See pleading #129 in 85-5415) | |
| 05/14/2003 | | Motion (P#129 in 85-5415) allowed (Tina S. Page, Justice) | |
| 05/14/2003 | | ORDER [See pleading #130 in 85-5415) (Tina S. Page, Justice) | |
| 05/21/2003 | | Commonwealth's oral motion for a copy of warrant is allowed. (Page, J) | |
| 05/22/2003 | | Motion by Commonwealth: for certified copies (see pldg. # 131 in 85-5415) | |
| 05/22/2003 | | Motion (P#131) allowed, nunc pro tunc to 5/21/03 (Tina S. Page, Justice). | |
| 06/12/2003 | | Rescript received from Appeals Court; Order allowing motion for a new trial REVERSED (see #132 in 85-5415) | |
| 07/25/2003 | | Default removed; warrant recalled (Velis,J.) | |
| 07/25/2003 | | RE: offense #85-5410: Original Sentence in Effect (Velis,J.) | |
| 01/20/2006 | | Motion by Deft: for preservation of physical evidence for independent analysis (see pldg. #133 in 85-5415) | |

| | |
|---|---|
| 01/20/2006 | Affidavit in support of defendant's motion to preserve physical evidence, to wit, "hair sample(s)" (see #133.1 in 85-5415) |
| 01/30/2006 | Motion (P#133) allowed (see pleading) (Constance M. Sweeney, Justice). |
| 05/04/2006 | Motion by Deft: to compel (see #134 in 85-5415) |
| 06/21/2006 | Motion (P#134) Commonwealth is to provide written response by July 7, 2006 (Sweeney, J) n. |
| 07/06/2006 | Commonwealth files response to defendant's motion to compel disclosure of existence of hair samples (see #135 in 85-5415) |
| 07/06/2006 | Affidavit of Brett J. Vottero (see #135.1 in 85-5415) |
| 08/01/2006 | Motion (P#134) The Commonwealth's response is adequate. An update from the Comm. should be provided by 12/3/06. (Sweeney, J.) N.8/2/06 |
| 11/29/2006 | MOTION by Deft: for a New Trial (see #136 in 85-5415) N. 11/30/06 |
| 11/29/2006 | Deft files Memorandum in Suport of a Motion for New Trial Under Mass.R. Crim. P. 30(b) (see #137 in 85-5415) N. 11/30/06 |
| 12/01/2006 | Commonwealth files Updated Response to Defendant's Motion to Compel Disclosure of Existence of Hair Samples & Affidavit (see #138 in 85-5415)N. 12/4/06 |
| 12/05/2006 | MOTION (P#136 ) I decline to act on this motion (See Pleading #136) (Sweeney,J.) N. 12/5/06 |
| 12/18/2006 | MOTION by Deft: to reconsider denial of defendant's second motion for a new trial (see #139 in 85-5415) |
| 12/18/2006 | Affidavit of defendant (see #139.1 in 85-5415) |
| 12/18/2006 | MOTION by Deft: for funds for DNA testing (see #140 in 85-5415) |
| 12/18/2006 | Affidavit of counsel (see #140.1 in 85-5415) |
| 12/18/2006 | Deft files Memorandum in support of a motion for funds for DNA testing (see #141 in 85-5415) |
| 12/29/2006 | NOTICE of APPEAL FILED by George Perrot (see #142 in 85-5415) N. 1/10/07 |
| 01/02/2007 | MOTION (P#139) no action (see pleading) (Constance M. Sweeney, Justice) N. 1/2/07 |
| 01/02/2007 | MOTION (P#140) denied (see pleading) (Constance M. Sweeney, Justice) N. 1/2/07 |
| 01/08/2007 | NOTICE of APPEAL FILED by George Perrot Pursuant to M.G.L. Chapter 261 sec. 27D (see #143 in 85-5415) N.1/19/07 |
| 01/16/2007 | NOTICE of APPEAL FILED by George Perrot (see #145 in 85-5415) N. 1/29/07 |
| 01/19/2007 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) (see #144 in 85-5415) |
| 02/05/2007 | At Appeals Court, Boston: Notice of Docket Entry:ORDER:"...defendant appeals...decision...denying his motion for funds for DNA testing...order...is affirmed for the following reasons..." (See order attached) (#145 in 85-5415) |

| | |
|---|---|
| 02/07/2007 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) (see #146 in 85-5415) |
| 02/09/2007 | Notice of Entry of appeal received from the Appeals Court (see #147 in 85-5415) |
| 03/27/2007 | Renewed MOTION by Deft: to Preserve Physical Evidence (see #148 in 85-5415) N. 3/28/07 |
| 03/27/2007 | Affidavit of of George Perrot in Support of Renewed Motion to Preserve Physical Evidence (see #148.1 in 85-5415) |
| 06/18/2007 | At Appeals Court: Boston: Dismissal under standing order #17A filed. (see #149 in 85-5415) |
| 06/06/2008 | MOTION by Deft: for a new trial (see #150 in 85-5415) |
| 06/06/2008 | Deft files memorandum in support of motion for new trial under Mass. R. Crim. P. 30(b) (see #151 in 85-5415) |
| 07/23/2008 | Commonwealth files Opposition to the Defendant's Third Motion For A New Trial (see #152 in 85-5415) N. 7/23/08 |
| 07/28/2008 | Deft files response to the Commonwealth's opposition to defendant's third motion for a new trial (see #153 in 85-5415) |
| 08/21/2008 | MOTION (P#150) denied (Josephson, Justice). Copies mailed |
| 09/11/2008 | NOTICE of APPEAL FILED by George Perrot Re: Denial of Deft's Motion for New Trial entered on 8/21/08. (see #154 in 85-5415) |
| 09/18/2008 | Notice of assembly of record; mailed to Appeals Court per Rule 9(d) (see #155 in 85-5415) |
| 09/24/2008 | Notice of Entry of appeal received from the Appeals Court (see #156 in 85-5415) |
| 11/04/2008 | Renewed MOTION by Deft: to preserve physical evidence (see #157 in 85-5415) n. 11/5 |
| 11/04/2008 | Affidavit of George Perrrot in support of renewed motion to preserve physical evidence (see #157.1 in 85-5415) |
| 01/20/2009 | MOTION (P#157) Commonwealth to respond in 30 days (Josephson, Justice). Copies mailed 1/21/2009 |
| 02/12/2009 | Commonwealth files response to the defendant's motion to preserve physical evidence (see #158 in 85-5415) N 2/13/09 |
| 03/02/2009 | MOTION (P#157) (please see pleading) (Bertha D. Josephson, Justice). - N 3/11/09 |
| 03/16/2009 | MOTION by Deft: to preserve physical evidence (see #159 in 85-5415) n. 3/17 |
| 03/16/2009 | Affidavit of George Perrot in support of renewed motion to preserve physical evidence (see #159.1 in 85-5415) |
| 03/16/2009 | ORDER: on direct communications (Bertha D. Josephson, Justice) (see #160 in 85-5415) N. 3/17/09 |
| 03/17/2009 | Documentation Judge Josephson received from defendant (in vault - non-medical section). See Order (pleading #160) |

| | |
|---|---|
| 03/17/2009 | The Court has previously acted on this request ,no further action is taken (Josephson, J) n. 3/19 |
| 04/02/2009 | At Appeals Court, Boston: Dismissal under standing Order #17A Filed (see #161 in 85-5415) |
| 07/30/2009 | MOTION by Deft: to reconsider (see #162 in 85-5415) N 7/31/09 |
| 07/30/2009 | Affidavit in support of the motion to reconsider (see #162.1 in 85-5415) |
| 08/04/2009 | MOTION (P#162) please see pleading (Josephson, Justice). N 8/6/2009 |
| 05/17/2012 | MOTION by Deft: for Discovery and DNA Testing Pursuant to Chapter 278A of the Massachusetts General Laws (See PL.# 163 in 85-5415) N. 5/18/12 (Josephson,J.) RE: N. Kinder,J./RAJ 5/22/12 |
| 05/17/2012 | Deft files Memordandum in Support of Defendant's Motion for Discovery and DNA Testing Pursuant to Chapter 278A of The Massachusetts General Laws (See Pl.#164 in 5415) N. 5/18/12 (Josephson,J.) RE: N. Kinder,J./RAJ 5/22/12 |
| 05/17/2012 | Deft files Exhibits to Memorandum in Support of Defendant's Motion for Discovery and DNA Testing Pursuant to Chapter 278A of The Massachusetts General Laws (See Pl.# 165 in 85-5415) N. 5/18/12 (Josephson,J.) Also Attached are 7 Volumes of Transcript(s) RE: N. Kinder,J./RAJ 5/22/12 |
| 05/25/2012 | MOTION (P#163 in 85-5415) The Commonwealth will respond in writing on or before June 8, 2012 (Kinder,J.) N. 5/25/12 |
| 06/05/2012 | MOTION by Commonwealth: to Extend Time to File Response (Pl.# 166 in 85-5415) |
| 06/05/2012 | (7/25/12-Received endorsed copy of this toda from ADA Farris ) MOTION (P#163 in 85-5415) The Commonwealth has made an oral request for additional time to respond in writing citing statutory authority for the extended period upon receipt of a written motion, I will consider the request (See Pleading) (Kinder,J.) |
| 06/11/2012 | Deft files Response to the Commonwealth's Motion to Extend Time to File Response (Pl.# 167 in 85-5415) N. 6/112/12 |
| 06/12/2012 | MOTION (P#166 in 85-5415) allowed (Kinder,J.) N. 6/12/12 |
| 07/26/2012 | Commonwealth files response to defendant's motion for discovery and DNA testing pursuant to G.L., C. 278A (see #168 in 85-5415) |
| 07/27/2012 | Notice sent to Judge Kinder re: pleading #168 |
| 08/02/2012 | MOTION by Deft: for leave to file a reply brief and schedule a hearing date (see #169 in 85-5415) |
| 08/02/2012 | Notice sent to Judge Kinder re: pleading #169 |
| 08/31/2012 | MOTION by Deft: for admission pro hac vice (see #170 in 85-5415) |
| 08/31/2012 | Affidavit of Nicholas C. Perros in support of Motion for admission pro hac vice (see #170.1 in 85-5415) |
| 08/31/2012 | Notice sent to Judge Kinder, RAJ |
| 09/04/2012 | MOTION (P#170) allowed (Kinder, J.) N. |

| | |
|---|---|
| 09/07/2012 | Appearance of Deft's Atty: Susanna G. Dyer (see #171 in 85-515) |
| 09/07/2012 | Deft files reply to Commonwealth's response to defendant's motion for discovery and DNA testing pursuant to Chapter 278A of the Massachusetts general laws (see #172 in 85-5415) |
| 09/10/2012 | MOTION by Deft: for leave to file brief of Amicus Curiae Center on Wrongful Convictions of Youth (see #173 in 85-5415) |
| 09/10/2012 | Notice sent to Judge Kinder, RAJ re: pleading #173 |
| 09/21/2012 | MOTION (P#173) allowed (C. Jeffrey Kinder, Justice). N. |
| 09/21/2012 | MOTION (P#163 in 85-5415) See Memorandum of Decision(Kinder,J.) N. 9/21/12 |
| 09/21/2012 | MEMORANDUM of DECISION on Defendant's Motion for Discovery and DNA Testing Pursuant to G. L. C. 278A (Pl.# 174 in 85-5415) (C. Jeffrey Kinder, Justice) N. 9/21/12 |
| 11/09/2012 | JOINT motion for an Order on the transportation, handling and return of evidence regarding post-conviction access to forensic and scientific analysis (see pleading #175 in 85-5415) |
| 11/09/2012 | MOTION (P#175) allowed (Kinder, J.) N. |
| 11/09/2012 | ORDER (see pleading #176 in 85-5415) (Kinder, J.) N. |
| 12/04/2012 | Deft files notice of forensic laboratory (see pleading #177 in 85-5415) |
| 12/04/2012 | Exhibit Receipt (see pleading #178 in 85-5415) |
| 05/16/2013 | MOTION by Commonwealth: to amend the November 9, 2012 order of this Court regarding the transport, handling and return of evidence subject to post-conviction forensic and scientific analysis (see pleading #179 in 85-5415) |
| 05/17/2013 | MOTION (P#179 in 85-5415) allowed by agreement (Kinder, Justice). Copies mailed 5/23/2013 |
| 10/21/2013 | MOTION by Deft: For Discovery (P# 180 in Case 85-8541) N. 10-22-13 |
| 10/24/2013 | MOTION (P#180 in 85-5415) Denied I will not act on pro se motions while the defendant is represented by counsel (Kinder,J.).) denied (Jeffrey kinder, Justice). N. |
| 07/08/2014 | Limited Appearance of Deft's Atty: Susanna G. Dyer (P#181 in 85-5415) |
| 07/08/2014 | Limited Appearance of Deft's Atty: Christopher J. Walsh (P#182 in 85-5415) |
| 07/08/2014 | MOTION for admission pro hac vice (P#183 in 85-5415) |
| 07/08/2014 | Affidavit of David A. Young in support of motion for admission pro hac vice (P#183.1 in 85-5415) |
| 07/08/2014 | Deft files notice of intent to file motion for leave to file an amicus brief in support of defendant's motion for new trial (P#184 in 85-5415) |
| 07/08/2014 | MOTION by Deft: for a new trial (P#185 in 85-5415) |

| | |
|---|---|
| 07/08/2014 | Deft files memorandum in support of defendant's motion for a new trial (P#186 in 85-5415) |
| 07/10/2014 | MOTION (P#185) The Commonwealth will respond in writing on or before September 12, 2014 (Kinder, Justice). Copies mailed 7/11/2014 |
| 07/28/2014 | MOTION for leave to file brief of Amicus Curiae Center on Wrongful Convictions of Youth (Pldg. #186 in 85-5415) |
| 07/29/2014 | Notice sent to Judge Kinder |
| 07/31/2014 | MOTION (P#186 in 85-5415) allowed (Kinder, Justice). Copies mailed 7/31/2014 |
| 08/25/2014 | MOTION by Deft: for leave to file brief of Amicus Curiae The Innocence Network (see pleading #187 in 85-5415) |
| 09/02/2014 | MOTION (P#187) allowed (C. Jeffrey Kinder, Justice). Copies mailed 9/3/2014 |
| 09/03/2014 | MOTION by Commonwealth: to enlarge the time in which to respond to defenant's fourth Mass. R. Crim. P. 30(b) motion for a new trial (pleading #188 in 85-5415) |
| 09/09/2014 | MOTION (P#188 in 85-5415) allowed (Kinder, Justice). |
| 10/10/2014 | Deft files Notice of Receipt of FBI Letter, Motion for an Evidentiary Hearing, and Motion for an Order to Direct the Commonwealth to Respond and to Show Cause N. 10/10/14 (Kinder,J.) (Pl.#189 in 85-5415) |
| 10/17/2014 | Second MOTION by Commonwealth: to enlarge the time in which to respond to defendant's fourth Mass. R. Crim. P. 30(b) motion for a new trial (see pleading #190 in85-5415) |
| 10/17/2014 | MOTION (P#190) allowed (C. Jeffrey Kinder, Justice). Copies faxed & delivered 10/22/2014 |
| 10/20/2014 | (P#189) Action deferred until receipt of the Commonwealth's opposition now due 10/24/14 Copies faxed & delivered |
| 10/24/2014 | MOTION by Commonwealth: third motion to enlarge the time in which to respond to defendant's fourth mass.r.crim.p. 30(b) motion for a new trial and affidavit |
| 10/27/2014 | Deft files opposition to Commonwealth's motion for a third enlargement of time (pleading #192 in 85-5415) |
| 10/29/2014 | MOTION (P#191) allowed over the defendant's objection. Absent extraordinary circumstances no further extensions (C. Jeffrey Kinder, Justice). Copies emailed 10/30/2014 |
| 11/07/2014 | Commonwealth files memorandum in opposition to the defendant's fourth Mass. R. Crim. P. 30(b) motion for a new trial (pleading #192.1 in 85-5415) |
| 11/12/2014 | MOTION by Deft: for leave to supplement defendant's motion for a new trial and to reply to the Commonwealth's opposition (see pleading 193 in 85-5415) |
| 11/14/2014 | MOTION (P#193) allowed (Kinder, Justice). Copies mailed 11/14/2014 |
| 12/15/2014 | MOTION (P# 194) by Deft: For discovery related to his new trial. |

| | | |
|---|---|---|
| 12/15/2014 | | Deft files (P#195) Reply and supplemental memorandum in support of defendant's motions for new trial, discovery, and evidentiary hearing. |
| 12/15/2014 | | Deft files (P#195.1) index of exhibits in support of motion for new trial, containing exhibits HH-MM. |
| 01/07/2015 | | (p#196) MOTION by Deft: for leave to withdraw appearance as counsel |
| 01/08/2015 | | MOTION (P#196) allowed (C. Jeffrey Kinder, Justice). Copies mailed 1/12/2015 |
| 01/26/2015 | | Notice sent to Judge Kinder re: pl# 195 & 195.1 on 1/26/2015 |
| 01/28/2015 | | MOTION (P#195) Schedule hearing before me at 2:00 PM in the 1st Criminal Session on February 19, 20, 24 or 25. The hearing will be limited to oral argument on the merits of the motion for new trial and whether or not the motion raises a substantial issue warranting further hearing. (C. Jeffrey Kinder, Justice) |
| 02/25/2015 | | MOTION (P#195) After hearing on the question of whether a conflict would exist if Judge Ferrara is called to testify on the claim of ineffective assistance of counsel, both sides opine that such a situation would create at least an appearance of inpropriety if another Western Mass Superior Court Judge sits as the fact finder. Accordingly , counsel for the defendant was ordered to make a request for special assignment to a Judge outside of Werstern, Mass. (C. Jeffrey Kinder, Justice) |
| 03/17/2015 | 196 | Letter received from Ropes & Gray - re: requesting case be referred to Chief Justice of the Superior Court |
| 03/18/2015 | 197 | MOTION by Deft: for admission pro hac vice |
| 03/18/2015 | 197.1 | Affidavit of M. Chris Fabricant in support of motion for admission pro hac vice |
| 03/20/2015 | 198 | ORDER for special assignment- it is hereby ORDERED that the motion for a new trial pending in the above captioned case is hereby specially assigned to the Honorable Robert J. Kane, Associate Justice of the Superior Court (Judith Fabricant, Chief Justice (Richard Carey, Justice) |
| 04/29/2015 | 199 | MOTION for admission pro hac vice |
| 04/29/2015 | 199.1 | Affidavit of Dana M. Delger in support of motion for admission pro hac vice |
| 04/29/2015 | 200 | Appearance of Deft's Atty: Kirsten V Mayer |
| 04/29/2015 | 201 | Deft files notice of DOJ/FBI's recent release of conclusions in their review of hair micoscopy testimony, and notice for confirmation of a lack of potential judicial conflict |
| 05/04/2015 | 202 | Response and Notice (Kane, Justice) n 5/5/15 |
| 05/20/2015 | 203 | Hearing Agenda |
| 06/17/2015 | 204 | Plaintiff Commonwealth files Response to Re: Deft.'s Request for Discovery in His Fourth Mass. R. Crim. P. 30(b) Motion for New Trial (#204.0) |

| | | | |
|---|---|---|---|
| 06/19/2015 | 205 | Defendant 's Notice of<br><br>efforts to reach an agreement concerning defendant's discovery requests | |
| 06/19/2015 | 206 | Appearance entered<br>On this date Lisa M. Kavanaugh, Esq. added as Special Appearance for Defendant George Perrot | |
| 06/19/2015 | | Event Result:<br>The following event: Hearing on Motion for New Trial scheduled for 06/19/2015 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled<br>Appeared: | Kane |
| 06/30/2015 | 207 | Commonwealth 's Response to June 19th status conference regarding defendant's fourth motion for new trial relating to the defendant's discovery requests and the scope of an evidentiary hearing, if any, on hs post conviction motion | |
| 07/02/2015 | 208 | Defendant 's Notice of proposed evidentiary hearing witnesses | |
| 07/02/2015 | 209 | 's Notice regarding discovery requests | |
| 07/07/2015 | 210 | Findings of Fact and Rulings of Law:<br><br>and order in relation to discovery and taking of evidence (originally dated 7/1/15) | Kane |
| 07/30/2015 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/30/2015 16:16:55 | |
| 07/30/2015 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/30/2015 16:19:17 | |
| 07/30/2015 | | The following form was generated:<br><br>Notice to Appear<br>Sent On: 07/30/2015 16:22:07 | |
| 07/31/2015 | | Habeas Corpus for defendant issued to Souza Baranowski Correctional Center returnable for 09/11/2015 09:00 AM Evidentiary Hearing on Suppression. Please have Deft. brought to BRISTOL SUPERIOR COURT-FALL RIVER JUSTICE CENTER , 186 SOUTH MAIN STREET, FALL RIVER, MA . 02720 ON THE 5TH FLOOR, COURTROOM #7 @ 9:00 AM | |
| 07/31/2015 | | Habeas Corpus for defendant issued to Souza Baranowski Correctional Center returnable for 09/25/2015 09:00 AM Evidentiary Hearing on Suppression. Please have Deft. brought to BRISTOL SUPERIOR COURT-FALL RIVER JUSTICE CENTER , 186 SOUTH MAIN STREET, FALL RIVER, MA . 02720 ON THE 5TH FLOOR, COURTROOM #7 @ 9:00 AM | |
| 08/07/2015 | 211 | Defendant 's Response to the Commonwealth's motion for protective order for discovery | |

| | | | |
|---|---|---|---|
| 08/13/2015 | 212 | General correspondence regarding Instructions (Robert J. Kane, Associate Justice ) | |
| 08/18/2015 | 213 | Commonwealth 's Motion to subpoena court official | |
| 08/18/2015 | 214 | Commonwealth 's Motion for reciprocal discovery | |
| 08/25/2015 | 215 | Defendant 's Motion to Subpoena Court Official | |
| 08/25/2015 | 216 | Commonwealth 's Motion to Subpoena Court Official---Allowed (See Pleading) | |
| 08/25/2015 | 217 | Defendant 's Response to the Court's Request for FBI Reports | |
| 08/25/2015 | 218 | Other 's Response to Assorted Filings (Robert J. Kane,J) | |
| 08/27/2015 | 219 | Defendant 's Response to the Court's Request for FBI Reports<br><br>With Exhibits attached | |
| 09/02/2015 | 220 | Defendant 's Motion for Two-Day Extention of Deadline to File Expert Reports | |
| 09/03/2015 | 221 | Witness list<br><br>Applies To: Perrot, George (Defendant) | |
| 09/03/2015 | 222 | General correspondence regarding Defendant's Disclosure of Additional Sources | |
| 09/03/2015 | 223 | Witness list<br><br>Applies To: Commonwealth (Prosecutor)<br><br>With Attachments 1-5 (Back part of attachment 5 is impouned and is in the vault where impounded motions go) | |
| 09/04/2015 | 225 | Defendant 's Motion for Two-Day Exetension of Deadline to File Expert Reports | |
| 09/04/2015 | 224 | General correspondence regarding Defendant's Disclosure of Additional Sources With Attachments | |
| 09/08/2015 | 226 | Defendant 's Motion for Reconsideration of Certain Discovery Requests With Attachments | |
| 09/09/2015 | 227 | Defendant 's Supplemental Motion for new trial (2nd one filed )with attachments | |
| 09/09/2015 | 227.1 | Affidavit filed by Defendant George Perrot in support of<br><br>of Second Supplement to his Motion for a New Trial | |
| 09/09/2015 | 227.2 | ORDER: Commonwealth to explain. See order. | Kane |
| 09/11/2015 | 228 | Commonwealth 's Supplemental Motion regarding Responce to its List of Witnesses | |
| 09/11/2015 | | Event Result:<br>The following event: Evidentiary Hearing on Suppression scheduled for 09/11/2015 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | Kane |

| | | | |
|---|---|---|---|
| 09/14/2015 | 229.1 | ORDER: to file proffers | Kane |
| 09/22/2015 | 229 | ORDER: Per order of Judge Robert Kane, Defendant Perrot to be remanded from S.B.C.C. to Bristol County HOC on 9/24/15. Deft. to be habed from Bristol Cty. HOC to Bristol Superior Court for hearing on a Motion for New Trial @ 8:30 AM on 9/25/15 | Kane |
| 09/22/2015 | | Habeas Corpus for defendant issued to Bristol County House of Correction returnable for 09/25/2015 09:00 AM Evidentiary Hearing on Suppression. Deft. To be brought to Bristol Superior Court @ 8:30 AM: (Fall River Justice Center, 186 South Main Street, Fall River, MA 02720.) On the 5th Floor, Courtroom #7 -Before Judge Robert Kane | |
| 09/25/2015 | | Event Result:<br>The following event: Evidentiary Hearing on Suppression scheduled for 09/25/2015 09:00 AM has been resulted as follows:<br>Result: Held as Scheduled | Kane |
| 09/25/2015 | 230 | ORDER: Defendant Remanded back to Souza-Baranowski Correctional Center | Kane |
| 10/01/2015 | 231 | Defendant 's Motion for Stay of Execution of Sentence and Admission to Bail Pending Motion for New Trial | |
| 10/01/2015 | 232 | Proffer for Documents Marked at September 11, 2015 Hearing | |
| 10/01/2015 | 233 | Proffer For Additional Documents | |
| 10/05/2015 | 234 | ORDER: for Production of Requested Findings and Briefing on Claims | Kane |
| 10/16/2015 | 235.1 | Motion by Commonwealth to extend the deadlines to file proffers.<br><br>Discovery<br><br>Applies To: Farris, Esq., Elizabeth Dunphy (Attorney) on behalf of Commonwealth (Prosecutor); Walsh, Esq., Christopher James (Attorney) on behalf of Perrot, George (Defendant) | Kane |
| 10/21/2015 | 235 | Defendant 's Notice regarding Concerning Affidavit filed by George Perrot in Support of His Motion for a New Trial | |
| 10/21/2015 | 236 | Defendant 's Motion for Opposition to Commonwealth's Motion to Extend Time to File Response | |
| 10/27/2015 | 237 | Defendant 's Notice regarding Evidentiary Hearing List of Exhibits | |
| 10/27/2015 | 238 | Commonwealth Elizabeth Dunphy Farris, Esq.'s Response to Proffer for documents<br><br>Applies To: Farris, Esq., Elizabeth Dunphy (Attorney) on behalf of Commonwealth (Prosecutor); Walsh, Esq., Christopher James (Attorney) on behalf of Perrot, George (Defendant) | |
| 10/30/2015 | 239 | Defendant Christopher James Walsh, Esq.'s Motion for leave to reply to Pleading 238<br><br>Applies To: Farris, Esq., Elizabeth Dunphy (Attorney) on behalf of Commonwealth (Prosecutor); Walsh, Esq., Christopher James (Attorney) on behalf of Perrot, George (Defendant) | |

| | | | |
|---|---|---|---|
| 11/03/2015 | 240 | Commonwealth Elizabeth Dunphy Farris, Esq.'s Motion to Exclude Certain Exhibits Marked at Evidentiary Hearings Conducted September 11, 2015 and September 25, 2015. | Kane |
| 11/04/2015 | 241 | Commonwealth 's Motion to admit certain publications not identified in the exhibit list for the evidentiary hearings conducted on September 11, 2015 and September 25, 2015. | Kane |
| 11/04/2015 | 242 | Defendant 's Motion regarding proffer of additional scientific articles. | |
| 11/09/2015 | 243 | Defendant 's Response to the Commonwealth's consolidated response to the defendant's proffer | |
| 11/16/2015 | 243.1 | Other 's Notice of Additional Exhibits | Kane |
| 11/17/2015 | 244.1 | ORDER: Defendant's proffer of additional articles for insertion as exhibits is DENIED. | Kane |
| 11/17/2015 | 243.2 | ORDER: (See Order) | Kane |
| 11/17/2015 | 243.3 | Defendant 's Motion for Opposition to Commonwealth's Motion to Exclude Certain Exhibits and Motion to Admit Certain Publications | |
| 11/20/2015 | 244 | ORDER: to Impound Documents filed October 7 by Defendant (without counsel) | Kane |
| 11/25/2015 | 245 | Commonwealth 's Motion to Extend Time to File a Response. | |
| 11/25/2015 | 246 | Commonwealth 's Response to Court's Order of November 17, 2015 seeking production of substitute Exhibit 12. | |
| 11/30/2015 | | Endorsement on Motion to Extend Time to file Response, (#235.1): ALLOWED<br>After review of motion and opposition, the court allows the motion to the extent of extending deadline to December 4, 2015 | Kane |
| 12/02/2015 | 247 | Defendant 's Motion for Oppostion to Commonwealth's Motion to Extend Time to file Response | |
| 12/04/2015 | 248 | Commonwealth 's Notice of Proposed Findings of Fact After An Evidentiary Hearing on Defendant's Fourth Mass,Crim. P. 30(b) Motion for a New Trial | |
| 12/07/2015 | 249 | Defendant George Perrot files proposed Findings of Fact<br><br>Applies To: Walsh, Esq., Christopher James (Attorney) on behalf of Perrot, George (Defendant) | |
| 12/14/2015 | 250 | Defendant 's Request for Proffer of Additional Document in Support of Defendant's Proposed Findings of Fact | |
| 12/14/2015 | 251 | General correspondence regarding Letter from U.S. Department of Justice Federal Bureau of Investigation | |
| 12/14/2015 | 252 | Defendant 's Motion for funds for Evidentiary Hearing Transcript and Expert Witness Expenses | |
| 01/04/2016 | 253 | Commonwealth 's Response to Defendant's Proposed Findings of Fact Regarding Defendant's Fourth Motion for New Trial and Proffer of Additional Document in Support of Defendant's Proposed Findings of Fact (Consolidated) | |

| | | | |
|---|---|---|---|
| 01/04/2016 | 254 | Commonwealth's Memorandum<br>Post-Hearing Memorandum in Opposition to the Defendant's Fourth Mass.R.Crim. P. 30 (b) Motion for a New Trial | |
| 01/06/2016 | 255 | Defendant 's Notice of Objections to the Commonwealth's Proposed Findings of Fact | |
| 01/06/2016 | 256 | George Perrot's Memorandum<br>for Post -Hearing in Support of his Motion for New Trial | |
| 01/25/2016 | 257 | MEMORANDUM & ORDER:<br><br>Defendant's motion for funds is Denied. Motion to admit additional document is Allowed. Defendant's additional proffer is Denied. The other proffered articles admission is Denied. Defendant's opposition constitutes a motion for reconsideration of the Court's November 16, 2015 ruling to admit the Kafadar affidavit and six forensic articles, the motion is Denied. Commonwealth's motion to exclude is Denied. | Kane |
| 01/26/2016 | 258 | ORDER: Motion dated 9/24/15 for additional documents (Paper 233) the Court Allows the motion to the extent of Requests I-C and E. Defendant's motion dated 9/24/15 (Paper 232) is Denied as to all documents | Kane |
| 01/26/2016 | 259 | Findings of Fact and Rulings of Law:<br><br>and order on defendant's motion for new trial | Kane |
| 01/26/2016 | | Endorsement on Motion for new trial , (#185.0): Other action taken<br>ALLOWED in part; DENIED in part. See memo and order this date (Kane, J.) | Kane |
| 01/27/2016 | 260 | ORDER: and notice | Kane |
| 01/27/2016 | 261 | ORDER: for production of records | Kane |
| 01/28/2016 | | Event Result:<br>The following event: Bail Hearing scheduled for 02/05/2016 09:00 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Commonwealth | Kane |
| 02/01/2016 | | Habeas Corpus for defendant issued to Souza Baranowski Correctional Center returnable for 02/08/2016 02:00 PM Bail Hearing. Please Have Defendant brought to New Bedford Superior Court 441 County Street New Bedford, MA 02740 @ 9:00 AM. Hearing before Judge Kane | |
| 02/03/2016 | 262 | Commonwealth 's Notice of Opposition to the Release of Defendant on Bail Under G.L. Ch. 276, Sec. 57 | |
| 02/04/2016 | 263 | ORDER: for Production of Records | Kane |
| 02/04/2016 | 264 | ORDER: of Impoundment as it pertains to Pleading 262 and its attachments. | Kane |
| 02/05/2016 | 265 | George Perrot's Memorandum in support of<br>Release Pending any Further Proceedings. | |
| 02/08/2016 | | Event Result:<br>The following event: Bail Hearing scheduled for 02/08/2016 02:00 PM has been resulted as follows:<br>Result: Not Held<br>Reason: Court Closure | Kane |

| | | | |
|---|---|---|---|
| 02/09/2016 | | Habeas Corpus for defendant issued to Souza Baranowski Correctional Center returnable for 02/10/2016 02:00 PM Bail Hearing. Please Have Defendant brought to New Bedford Superior Court 441 County Street New Bedford, MA 02740 @ 9:00 AM before Judge Kane | |
| 02/09/2016 | 266 | Commonwealth 's Supplemental Motion regarding the Release of Defendant on Bail | |
| 02/10/2016 | 267 | Defendant 's Notice of Supplemental Memorandum in Support of His Release | |
| 02/10/2016 | 267.1 | Affidavit filed by Defendant George Perrot in support of Social Worker Karen Wolff Supplemental Memorandum in Support of His Release | |
| 02/10/2016 | 267.2 | Affidavit filed by Defendant George Perrot in support of Attorney Lisa Kavanaugh Supplemental Memorandum in Support of His Release | |
| 02/10/2016 | 268 | General correspondence regarding Copies of Report of Facility or Psychiatrist (In Vault) ---NOTE: (They are located with the IMPOUNDED MOTIONS in VAULT) | |
| 02/10/2016 | 269 | MEMORANDUM & ORDER:<br><br>RE: Bail | Kane |
| 02/10/2016 | | Event Result:<br>The following event: Bail Hearing scheduled for 02/10/2016 02:00 PM has been resulted as follows:<br>Result: Held as Scheduled | Kane |
| 02/16/2016 | | Event Result:<br>The following event: Bail Hearing scheduled for 02/16/2016 09:45 AM has been resulted as follows:<br>Result: Held as Scheduled | Sweeney |
| 02/16/2016 | | Conditions of release on bail: Other Special Condition<br>clause 1 of Judge Kane's memo and order on bail - modified to remove drug screens for cause and to permit random screens for 30 days | Sweeney |
| 02/16/2016 | 270 | Commonwealth 's Motion to Amend Defendant's Conditions of Release on Bail Under G.L.C.276, sec. 57 and G.L.C.276, sec.87<br>Commonwealth withdraws its motion to modify conditions in open court. After hearing, the conditions previously imposed by Judge Kane are re-imposed (see memo and order on bail pl# 269 for conditions) | |
| 02/24/2016 | 271 | Notice of appeal filed RE: Deft.'s Fourth Motion for New Trial (in Part)<br><br>Applies To: Farris, Esq., Elizabeth Dunphy (Attorney) on behalf of Commonwealth (Prosecutor) | |
| 02/25/2016 | 272 | ORDER: Regarding Special Assignment | Fabricant |
| 02/26/2016 | 273 | Notice of appeal filed RE: Notice of Cross-Appeal<br><br>Applies To: Perrot, George (Defendant) | |

| | | | |
|---|---|---|---|
| 03/21/2016 | | Event Result:<br>The following event: Bail Hearing scheduled for 03/21/2016 09:29 AM has been resulted as follows:<br>Result: Held as Scheduled | Carey |
| 06/21/2016 | 274 | Court Reporter Karoline Crawford is hereby notified to prepare one copy of the transcript of the evidence of 09/11/2015 09:00 AM Evidentiary Hearing on Suppression, 09/25/2015 09:00 AM Evidentiary Hearing on Suppression<br><br>Applies To: Commonwealth (Prosecutor) | |
| 07/21/2016 | | Event Result:<br>The following event: Conference to Review Status scheduled for 07/21/2016 09:35 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Joint request of parties | Page |
| 08/10/2016 | 275 | Defendant 's Motion to modify conditions of his release | |
| 08/10/2016 | 275.1 | Affidavit of Sherrie Frisone in support of bail modifications for George Perrot | |
| 09/08/2016 | | Attorney appearance<br>On this date Jane Davidson Montori, Esq. dismissed/withdrawn as Attorney for the Commonwealth for Prosecutor Commonwealth | |
| 09/08/2016 | | Matter taken under advisement<br>The following event: Bail Hearing scheduled for 09/08/2016 09:29 AM has been resulted as follows:<br>Result: Held - Under advisement | Carey |
| 09/13/2016 | 276 | George Perrot's Memorandum in support of<br>his motion to modify conditions of his release (supplemental) | |
| 09/30/2016 | | CD of Transcript of 09/25/2015 09:00 AM Evidentiary Hearing on Suppression received from Court Reporter Karoline Crawford, Ct. Reporter. | |
| 11/17/2016 | | CD of Transcript of 09/11/2015 09:00 AM Evidentiary Hearing on Suppression received from Karoline Crawford. | |
| 11/29/2016 | | Attorney appearance<br>On this date Katherine E McMahon, Esq. added as Attorney for the Commonwealth for Prosecutor Commonwealth | |
| 11/29/2016 | 277 | Appeal: notice of assembly of record sent to Counsel RE: Allowing in part the Defendant's fourth motion for a new trial<br><br>Applies To: Commonwealth (Prosecutor) | |
| 11/29/2016 | 278 | Appeal: Statement of the Case on Appeal (Cover Sheet). | |
| 12/05/2016 | 279 | Notice of Entry of appeal received from the Appeals Court | |
| 12/08/2016 | 280 | Notice of docket entry received from Appeals Court<br>Copy of Pl.#273 sent to Appeals Court on 12/12/16 | |

| | | | |
|---|---|---|---|
| 01/05/2017 | 281 | Attorney Christopher James Walsh, Esq.'s motion to withdraw as counsel of record for party<br>George Perrot continues to be represented by his remaining counsel of record<br><br>Applies To: Walsh, Esq., Christopher James (Attorney) on behalf of Perrot, George (Defendant) | |
| 01/05/2017 | | Attorney appearance<br>On this date Christopher James Walsh, Esq. dismissed/withdrawn as Private Counsel for Defendant George Perrot | |
| 01/10/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 01/10/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Sweeney |
| 01/13/2017 | | General correspondence regarding Docket sheets made for ADA Elizabeth D. Farris | |
| 01/24/2017 | | Event Result:<br>The following event: Motion Hearing scheduled for 01/24/2017 09:23 AM has been resulted as follows:<br>Result: Held as Scheduled | Sweeney |
| 02/28/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 02/28/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Unassigned |
| 03/20/2017 | 282 | Commonwealth 's Motion to amend defendant's conditions of release on bail under G.L.c.276 & 57 and G.L.c. 276, & 87 | |
| 03/27/2017 | | Event Result:<br>The following event: Bail Hearing scheduled for 03/27/2017 09:29 AM has been resulted as follows:<br>Result: Not Held<br>Reason: Request of Commonwealth | Unassigned |
| 04/13/2017 | 283 | Notice of docket entry received from Appeals Court<br>RE#18: Treating the within as a motion to stay appellate proceedings, it is allowed. Appellate proceedings STAYED to 05/10/2017. The parties are granted leave to file, and the trial court is granted leave to consider, a motion to correct the record. Status report due 05/10/2017 confirming the filing of said motion in the trial court and any disposition thereof. *Notice | |
| 05/15/2017 | 284 | Notice of Entry of appeal received from the Appeals Court<br>RE#9: Appellate proceedings STAYED to 07/10/2017. To the extent such leave is necessary, the parties are granted leave to file, and the trial court leave to consider, any motion necessary to resolve the pending matter in the trial court. Status report due 07/10/2017 concerning the correction of the record and the agreed upon resolution of this case, if any. Notice/Attest. | |
| 05/26/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 05/26/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Unassigned |

| | | | |
|---|---|---|---|
| 05/30/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 05/30/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Unassigned |
| 05/30/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 07/10/2017 09:35 AM has been resulted as follows:<br>Result: Not Held<br>Reason: By Court prior to date | Unassigned |
| 07/03/2017 | 285 | Defendant 's Motion to correct record on appeal<br>(2 CD's)N: McDonough, J on 7/10/2017 | |
| 07/03/2017 | 285.1 | Affidavit of Elizabeth Dunphy Farris | |
| 07/13/2017 | 286 | Notice of Entry of appeal received from the Appeals Court | |
| 07/19/2017 | | Endorsement on Motion to correct record on appeal pursuant to Mass. R. App.P.8(e), (#285.0): Other action taken<br>I do not see anything in the motion advising whether the defendant assents or opposes the motion. If the defendant does not oppose the motion, it will be allowed. Counsel shall advise on or before 7/31/17 if there is any opposition. (n. via mail and copy to DA's office) | McDonough |
| 07/31/2017 | 287 | Defendant 's Response to to the Commonwealth's motion to correct record on appeal n. McDonough, J | |
| 08/01/2017 | | Endorsement on Motion to correct record on appeal pursuant to Mass.R.App.P. 8(e), (#285.0): Other action taken<br>The defendant's response reflects some areas of agreement and other areas of disagreement on proposed corrections of the record. Counsel shall confer in person to see if they can reach an agreement on all issues, and report back on or before 8/18/17. (notified attys via email and copy for da's office) | McDonough |
| 08/17/2017 | 288 | Commonwealth 's Response to Court order | |
| 09/11/2017 | | Endorsement on Response to Court's Order, (#288.0): Other action taken<br>mark for hearing<br>copy mailed to Atty. Walsh, copy left for ADA Dunphy Farris at counter | McDonough |
| 09/18/2017 | | Event Result:<br>The following event: Conference to Review Status scheduled for 09/18/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Carey |
| 10/04/2017 | 289 | Notice of docket entry received from Appeals Court | |
| 10/17/2017 | 290 | Notice of docket entry received from Appeals Court<br>RE: All appeals in this matter are dismissed per MRAP 29(b), with prejudice and without an award of appellate fees or costs. *Notice/Attest | |

| | |
|---|---|
| 10/18/2017 | Offense Disposition::<br>Charge #1 BURGLARY, ARMED c266 §14<br>On: 02/10/1987<br>Nolle Prosequi<br><br>Charge #2 A&B WITH DANGEROUS WEAPON c265 §15A(b)<br>On: 02/10/1987<br>Nolle Prosequi<br><br>Charge #3 A&B WITH DANGEROUS WEAPON c265 §15A(b)<br>On: 02/10/1987<br>Guilty Verdict - Lesser Included<br><br>Charge #4 A&B WITH DANGEROUS WEAPON c265 §15A(b)<br>On: 02/10/1987<br>Nolle Prosequi<br><br>Charge #5 ASSAULT IN DWELLING, ARMED c265 §18A<br>On: 02/10/1987<br>Not Guilty Finding<br><br>Charge #6 ROBBERY, ARMED c265 §17<br>On: 10/18/2017 Judge: Unassigned<br>By: Other Court Event Nolle Prosequi<br><br>Charge #7 INDECENT A&B ON PERSON 14 OR OVER c265 §13H<br>On: 10/18/2017 Judge: Unassigned<br>By: Other Court Event Nolle Prosequi<br><br>Charge #8 A&B c265 §13A<br>On: 12/15/1987<br>Guilty Verdict - Lesser Included<br><br>Charge #9 RAPE, AGGRAVATED c 265 §22(a)<br>On: 10/18/2017 Judge: Unassigned<br>By: Other Court Event Nolle Prosequi<br><br>Charge #10 ASSAULT IN DWELLING, ARMED c265 §18A<br>On: 12/15/1987<br>Nolle Prosequi<br><br>Charge #11 BURGLARY, ARMED c266 §14<br>On: 10/18/2017 Judge: Unassigned<br>By: Other Court Event Nolle Prosequi<br><br>Charge #12 ASSAULT IN DWELLING, ARMED c265 §18A<br>On: 12/15/1987<br>Nolle Prosequi<br><br>Charge #13 ASSAULT TO RAPE c265 §24<br>On: 12/14/1987<br>Nolle Prosequi |

| | | | |
|---|---|---|---|
| | | Charge #14 ROBBERY, ARMED c265 §17<br>On: 12/15/1987<br>Guilty Plea<br><br>Charge #15 BURGLARY, ARMED c266 §14<br>On: 12/15/1987<br>Guilty Plea - Lesser Included<br><br>Charge #16 BURGLARY, ARMED c266 §14<br>On: 01/09/1992<br>Guilty Verdict<br><br>Charge #17 ROBBERY, UNARMED c265 §19(b)<br>On: 02/10/1987<br>Dismissed<br><br>Charge #18 A&B ON POLICE OFFICER c265 §13D<br>On: 02/10/1987<br>Guilty Verdict | |
| 10/20/2017 | 291 | Commonwealth files Nolle Prosequi as to count(s): 6 ROBBERY, ARMED c265 §17, 7 INDECENT A&B ON PERSON 14 OR OVER c265 §13H, 9 RAPE, AGGRAVATED c 265 §22(a), 11 BURGLARY, ARMED c266 §14 | |
| 10/20/2017 | | Event Result:<br>Judge: Ricciardone, Hon. David<br>The following event: Conference to Review Status scheduled for 10/20/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Ricciardone |
| 11/07/2017 | | Event Result:<br>Judge: Ricciardone, Hon. David<br>The following event: Conference to Review Status scheduled for 11/07/2017 09:35 AM has been resulted as follows:<br>Result: Held as Scheduled | Ricciardone |
| 11/09/2017 | 292 | Commonwealth, Defendant 's Motion to amend the May 17, 2013 Order of this court regarding the transport, handling and return of evidence subject to post-conviction forensic and scientific analysis. | |
| 11/09/2017 | 292.1 | Affidavit of George D. Perrot, defendant, in support of motion to amend the May 17, 2013 Order of this court regarding the transport, handling and return of evidence subject to post-conviction forensic and scientific analysis and email attached. | |
| 11/10/2017 | | Endorsement on Motion to amend the May 17, 2013 Order of this court regarding the transport, handling and return of evidence subject to post-conviction forensic and scientific analysis, (#292.0): ALLOWED<br><br>Judge: Ricciardone, Hon. David | Ricciardone |
| 11/10/2017 | 293 | ORDER: re motion to amend the May 17, 2013 Order of this court regarding the transport, handling and return of evidence subject to post-conviction forensic and scientific analysis<br><br>Judge: Ricciardone, Hon. David | Ricciardone |

| | |
|---|---|
| 03/08/2018 | General correspondence regarding request for information |

A TRUE COPY
OF THE DOCKET MINUTES
IN WITNESS WHEREOF, I hereunto set my hand, and have caused the seal of the Superior Court for the County of Hampden to be affixed on this 13th day of March 2024

Deputy Assistant Clerk