93-P-845



COMMONWEALTH OF MASSACHUSETTS

Hampden, SS.

Superior Court Department
of the Trial Court
Criminal Action No. 85-5415-18
85-5420,25

COMMONWEALTH OF MASSACHUSETTS

vs.

GEORGE PERROT

TRIAL, ARGUMENTS AND CHARGE: IN HAMPDEN COUNTY HALL OF JUSTICE, SUPERIOR COURT, 50 State Street, Springfield, Massachusetts, before Simons, J., and a jury on January 9, 1992.

APPEARANCES:

BRETT VOTTERO, ASSISTANT DISTRICT ATTORNEY, representing the Commonwealth.

JOHN FERRARA, ESQUIRE, representing the Defendant.

Alicia C. Torruella
Certified Shorthand Reporter

PHILBIN & ASSOCIATES
Certified Shorthand Reporters
Certificate of Proficiency
Certificate of Merit

1500 Main Street-Suite 1514
Springfield, MA 01115
Tel (413) 733-4078

P.O. Box 402
Pittsfield, MA 02102
Tel (413) 499-2231





4-13-93

Honor?

THE COURT: Yes.

Mr. Foreman, harken to the verdict which the Court will record on the following indictments.

On indictment 85 dash 5415 charging the defendant with robbery you say the defendant is guilty?

THE JUROR: Yes, sir.

THE COURT: Do you all say?

THE JURORS: Yes.

THE COURT: On indictment 5416 charging indecent assault and battery do you say the defendant is guilty, Mr. Foreman?

THE JUROR: Yes, sir.

THE COURT: Do you all say, ladies and gentlemen?

THE JURORS: Yes.

THE COURT: On indictment 5418 charging the defendant on aggravated rape do you say the defendant is guilty?

THE JUROR: Yes.

THE COURT: Do you all say so, ladies and gentlemen?

THE JURORS: Yes.

THE COURT: On indictment 5420 charging the defendant with burglary and assault on an adult do you say the defendant is guilty?

THE JURORS: Yes.

THE COURT: Do you all say, ladies and gentlemen?

THE JURORS: Yes.

THE COURT: On indictment 5425 charging the defendant with burglary do you say the defendant is guilty, Mr. Foreman?

THE JUROR: Yes, sir.

THE COURT: Do you all say, ladies and gentlemen of the jury?

THE JURORS: Yes.

THE COURT: Have each of these verdicts been unanimous?

THE JURORS: Yes.

THE COURT: Very well. I am going to order verdicts affirmed and recorded.

Ladies and gentlemen, this, of course, completes your jury service and I want to extend to you the thanks of this Court and to the participants as well.

These are always difficult cases that involve