UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

No.: 18-cv-10147

GEORGE PERROT
PLAINTIFF

vs.

THOMAS KELLY, ET ALS
DEFENDANTS

---

DEPOSITION OF: THOMAS KENNEDY

---

Taken before Roxanne C. Costigan, Certified Merit Reporter, Notary Public, pursuant to Rule 30 of the Massachusetts Rules of Civil Procedure, at the law offices of ACCURATE COURT REPORTING, INC., 1500 Main Street, Suite 222, Springfield, MA, on December 17, 2018.

Roxanne C. Costigan
Certified Merit Reporter

there and back?

A. We flew on the 1st and returned on the 2nd.

Q. Did you stay overnight in D.C.?

A. We did.

Q. Did you go to the lab on the 1st?

A. Yes.

Q. Did you visit there on the 2nd as well?

A. No.

Q. How did you get from the airport to the lab?

A. We took the subway system.

Q. Let me ask you this. Was it arranged in advance with the F.B.I. that you would be visiting that day?

A. Not that I know of.

Q. I mean, when you got to the lab itself, did it seem like they were expecting you?

A. No.

Q. What do you remember about being at the lab building, specifically, on the 1st?

A. We were there very, very briefly. I don't remember what floor of the building that we went to. We were basically in and out of the building

within five to ten minutes. We went in -- went to the division that accepted property and turned the evidence over and we left the building.

Q. Was Mr. Bloom with you the entire time you were inside the building that day?

A. Yes.

Q. You said you went to the division that handled this. Do you remember what division you went to?

A. No. Where ever they accepted property from law enforcement agencies.

Q. Did you talk with anybody at the division -- at that division?

A. Only the individual who accepted the property.

Q. Do you remember who that was?

A. I do not.

Q. Did you have to fill out any paperwork to turn the evidence over?

A. I would imagine that I did, but I don't recall.

Q. Have you ever seen copies of any paperwork related to that since the time you might have filled it out?

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

I, ROXANNE C. COSTIGAN, a Notary Public in and for the Commonwealth of Massachusetts, do certify that pursuant to notice, there came before me on December 17, 2018, at the offices of ACCURATE COURT REPORTING, INC., 1500 Main Street, Suite 222, Springfield, MA, the following named person, to wit: THOMAS KENNEDY, who was by me duly sworn to testify to the truth and nothing but the truth as to his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath and said examination reduced to writing by me; and that the deposition is a true record of the testimony given by the witness, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of counsel or attorney for any of the parties, or a relative or employee of such parties, nor am I financially interested in the outcome of the action.

WITNESS MY HAND, this 29th day of December, 2018.

__________________________
Roxanne C. Costigan

My Commission expires: June 21, 2024