IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MASSACHUSETTS

CASE NO: 18-CV-10147

*********************************** *
GEORGE PERROT,
Plaintiff, *
vs.
THOMAS KELLY, THOMAS JARVIS, *
RICHARD KANE, CHARLES APRIN, JOHN
SCANLON, DAVID LOUDEN, THOMAS *
KENNEDY, CHIEF ERNEST STELZAR,
MARIANNE POPKO, PAUL GLANTZ, RONALD *
ST. GERMAIN, ANDREW CANEVARI,
CHERYL CLAPROOD, CAPTAIN JOHN *
BROWN, UNKNOWN OFFICERS OF THE
SPRINGFIELD POLICE DEPARTMENT, THE *
CITY OF SPRINGFIELD, MASSACHUSETTS,
FRANCIS BLOOM, WILLIAM EUBANKS, &
WAYNE OAKES, and UNKNOWN AGENTS OF
THE FEDERAL BUREAU OF *
INVESTIGATION,
Defendants *
*********************************** *

DEPOSITION OF: CHARLES ARPIN

TAKEN AT: LAW OFFICE OF TYLER INGRAHAM

100 Main Street, Third Floor

Northampton, Massachusetts

June 9, 2023 10:07 A.M.

Sharon Waskiewicz

Court Reporter

while.
Q. And how long did you do that?
A. A few years. I can't give you any more than that.
Q. And what did you do after working at Sears?
A. At some point I went to work for the police department.
Q. Did you go straight to work for the police department or did you have to receive any type of training before going to the police department?
MR. JOYCE: Objection. Go ahead.
THE WITNESS: I received training when I began the first day.
Q. Do you remember what year you started working for the police department?
A. I think it was 1969.
Q. 1969.
Did you have to attend the police academy at all?
A. We had four weeks of in-house training.
Q. And what did that training consist of?
A. Most of the four weeks had to do with studying law, First Aid, some firearms training, but

mostly about the laws that were most important to law enforcement at that time.

Q. Do you remember learning about any policies and procedures specific to the Springfield Police Department?

A. Yes. There was a manual.

Q. There was a manual.

A. Yes.

Q. Did they go over that manual with you?

A. Yes.

Q. Earlier you mentioned that you were studying laws specific to the police; is that right?

A. Yes.

Q. I want to make sure. I don't want to ever say something that you didn't say, so you have to just let me know.

Do you remember what type of crimes they were?

A. Crimes against a property, crimes against a person.

Q. Okay. Do you remember learning about any laws specific to your responsibility as a police officer?

A. No.

THE WITNESS: No.
Q. (By Ms. Agbiro) What was your first position when you for the started with the police department?
A. Uniformed division, the midnight shift.
Q. And how long did you do that?
A. About a year.
Q. So around 1969 to 1970?
A. Yes.
Q. What were your responsibilities in the uniformed division, the midnight shift?
A. Patrolling your district, respond to calls.
Q. Anything else?
A. Take some decisive action depending upon the situation.
Q. What do you mean by "decisive action"?
A. Call for an ambulance; send somebody to the hospital; make an arrest; make a report.
Q. You'd said, "make a report". Would you make a report every night or only when something decisive happened?
MR. JOYCE: Objection.
THE WITNESS: The best I can recall,

Q. What did you do after being on the midnight shift -- I mean the midday shift?
A. I went to the day shift.
Q. The day shift. Do you remember what year you went and started doing day shift work?
A. To long ago.
Q. Do you remember approximately how long you did the day shift?
A. A few years.
Q. What happened -- what did you do after the day shift?
A. At some point I was promoted to sergeant.
Q. Do you remember when?
A. No. A few years after.
Q. What was your responsibilities as sergeant?
A. I went back to the uniformed division and it was supervision, mostly street supervision, and also the booking desk.
Q. I have, you went back to the uniform division as supervision?
A. As a sergeant.
Q. As a sergeant. And you mentioned you supervised the booking desk; is that what you said?

assigned to the booking desk.
Q. And were you assigned to supervise those other police officers?
A. Yes.
Q. After you were sergeant in the uniform division, what did you do after that?
A. I was promoted to lieutenant.
Q. When were you promoted to lieutenant? Do you remember what year?
A. No.
Q. Do you remember how long it took for you to be promoted from sergeant to lieutenant?
A. I don't know.
Q. Do you know if it took five years?
A. I don't know.
Q. Do you think it took ten years?
A. I don't think it was ten years.
Q. Do you think between five and ten or do you think between one and five?
A. I'm not sure.
Q. You're not sure.
And when you were promoted to lieutenant, what division were you in or put in?
A. It was general detective bureau. We

A. No. I don't exactly know what you mean by "generally".
Q. Okay. I can rephrase if it's easier.
A. Yes.
Q. Were you aware of all the cases that your detectives were assigned to?
A. No.
Q. Were you only aware of some of the cases that the detectives were assigned to?
A. When I was on the afternoon shift, right. I wasn't aware of all the cases.
Q. After you were in the general detective bureau, where did you work after that?
A. I think I was promoted to captain at some point.
Q. Do you remember when you were promoted to captain?
A. No, I don't.
Q. And where did you work when you were captain?
A. I went to the uniformed division of the night shift.
Q. And how long were you there for?
A. I don't remember.

Q. Did you go anywhere after that?
A. Several year later I was -- I'm confused right now. At some point I was promoted or transferred to the detective bureau. I don't recall how that worked out whether they happened simultaneously or one after the other.
I was a captain in the uniform division and, at some point, I was transferred to the detective bureau, you know, on days, overseeing the whole detective bureau.
Q. Did you go anywhere else after being in the detective bureau?
A. I was an acting deputy chief for a little while.
Q. Were you promoted from captain to acting deputy chief?
A. Yes.
Q. How long did you do that?
A. I don't know. This is so far back, I'm having difficulty trying to, you know.
Q. I understand. I understand. What were you responsibilities as captain?
MR. JOYCE: Objection.
THE WITNESS: I had oversight at the

Q. Sure. Did you have any position after you were promoted to acting deputy chief?
A. So when the slot was filled on a permanent basis, I went back to the detective bureau.
Q. As captain?
A. Yes.
MS. AGBIRO: Okay. Let's take a break.
(Recess taken)
Q. (By Ms. Agbiro) Earlier, before break, you were talking about when you returned to the captain position after you were acting deputy chief.
Do you remember that?
A. Yeah. I remember when I went back, yes.
Q. What bureau did you return to? Did you go back to the detective bureau or the --
A. The detective bureau.
Q. The detective bureau.
Did you go anywhere after that?
A. Out the door.
Q. And what year did you retire?
A. 2010.
Q. 2010? And do you remember how long you were back at the detective bureau?
A. I don't.

A. I do see that.

Q. Do you recall anything about the M.P. rape investigation?

A. I maybe did then but I don't know now.

Q. I'm going to refer you to your answer on Page 9?

A. Yes. I'm on nine.

Q. If you can go ahead and read your answer.

A. Which one?

Q. To No. 12. Yes. If you can read it out load?

A. Answer. You want this out loud?

Q. Yes.

A. "At the time of the Plaintiff's arrest, in December 1985, I was a lieutenant assigned to the Detective Bureau's Housebreak Squad. Captain Ernest Stelzer was the Commanding Officer. The officers assigned to the squad were responsible for investigating burglaries, breaking and enterings and property crimes."

"At the time there had been several nighttime burglaries in a particular area of the city, some of which included the assault and battery of the occupants. About 10 P.M. on December 6, 1985,

I, SHARON WASKIEWICZ, Notary Public, do hereby certify that CHARLES ARPIN appeared before me and satisfactorily identified himself on the 8th day of June, 2023, at the LAW OFFICE OF TYLER INGRAHAM, 100 Main Street, Third Floor, Northampton, Massachusetts, and was by me duly sworn to testify to the truth and nothing but the truth as to his knowledge touching and concerning the matters in controversy in this case; that he was thereupon examined upon his oath and said examination reduced to writing by me; and that the statement is a true record of the testimony given by the witness, to the best of my knowledge and ability.

I further certify that I am not a relative or employee of counsel/attorney for any of the parties, nor a relative or employee of such parties, nor am I financially interested in the outcome of the action.

WITNESS MY HAND this 27th day of June, 2023.

Sharon Waskiewicz

------------------------

Sharon Waskiewicz        My Commission expires:
Notary Public        July 26, 2024