Dec 7, 1985
MONTH DAY YEAR

# SPRINGFIELD POLICE DEPARTMENT

## GENERAL REPORT FORM

TYPE OF REPORT, SPECIFY: Special to Capt Stelzer.
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

## DETAILS OF REPORT

Sir
While questioning George Perrot Age 17 of 87 Malibu Dr about the Rapes and Assaults at 33 Covel St, 27 Malibu Drive, and 6 Ellendale Cir, George Perrot kept hollaring to me that the drugs made him do it the drugs made him do it. He also stated that he never touched the women that he just wanted money.

Respectfully
Thomas Jarvis

CR 77
100 M - 5/74

| | |
|---|---|
| POST NO. | |
| CAR NO. | |
| DISTRICT NO. | |

| | |
|---|---|
| REPORTED FOR DUTY | |
| REPORTED OFF DUTY | REPORTING OFFICER |

APPROVED
CHARLES ARPIN
LIEUTENANT

RECORDS COPY

CoS RPOD 012949