**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **GEORGE PERROT,**<br>**Plaintiff,**<br><br>**v.**<br><br>**Judith Kelly, as administrator for the Estate of THOMAS KELLY, et al,**<br>**Defendants** | **C.A. No.: 18-CV-10147** |

## AFFIDAVIT OF AUSTIN M. JOYCE, ESQUIRE

Now comes Austin M. Joyce, Esquire who on oath does depose and say that:

1. My name is Austin M. Joyce, and I am counsel for Defendant Charles Arpin in the above-entitled action.

2. Attached hereto as Exhibit'a' is a true and accurate copy of the e-mails exchanged between me and counsel for Plaintiff in August 2023.

Signed under the pains and penalties of perjury this 22nd day of March, 2024.

Austin M. Joyce, Esq.