**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S EXHIBIT LIST**

| Exhibit | Description | Bates Range |
|---|---|---|
| Exhibit 1 | Plaintiff's Declaration - 5.9.24 | N/A |
| Exhibit 2 | Evidence Receipts - 11.30.85 | CITY 004805, CITY 004795, CoS RPOD 012878 |
| Exhibit 3 | Mary Prekop's Baystate Medical Records - 11.30.85 | CITY 003698-3705 |
| Exhibit 4 | Mary Prekop's Statement to Officer Popko - 11.30.85 | CITY 004799-4800 |
| Exhibit 5 | Kelly's Report to Capt. Brown - 12.7.85 | CoS RPOD 012450 |
| Exhibit 6 | George Perrot's Alleged Statement taken by Jarvis - 12.7.85 | CITY 004730 |
| Exhibit 7 | Springfield Police Department Letter to FBI - 12.10.85 | CITY 004722 |
| Exhibit 8 | Correspondence between Hammerschmith & Bloom about missing discovery - 11.27.87 | Plaintiff 004762 |
| Exhibit 9 | Trial 1 Transcript - 12.8.87 | CITY 003296-3561 |
| Exhibit 10 | Trial 1 Transcript - 12.9.87 | CITY 003021-3295 |
| Exhibit 11 | Trial 1 Transcript - 12.10.87 | CITY 002892-3019 |
| Exhibit 12 | Trial 1 Transcript - 12.11.87 | CITY 002731-2890 |
| Exhibit 13 | Trial 1 Transcript - 12.14.87 | CITY 002531-2730 |
| Exhibit 14 | Bloom & Kelly's Forged Confession - 12.16.87 | Plaintiff 004102-4104 |
| Exhibit 15 | Motion to Dismiss Hearing Transcript - 2.25.91 | CITY 002447-2518 |
| Exhibit 16 | Trial 2 Transcript - 1.6.92 | CoS RPOD 002246-2446 |
| Exhibit 17 | Trial 2 Transcript - 1.7.92 | Cos RPOD 002027-2245 |
| Exhibit 18 | Trial 2 Transcript - 1.8.92 | CoS RPOD 001880-2026 |
| Exhibit 19 | Trial 2 Transcript - 1.9.92 | CoS RPOD 001764-1878 |
| Exhibit 20 | Olive Edwards's Affidavit - 1.23.13 | Plaintiff 002990 |
| Exhibit 21 | McKenzu Report - 10/28/85 | CITY 004810-4811 |

| | | |
|---|---|---|
| Exhibit 22 | Springfield Police Department Letter to FBI - 11.8.85 | CITY 004809 |
| Exhibit 23 | SPD Policy 11c - Exculpatory Statements | CoS RPOD 011774 |
| Exhibit 24 | Statement by Emily Lichwala - 10.24.85 | CITY 004815-4816 |
| Exhibit 25 | Officers DeRosier & Kane Memo to Capt. Brown - 10.29.85 | Plaintiff 004893 |
| Exhibit 26 | Summary of Lineup - 12.7.85 | CITY 004751-4752 |
| Exhibit 27 | SERI Invoice to SPD - 12.31.85 | CITY 004168 |
| Exhibit 28 | William Geagan Notes & Report | Plaintiff 004855-4859 |
| Exhibit 29 | Sgt. Andrew Canevari Report to Capt. Stelzer - 9.22.85 | CITY 004843 |
| Exhibit 30 | Report & Notes re Alternative Suspects | Plaintiff 004961-62, 004928 |
| Exhibit 31 | Motion to Suppress Hearing - 12.7.87 | Plaintiff 002862-2882 |
| Exhibit 32 | SERI Evidence Receipt & SPD Evidence Receipts (2) | CITY 004716 |
| Exhibit 33 | SPD Letter to FBI - 1.2.86 | |
| Exhibit 34 | FBI Letter to SPD - 1.23.86 | |
| Exhibit 35 | Kennedy Evidence Receipt for Perrot's Blood - 3.31.87 | |
| Exhibit 36 | Bloom's Letter to FBI - 4.1.87 | |
| Exhibit 37 | FBI Letter to SPD - 8.4.87 | |
| Exhibit 38 | Statement by George Perrot - 12.7.85 | CITY 004731 |
| Exhibit 39 | Indictments for Marchand Assault - April 1986 | |
| Exhibit 40 | Memo about John Roy | |
| Exhibit 41 | Deposition of George Perrot - 7/12/23 & 7/13/23 | N/A |
| Exhibit 42 | Search Warrant & Affidavit - 12.7.85 | |
| Exhibit 43 | Affidavit of Jeffrey Adkins - 5/16/24 | N/A |
| Exhibit 44 | Deposition of Cheryl Clapprood as 30(b)(6) Witness - 8.24.23 | N/A |
| Exhibit 45 | City's Responses to Plaintiff's Amend. Requests to Admit - 7.21.23 | N/A |
| Exhibit 46 | Jarvis's Answers to Plaintiff's Interrogatories - 6.6.23 | N/A |
| Exhibit 47 | Deposition of Thomas Jarvis - 7/25/23 | N/A |
| Exhibit 48 | Deposition of Charles Arpin - 6/9/23 | N/A |
| Exhibit 49 | Deposition of Andrew Canevari - 7/21/23 | N/A |
| Exhibit 50 | Perrot's Findings of Fact - 12.4.15 | Plaintiff 003426-3508 |
| Exhibit 51 | Bloom's Handwritten Notes | CITY 006231 |
| Exhibit 52 | Deposition of Francis Bloom - 1/23/19 | N/A |
| Exhibit 53 | Deposition of Richard Kane - 6/8/23 | N/A |
| Exhibit 54 | Plaintiff's Answers to Interrogs by Bloom - 6/8/23 | N/A |

| | | |
|---|---|---|
| Exhibit 55 | Plaintiff's Answers to Interrogs by Canevari - 7/31/23 | N/A |
| Exhibit 56 | Plaintiff's Answers to Interrogs by Kelly - 7/27/23 | N/A |
| Exhibit 57 | Plaintiff's Answers to Interrogs by Glantz - 7/31/23 | N/A |
| Exhibit 58 | Plaintiff's Answers to Interrogs by Popko - 7/27/23 | N/A |
| Exhibit 59 | Plaintiff's Suppl. Answers to Kane's Interrogs - 8/17/23 | N/A |
| Exhibit 60 | Plaintiff's Suppl. Answers to Interrogs. By Kelly - 8/11/23 | N/A |