**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE PERROT,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, JOHN SCANLON, DAVID LOUDEN, THOMAS KENNEDY, CHIEF ERNEST STELZER, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAIN, ANDREW CANEVARI, CHERYL CLAPPROOD, CAPTAIN JOHN BROWN, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, the CITY OF SPRINGFIELD, MASSACHUSETTS, FRANCIS BLOOM,<br><br>Defendants. | Case No. 18-cv-10147<br><br>JURY TRIAL DEMANDED |

**PLAINTIFF'S AFFIDAVIT IN SUPPORT OF HIS OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, George Perrot, declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct:

1. I was 17 years old on December 7, 1985.

2. I had stopped attending school when I was approximately 12 or 13 years old.

3. After I was arrested by the Springfield Police Department and taken to the police station on December 7, 1985, the police took my shoes for evidence. I spent the rest of the day barefoot and was brought to York Street Jail without shoes.

4. During one of the interrogation sessions on December 7, 1985, one of the police officers showed me my shoes and told me they found a shoe print in Mary Prekop's house that matched mine.

5. Detectives interrogated me on and off all day on December 7, 1985, and did not allow me to sleep.

6. At one point during the interrogation, the police presented three documents for me to sign, one of which was a waiver for blood and hair samples.

7. I did not read all the statements that the police presented to me during the interrogation because I was extremely sleep deprived, scared, overwhelmed, and coming down from being high and drunk.

8. The first time I recall seeing the typewritten statement about the Prekop and Lichwala crimes was with my defense attorney weeks after December 7, 1985.

9. I was not fed lunch until after I signed the documents that the police presented to me. And I did not sign any statements after I ate lunch.

10. When my sister, Nancy Westcott, my former girlfriend, Lisa Eldridge, and my mother came to visit me at the police station, my sister told me that Detective Kelly showed her a pair of gloves. When he did so, Nancy told Detective Kelly that they looked like a pair of gloves that Lisa Eldridge had.

11. A few days after I was arrested, one of the Springfield Police officers came to York Street Jail and observed a jail staff member drawing blood from me.

12. During the blood draw, the SPD officer started asking me questions about a break-in at 33 Covel.

13. The only statements I made to that officer was that my then-girlfriend, Lisa Eldridge, was beautiful, and that we were sexually active.

14. Throughout my criminal prosecution from 1985-1987, my attorney and I sought Mary Prekop's medical records from the morning following her assault. Despite specific requests to the prosecutor, we never received those medical records.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:

5-9-24

DATE

DECLARANT