**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 2

DATE 11/30/85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ____ 49452

| TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY | FOR PROPERTY DIV. USE |
|---|---|
| CIRCLE ONE: STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER | OFFICER RECEIVING PROPERTY |
| CIRCLE ONE: ARREST MADE Y (N) SEARCH WARRANT Y (N) PHOTOS TAKEN Y N | |
| PERSON(S) ARRESTED | LOCATION WHERE STORED |
| D.O.B. I.D. # | RM. # SHELF |
| CHARGES ~~[illegible]~~ ~~[illegible]~~ Rape | FINAL DISPOSITION OF PROPERTY: |
| ITEM pink bed sheet & pillow case VALUE | TURNED OVER TO: |
| MAKE SERIAL # MODEL | |
| OWNER/VICTIM Mary Prokop | ADDRESS: |
| ADDRESS 27 Malibu Dr. TELE. # 783-5331 | |
| PROPERTY FOUND AT/IN taken from victim's bed | TELE. # |
| IF PAWNED, BY WHO WHERE | JUNKED-DESTROYED-AUCTION OFFICER MAKING FINAL DISP. |
| OFFICER SUBMITTING PROPERTY M. Popko BADGE # 253 | |
| REMARKS: | DATE |

RECORDS COPY

DATE ~~[illegible]~~ 11/30/85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ____ 49492

| TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY | FOR PROPERTY DIV. USE |
|---|---|
| CIRCLE ONE: STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER | OFFICER RECEIVING PROPERTY |
| CIRCLE ONE: ARREST MADE Y N SEARCH WARRANT Y N PHOTOS TAKEN Y N | |
| PERSON(S) ARRESTED | LOCATION WHERE STORED |
| D.O.B. I.D. # | RM. # SHELF |
| CHARGES | FINAL DISPOSITION OF PROPERTY: |
| ITEM 1 PR Knit Gloves VALUE | TURNED OVER TO: |
| MAKE — SERIAL # — MODEL — | |
| OWNER/VICTIM | ADDRESS: |
| ADDRESS TELE. # | |
| PROPERTY FOUND AT/IN 27 Malibu Dr. | TELE. # |
| IF PAWNED, BY WHO WHERE | JUNKED-DESTROYED-AUCTION OFFICER MAKING FINAL DISP. |
| OFFICER SUBMITTING PROPERTY Sgt. Kelly, Sgt. D Loudon BADGE # | |
| REMARKS: | DATE |

RECORDS COPY

DATE 11-30-85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ______ 49450

**TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY**

CIRCLE ONE STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE Y (N) SEARCH WARRANT Y (N) PHOTOS TAKEN (Y) N

PERSON(S) ARRESTED ______

D.O.B. ______ I.D. # ______

CHARGES ______

ITEM DOOR BOLT VALUE ______

MAKE ______ SERIAL # ______ MODEL ______

OWNER/VICTIM MARY PREKOP

ADDRESS 27 MALIBU TELE. # ______

PROPERTY FOUND AT/IN ENTRY WAY TO HOME

IF PAWNED, BY WHO ______ WHERE ______

OFFICER SUBMITTING PROPERTY SGT KELLY BADGE # ______

**REMARKS:** ______

**FOR PROPERTY DIV. USE**

OFFICER RECEIVING PROPERTY

LOCATION WHERE STORED

RM. # ______ SHELF ______

FINAL DISPOSITION OF PROPERTY:

TURNED OVER TO: ______

ADDRESS: ______

TELE. # ______

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP.

DATE ______

**OFFICER'S COPY**

---

DATE 11-30-85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ______ 49449

**TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY**

CIRCLE ONE STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE Y (N) SEARCH WARRANT Y (N) PHOTOS TAKEN (Y) N

PERSON(S) ARRESTED ______

D.O.B. ______ I.D. # ______

CHARGES ______

ITEM 1 PAIR GLOVES c̄ RED STAINS VALUE ______

MAKE ______ SERIAL # ______ MODEL ______

OWNER/VICTIM MARY PREKOP

ADDRESS 27 MALIBU DR TELE. # ______

PROPERTY FOUND AT/(IN) BEDROOM

IF PAWNED, BY WHO ______ WHERE ______

OFFICER SUBMITTING PROPERTY SGT KELLY BADGE # ______

**REMARKS:** ______

**FOR PROPERTY DIV. USE**

OFFICER RECEIVING PROPERTY

LOCATION WHERE STORED

RM. # ______ SHELF ______

FINAL DISPOSITION OF PROPERTY:

TURNED OVER TO: ______

ADDRESS: ______

TELE. # ______

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP.

DATE ______

**OFFICER'S COPY**

DATE 11-30-85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ______ 49536

**TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY**

CIRCLE ONE STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE Y (N) SEARCH WARRANT Y (N) PHOTOS TAKEN (Y) N

PERSON(S) ARRESTED ______

______ D.O.B. ______ I.D. # ______

CHARGES ______

ITEM 1 PAIR GLOVES c̄ RED STAINS VALUE ______

MAKE ______ SERIAL # ______ MODEL ______

OWNER/(VICTIM) MARY PREKOP

ADDRESS 27 MALIBU DR City (twenty-seven) TELE. # ______

PROPERTY FOUND AT/(IN) BEDROOM

IF PAWNED, BY WHO ______ WHERE ______

OFFICER SUBMITTING PROPERTY Sgt KELLY BADGE # ______

**REMARKS:** ______

**FOR PROPERTY DIV. USE**

OFFICER RECEIVING PROPERTY ______

LOCATION WHERE STORED

RM. # ______ SHELF ______

FINAL DISPOSITION OF PROPERTY:

TURNED OVER TO: ______

ADDRESS: ______

TELE. # ______

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP. ______

DATE ______

OFFICER'S COPY

DA DISCOVERY

PAGE: 419