**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 3

BAYSTATE MEDICAL CENTER
SPRINGFIELD, MASSACHUSETTS 01199 (413) 787-2500

This is to certify that the attached is a true and complete copy of the medical record of this Hospital concerning the care and treatment of [redacted] signed under penalty of perjury.

NOVEMBER 30,1987
Date

Cindy Boyd
Medical Record Administrator or Custodian

SUPERIOR COURT
COURT

DECEMBER 1,1987
DATE

ASSISTANT DISTRICT ATTORNEY FRANCIS BLOOM
ATTORNEY

( ☐ Bills to follow)

---

Received by Clerk of Court

SERVICES

DATE ADMIT: 113085 TIME: 0526 COMPLAINT: ASSAULTED AT HOME PTA

DATE: 113085 TIME: PTA HOW ARRIVED: BAYSTATE

NAME / ADDRESS: [redacted]

CITY: SPFLD ST.: MA ZIP: 01128 PHONE: [redacted]

010707 078 SNG WHT F CATH OCCUPATION: NONE EMPLOYER: UNEMP PREV. ADMIT: 1984 REFERRING MD: BALLAN

ACCOUNT NUMBER: 073064128 NEAREST RELATIVE: HAYDEN, HELEN ADDRESS/CITY: ASHLAND AVE SPFLD ST.: MA RELN: SIST PHONE: 782-9565

GUARANTOR: [redacted] ADDRESS: [redacted]

GUARANTOR EMPLOYER: UNEMP ADDRESS: ST. ZIP SOCIAL SECURITY: [redacted]

INSURANCE COVERAGE: [redacted]

SECONDARY COVERAGE

PAYOR: 31

COMMENTS

| HGB | HCT | RBC | WBC | COLOR | PH | SG | B SUG | BUN | NA | K | $PO_2$ | $PCO_2$ | LAST TRIM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEGS | BANDS | LYMPHS | MONO | ALB | RED | ACETONE | CREAT | AMYLASE | CL | $CO_2$ | PH | $HCO_3$ BASE | TET TRIM |
| EOS | BASO | PLAT | MORPH | WBC | RBC | BACT | ETOH | | | | | | |

X RAY

EKG

NOTIFIED BY | E.S. ATTENDINGS | TIME CONSULT CALLED | OLD RECORD CALLED

ALLERGY HISTORY: Tetracycline

DRUGS: Ø

| EXAM TIME | BP | PULSE | RESP | TEMP | O/R | WT | LMP | X RAY | EKG | PULM | CAST | LAB |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0530 | 160/94 | 116 | 20 | 98.2 | 0 | | | | | | | |

HISTORY & PHYSICAL

Pt states someone broke into her home + punched her in face, arms, legs

Pt states she was sexually assaulted also

This is 3rd occurrence in Ⓛ 18 months.

penile - vaginal penetration

O/E Alert, elderly F, A+O X3.

HEENT - multiple ecchymosis to Ⓛ + Ⓡ lateral forehead area c̄ STS, but non-tender to palp. PERRL, EOM's nl. TMs clear.

Neck - supple.

Chest - Clear ō lesion. Card - nl $S_1 S_2$.

Abd - O.K.

EXT - ecchymosis to inner aspect both elbows, forearm Ⓡ hand + Ⓛ lateral thigh - Pelvic - unable to pass introitus c̄ ped-speculum

full ROM throughout w/o pain

Neuro ō focal deficits

P ① Rape Kit. RPR. ② Will withhold antibiotics until cultures return. Pt does not want them.

NURSE'S NOTES

TIME: 0530 ROOM #

Pt assaulted - Hematomas Ⓛ side of face + Ⓛ arm

Rape Protocol

[illegible] in [illegible]

[illegible] 11-7

DISCHARGE DIAGNOSIS

1. Multiple Contusions.

2. Alleged RAPE

3.

4.

DISCH. TIME: 0745 DISPOSITION: Dr. Ballan INPT. # RM # CONDITION ON DISCHARGE: Stable

CLASS: III SERVICE: Gyn RN SIGNATURE: C. Gallagher [illegible] 11-7 M.D. SIGNATURE: [illegible] MR #: 0000267571 CLK. ADMIT: CAL SECOND REC.

INSTRUCTIONS TO PATIENT

**Baystate Medical Center** — EMERGENCY SERVICES

ADMIT DATE: 113085 NAME: [redacted]

ACCT: 73064128
MR#: 0000267571

INSTRUCCIONES AL PACIENTE

Use ice to injured areas
Follow up Dr. Balban
Return if any problems
We will call about test results

- [ ] INSTRUCTION SHEETS GIVEN
- [ ] ID CARD GIVEN
- [ ] CLINIC APPT.
- [x] RETURN TO EMERGENCY ROOM IF NECESSARY
- [ ] DISABILITY SLIP GIVEN
- [ ] WORK SLIP NECESSARY

YOU HAVE BEEN GIVEN THE FOLLOWING MEDICATIONS:

I HEREBY CERTIFY THAT I HAVE BEEN GIVEN INSTRUCTIONS FOR CARE AND THAT I FULLY UNDERSTAND THEM: [redacted] X PATIENT SIGNATURE

(SEE INSTRUCTIONS OVER)

**AUTHORIZATION FOR MEDICAL AND/OR SURGICAL PROCEDURES AT BAYSTATE MEDICAL CENTER**

Ciudad

Calle

Fecha

Testigo

Paciente o Persona Responsable

ESTOY COMPLETAMENTE CONSCIENTE DE LOS CONTENIDOS DE ESTE DOCUMENTO EL CUAL FIRMO.

AUTORIZO LA EXAMINACIÓN, RETENCIÓN Y DISPOSICIÓN DE PARTES QUE SEAN REMOVIDAS DURANTE ESTOS PROCEDIMIENTOS.

MEDICARE NUMBER: 047207725 A

ENTIENDO QUE LA DIAGNÓSIS Y TRATAMIENTO ADECUADO DE ______ EN EL BAYSTATE MEDICAL CENTER PUEDE QUE REQUIERA DE UN DOCTOR O DOCTORES PARA PERFORMAR CIRUGIA QUIRURGICA Y PROCEDIMIENTOS Y TRATAMIENTOS MÉDICOS Y ADMINISTRAR O AUTORIZAR OTRAS PERSONAS PARA ADMINISTRAR ANESTESIA, DROGAS, MEDECINAS, RAYOS X, SANGRE Y OTRAS PRUEBAS Y PROCEDIMIENTOS MÉDICOS. POR LA CONSIGUIENTE AUTORIZO TALES OPERACIONES, PROCEDIMIENTOS, TRATAMIENTOS, LOS CUÁLES SEAN CONSIDERADAS NECESARIAS O SUGERIDAS POR UN DOCTOR O DOCTORES EN BAYSTATE MEDICAL CENTER. ENTIENDO QUE TALES PROCEDIMIENTOS Y TRATAMIENTOS, INCLUYENDO LA ADMINISTRACIÓN DE ANESTÉTICOS, PUEDEN SER PERFORMADAS POR ENFERMERAS Y TÉCNICOS Y LES DOY AUTORIZACIÓN DE ADMINISTRARLOS CUANDO EL DOCTOR O DOCTORES LO CREAN NECESARIO.

113085 0529 ASSAULTED AT HOME — 113085 PTA BAYSTATE

EN EL BAYSTATE MEDICAL CENTER

**AUTORIZACIÓN PARA TRATAMIENTO MEDICO Y QUIRURGICO**

BAYSTATE MEDICAL CENTER
DEPARTMENT OF AMBULATORY CARE
EMERGENCY SERVICE

SUPPLEMENTARY FORM FOR
CASES OF SUSPECTED SEXUAL ASSAULT

PATIENT'S NAME ______

DATE SEEN IN EMERGENCY SERVICE [redacted]

SUPPLEMENTARY NOTE[redacted]

| | | Specimen Received Individual's Initials |
|---|---|---|
| 1. G.C. CULTURE (THAYER-MARTIN): | | |
| (A.) VAGINAL | 12-4 neg. for G.C. J.L. | JL |
| B. ORAL | | |
| C. ANAL | | |
| (2.) R.P.R.C.T.: | 12/1/85 Non Reactive | JL |
| ~~3. URINE PREGNANCY TEST:~~ | | |
| (4.) SPERM MOTILITY: | | |
| (A.) VAGINAL | 11/30/85 No sperm seen. PAM | JL |
| B. ORAL | | |
| C. RECTAL | | |

Specimens collected by Dr. Bisser[illegible] (Signature) Date 11-30-85 Time 0700

Specimens delivered to Lab by John Molar (Signature) Date 11-30-85 Time 0715

Specimens received in Lab by John Molar (Signature) Date 11-30-85 Time 0715

NB: 8 A.M.-4:30 P.M.: Deliver specimens directly to Hematology Department.

4:30 P.M.-8 A.M.: Deliver specimens directly to Technician on duty.

THIS FORM MUST ACCOMPANY ALL SPECIMENS FOR EXAMINATION

* * * * * * * * * * * * * * * * * * * * * * * * * * *

MAS/gml
3/22/84

[redacted]

BAYSTATE MEDICAL CENTER
DEPARTMENT OF AMBULATORY CARE
11/30/85 EMERGENCY SERVICE
F 78
UMU

# AUTHORIZATION FOR EXAMINATION & TREATMENT IN CASES OF SUSPECTED SEXUAL ASSAULT

1. I, ______________________________, the undersigned, do hereby authorize ______________________________ (and whomever he may designate as his assistant(s) to examine, obtain necessary laboratory specimens, and render necessary treatment to [redacted] a patient in the Emergency [redacted] ______________________________,

WITNESS: *[signature]* SIGNED: [redacted]
DATE: 11-30-85

2. I also authorize Baystate Medical Center Emergency Service to supply copies of all medical reports regarding this visit, including any laboratory reports, immediately upon completion, to the Police Department and the Office of the District Attorney having jurisdiction.

DATE: 11-30-85 SIGNED: [redacted]
WITNESS: *[signature]* OR: ______________________________
(Nearest Relative or Guardian)

______________________________
(Relationship)

______________________________
(Address)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

1. I have been informed by Dr. ______________________________ that medication for prevention of pregnancy is necessary and have been instructed on administration of this medication.
2. I have been informed that the prescription for the prevention of pregnancy may not be effective.

DATE: ______________________________ SIGNED: ______________________________
WITNESS: ______________________________ OR: ______________________________
(Nearest Relative or Guardian)

______________________________
(Relationship)

______________________________
(Address)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

The following clothing and items have been requested and released to the Police Authorities:

DATE: ______________________________ POLICE OFFICER: ______________________________
WITNESS: ______________________________ CITY OR TOWN: ______________________________

MAS/gml
3/22/84

CITY 003703

CUMU[LATIVE] LABORATORY REPO[RT]

SPRINGFIELD, MASS. 01199

[PAT]IENT NAME [redacted]

AGE/SEX 78 F LOC. WEW

DATE 12/ 3/85

I.D. # [redacted]

DOCTOR

TIME 21:45

[DIAG]NOSIS

*********** BACTERIOLOGY FINAL REPORTS ***********

NOV 30 0700 ////////////////// GC CULTURE ////////////////
VAGINAL SECRETION VAGINA

**FINAL REPORT COMPLETED 12/ 3/85

ORGANISM

NEGATIVE FOR NEISSERIA GONORRHOEAE

OUTPATIENT - PERMANENT REPORT

NAME PREKOP, MARY I.D.# 73064128 LOC. WEW DATE 12/ 3/85 PAGE# 1

DA DISCOVERY

BAYSTATE MEDICAL CENTER
CUMULATIVE LABORATORY REPORT

SPRINGFIELD, MASS. 01199

ENT NAME [redacted] AGE/SEX 78 F LOC. WEW DATE 12/ 2/85
I.D. # TIME 21:36
NOSIS

********** MICROBIOLOGY PRELIM/INTERIM REPORTS **********

NOV 30 0700 ///////////////// GC CULTURE /////////////////
VAGINAL SECRETION VAGINA

------SEROLOGY------

| | RPR RESULT | DILUTION |
|---|---|---|
| *NOV 30 0720 | NON REACT | |

OUTPATIENT - PERMANENT REPORT

BAYSTATE MEDICAL CENTER

CUMULATIVE LABORATORY REPORT

SPRINGFIELD, MASS. 01199

NT NAME [redacted] AGE/SEX 78 F LOC. WEW DATE 11/30/85

I.D. # TIME 20:09

OSIS

-------------------- OUTSTANDING TESTS --------------------

NOV 30 0720 RPR BLOOD

*********** CLINICAL MICROSCOPY ***********

------ SEMEN ANALYSIS ------

PRESENCE OF SPERM
/HPF
*NOV 30 0720 NO SPERM S

*********** MICROBIOLOGY PRELIM/INTERIM REPORTS ***********

NOV 30 0720 ///////////////// ROUTINE CULTURE /////////////////
VAGINAL SMEAR

OUTPATIENT - PERMANENT REPORT