**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE PERROT, | ) Case No. 18-cv-10147 |
| Plaintiff, | ) |
| v. | ) Hon. Page Kelley |
| | ) Magistrate Judge |
| THOMAS KELLY, *et al*. | ) **JURY TRIAL DEMANDED** |
| Defendants. | ) |

# EXHIBIT 4

27 Malibu Drive
783-5331

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE November 30, 1985

The following is a statement by Mary A. Prekop

taken at 130 Pearl St. - C.P.B. at 8:10 ~~AM~~ P.M. on 11-30-85

I, Mary A. Prekop, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Marianne J. Popko

My name is Mary A. Prekop. I am 78 years old. I live alone at 27 Malibu Drive. I have lived there since 1973.

At about 4:00A.M. this morning I woke up because I thought I heard glass breaking. I went into the kitchen, where I thought the noise was coming from. I put the light on. I have a dog since the last attack. The dog went into the kitchen first and I followed her. I opened the kitchen door and found there was nothing there so I sat in the living room for a few minutes and everything was quiet. Then I went back into the bedroom and layed down on the bed. The dog layed down next to my bed. Then all of a sudden she barked and ran off to the kitchen. I now keep a big stick by my bed and I followed her to the kitchen carrying the stick. The dog started barking. I got as far as the bathroom door and I saw a man standing in the kitchen. I hit him on the head with the stick. He grabbed the stick and pushed me into the bedroom. The dog tried to follow but the man closed the door.

I was still fighting him and he threw me on the floor. He never said anything. I started calling the dog's name, Scuffy. He hit me on the face a couple of times. I kept screaming after the first time but after a while I decided I should keep still. I kept kicking with my feet and he punched my left thigh. He pulled my nightgown aside and he sucked on my left breast. He did this for a couple of minutes, and then he got on top of me. He pushed my nightgown up and lifted my legs up. He put something into my vagina, but I'm not sure what it was. He kept his pants on. I never saw his penis. I started moaning. I pretended to pass out. He got up, and left the room. I waited untill everything was quiet. When the dog stopped barking I went into the living room. I saw my pocketbook on the floor. The contents were spilled out. I picked up the change and two envelopes had coupons in them. I put them on the counter. I just had a dollar in my pocketbook. I don't know if he took it or not. I then called the police. I wasn't able to dial at first because I was so nervous. The second time I tried I was able to get through.

I can describe the man who broke into my home as a white male, about 20-30 years old. He had dark, wavy hair, and he was clean shaven. He

I have read carefully the foregoing statement consisting of 2 pages and have been given the opportunity to make corrections. I have initialed or signed each page as evidence thereof. I am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief.

WITNESSES Marianne J. Popko

SIGNED Mary A. Prekop

Sworn and subscribed to before me this

day of

Notary Public

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE 11-30-85

The following is a statement by Mary A. Prekop

taken at at A.M. P.M. on 11-30-85

I, Mary A. Prekop, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Marianne J. Popko

was average height and weight. He was wearing a blue jacket, it looked like nylon and sneakers, which were white. He was wearing a dark colored pair of pants, they were neither jeans nor cordury material. He was not wearing glasses. I didn't notice any jewel ry or scars.

The only thing he ever said to me was to keep quiet. He said this a few times, while he was hitting me.

I forgot to mention when he first came into the bedroom he broke the lamp which was on the dresser. He hit it with his fist and knocked it to the floor. This lamp was on before and it went off when he broke it.

When the police arrived I noticed a pair of gloves on the foot of the bed. They are n ot mine. I never saw them before.

I have read carefully the foregoing statement consisting of 2 pages and have been given the opportunity to make corrections, have [illegible] or signed each page as evidence thereof, am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief

WITNESSES Marianne J Popko

SIGNED Mary a Prekop

Sworn and subscribed to before me this

day of

Notary Public

C.R. 104