**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 5

CAPT. BROWN: 6:45 P.M. 12/7/85

THE FOLLOWING IS A SUMMARY OF THE CONVERSATIONS I HAD WITH GEORGE PERROT REGARDING HIS INVOLVEMNET IN THE ASSAULTS IN THE MALIBU DR. AND COVELL ST. AREA. AT ABOUT 5A:00 A.M. I READ PERROT HIS MIRANDA RIGHTS AND RECEIVE A WAIVER OF THEM. I ALSO ADVISED HIM AT THE SAME TIME OF HIS RIGHT TO USE THE PHONE. HE SIGNED THE FORM INDICATING TH AT HE WAS AWARE OF THEM AND THEN DECLINED TO USE THE PHONE WHEN I MADE ONE AVAILABLE TO HIM. HE WAS IDENTIFIED AS THE ASSAILANT IN A POCKET BOOK SNATCH THAT HAD OCCURRED EARLIER IN THE MORNING. I ASKED HIM WHERE THE CONTENTS OF THE POCKET BOOK WERE AND HE SAID THEY SHOULD BE WHERE THE POCKET BOOK WAS FOUND.

LATER IN THE MORNING WHILE CONDUCTING A SEARCH OF THE HOME AT 87 MALIBU DR. I HAD A CONVERSATION WITH PERROT'S SISTER NANCY WHO RESIDES THERE WITH HER HUSBAND MARK WESTCOTT I PRODUCED THE GLOVES FOUND AT THE SCENE OF THE PREKOP ASSAULT AND RAPE ON NOV 30, 1985 AND ASKED IF SHE HAD SEEN THEM BEFORE. SHE SAID SHE HAD A PAIR LIKE XXXXX THEM AND HAD RECENTLY SEEN THEM IN THE HALL CLOSET WHEN SHE CLEANED THE CLOSET. SHE COULDN'T BE MORE SPECIFIC THAN RECENTLY AND WHEN SHE LOOKED FOR THEM WITH ME, SHE COULD NOT FIND THEM IN A NEAT STACK OF GLOVES IN THE CLOSET OR ELSEWHERE. SHE SHOWED ME A PURPLE VEST THAT SHE WORE THE GLOVES WITH AND THE COLORS APPEARED TO MATCH.