**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 6

My name is George Perrot and I live at 87 Malibu Dr. and I am 17 years old.

On Nov.30,1985 I went to Brattleboro Vermont with Mike Edwards and Bob Timmerman and Jeff Atkison.Mike was driving.We went to a bar called G.P Flat Strret.I started drinking about 8:00P.M.which was a Friday night.We also drank about a case of Bud.I took a "Purple Mescaline" on the way to Vermont.We stayed there until about 2:15A.M. G.P Mychael dropped me off about3:15A at my house. G.P about I headed for number 33 Covel St.The reason I went there was I heard it had been broken into before.I had a pair of my sisters gloves on.They were like wool gloves.I entered an unlocked rear breezeway door at 33 Covel St.I kicked the rear inner door in.I entered the house and started looking through the house.I found a handbag and took it with me.I left through the rear door.I left the pocketbook a few houses down the street.

I left 33 Covel St.and went to 27 Malibu Dr.I opened the door to the breezeway and kicked the side door in.I started to go through the house and a little black dog started barking and I ran out the side door.This occured about 4:00A.M. on Saturday Nov.30,1985.After this I went home.

I had been drinking since about 7:00P.M. that day and had also taken two purple mescaline pills.

Signed George Perrot Dec 7, 1985

Witnessed Thomas Jarvis
Capt. Paul M Abbey

DA DISCOVERY