**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 7

Springfield Police Department
Crime Prevention Bureau
Springfield, Mass. 01101
December 10, 1985

Director
Federal Bureau of Investigation
10th Street and Pennsylvania Avenue, N.W.
Washington, D. C. 20535

ATTENTION : FBI LABORATORY

Dear Sir:

RE: GEORGE PERROT, SUSPECT
MARY A. PREKOP, VICTIM
RAPE, BURGLARY

Victim reports on November 30, 1985, approximately 4:00am, she was awoken by the sound of her dog barking, she got up to investigate, found nothing, and went back to bed. She then heard her two doors leading from the breezeway being kicked in. She got out of bed and was met by a W/M, early twenties, 5'7"-6'0", slim-medium built, with dark wavy hair, wearing a black jacket and sneakers. Victim states she was pushed back into her room and the intruder closed the door behind him throwing the dog outside the door. Once inside, victim was beaten about her face, arms, legs, side and was sexually assaulted.

I am sending by registered mail a package containing the following evidence in this case;

1. PINK PILLOW CASE PROPERTY TAG # 49452
2. FLOWERED BEDSHEET PROPERTY T AG # 49452

THESE ITEMS ARE TO BE EXAMINED FOR HAIRS, FIBERS, AND FLUID SAMPLES CONNECTED WITH A RAPE INVESTIGATION WHICH OCCURRED AT 27 MALIBU DRIVE.

3. ONE (1) PAIR KNITTED GLOVES

TO BE TESTED FOR HUMAN BLOOD, AND IF POSSIBLE BLOOD TYPE.

ALSO, IF POSSIBLE WE WOULD LIKE THE PINK PILLOW CASE AND FLOWERED SHEET CHECKED FOR LATENT PRINTS, IF POSSIBLE.

Companion case involving George Perrot, Jeffrey Atkins, and Robert Timmerman, from Pineview Drive.
FBI file # 51007043 S WK WM
Lab Tech Mr. E. L. Burwitz
(202) 324 - 4344

This evidence, which should be returned to us, has not previously been examined by any other expert.

Very Truly yours,

John J. Brown
Capt. Crime Prevention Bureau

Captain John J. Brown