**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 8

1. All police reports, 911's, witness statements related to Prekop/Lichwala charges (I have none, except Lichwala 911)

2. Copy of George's statement re: Prekop/Lichwala (I've lost my copy.)

3. Any pictures taken in connection w/ Prekop/Lichwala (including pictures of Ms. Prekop).

4. SERI sexual assault M.D. report for Ms. Prekop, and written report of results of exam. of assault kit

5. Did Ms. Prekop see photos of George or other suspects prior to the line-up

6. Copies of Ms. Prekop's medical record

Nov 27, 1987.

atty Hammerschmith;

Today you provided me with a hand written note of those items of discovery you have either never received or have lost. I have going through the police file and am answering accordingly:

#1) A statement given by Mary Prekop on 11/30/85. A 911 Report Concerning Mrs Prekop and a 911 Report concerning Mrs. Tichwala. (11/30/85)

#3) All Pictures pertaining to the above cases can be reviewed at my office on Wenesday December 2nd, 1987 at 10:AM.

#2) I have enclosed a Copy of the defendants statement.

#4) To the best of my knowledge no evidence from the Prekop Rape was sent to Seri on the 11/30/85 incident.

#5) To The Best of My knowledge Mrs. Prekop was never shown photos of the defendant. I will ask the police about this.

#6) I believe Mrs Prekop refused to go to the Hospital on 11/30/85 but again I will have to verify this with the police.

(over)

#7) I have also enclosed; a police report pertaining to 11/30/85, Property Receipts from 11/30/85, Search Warrant Waiver from 12/7/85, a Police Report of Richard Kane and a Authorization To Obtain Court Ordered Laboratory Speciman.

Francis Bloom