**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 14

EX I

STATEMENT

December 16, 1987

My name is George Perrot and I used to live at 87 Malibu Drive with my sister and brother-in-law. I have been in jail since I was arrested on December 7th of 1985. Last February I plead guilty to a housebreak and pocketbook snatch I committed on December 7th of 1985. I received a sentence of 10 to 12 years in the state prison. This Monday I was found guilty of a housebreak and a rape that I committed on Miss Prekop (27 Malibu Dr.) on November 30th of 1985. The Judge sentenced me to life in prison the sentence on and after what I'm now serving.

I know I have cases pending so I told my lawyer, that I wanted to talk to the D.A. and tell him the truth about everything. My lawyer told me I'll be at least forty-five before I get out of jail. I never told the truth before because I was scared and I didn't think any of the women could identify me. Mr. Bloom, the D.A., and Sgt. Kelly came to the prison to talk to me today. I understand I'm getting no promises, but I've talked this over with my lawyer I believe I should tell the truth about the other crimes.

The old lady (Ms. Prekop) who lived at 27 Malibu Dr. used to be out in her yard all the time. I knew she lived alone.

Before November 30th of 1985 I broke into her house twice. Once in the spring of 1984 and once in the summer of 1985. Both times she was alone and both times I raped her. I don't know what made me do these things. I have been doing drugs and alcohol since I was about twelve or thirteen. When I'm high I seem to be a different person.

The other woman who lived at 33 Covel, I also knew she was alone. I used to go on her street all the time. On November 30th, when I broke in her house and she wasn't inside, I had also broke in once before. I'm not sure but I think it was late October of 1985. On that time I pulled out the dryer vent and when I got upstairs I raped the woman. On all of these incidents I would look for money. Any money I got I would usually spend on drugs or alcohol.

The only other time I assaulted an old woman was the late summer of 1985. I don't remember the street name but it ran from Wilbraham Road on one end to Sunrise Terrace on the other end. Jeff Adkins and Bob Timmerman both went in the house with me. We got over a thousand dollars. I raped that woman also. They both knew I was going to rape her before we went in. Jeff and I had painted for this lady just a few days before we broke in. We knew she lived alone and she kept a lot of money around the house. We had talked to her. I don't know if Timmerman or Adkins raped her. After I finished with her I looked around for money. Both of them knew about what I did on these other

assaults that I have told you about. They didn't tell on me because I was their friend. I don't know why I did these things. I know now that I need help. Everything I have said is true to the best of my knowledge and I'll take a lie detector test to prove it. I don't want to hurt either of my friends but if I have to testify in court against them I will. I have read this statement and I swear that it is true.

Sgt. Thomas Kelly
Francis W. Bloom

George Perrot