**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 20

**AFFIDAVIT OF OLIVE EDWARDS**

STATE OF MASSACHUSETTS
COUNTY OF HAMPDEN, SS:

I, Olive Edwards, depose and state under oath as follows:

1. In 1989, I visited Mary Prekop, my neighbor on Malibu Drive in Springfield, Massachusetts.

2. Our conversation eventually turned to the break-in and sexual assault of Ms. Prekop that led to the arrest and conviction of my next-door neighbor, George Perrot.

3. Ms. Prekop told me that she had seen George Perrot in the neighborhood many times and that she did not believe he was the man who assaulted her. She said she told the police this but they didn't listen.

4. Ms. Prekop said the police also tried to convince her that they had found the gloves in her bedroom after the rape even though she had found them after the police had left the house.

5. Ms. Prekop said she also told the police that the blood on her sheet came from her uncle, who had lived with her until right before he died. She said the police kept trying to convince her that the blood was the rapist's, but she knew better.

6. Ms. Prekop also said that she didn't believe that the hair found on the sheet was the rapist's because he was never on the bed.

7. After this conversation, I wrote a statement about what Ms. Prekop said and gave it to a member of George Perrot's family to give it to his attorney. The attorney never contacted me to find out what else Ms. Prekop told me.

Further I sayeth naught.

x Olive Edwards
Olive Edwards

Sworn and subscribed in my presence this 23 day of January, 2013

NOTARY PUBLIC

WANDA LEBRON
Notary Public
Massachusetts
Commission Expires Oct 12, 2018