**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 21

10 - 28 - 1985
MONTH DAY YEAR

SPRINGFIELD POLICE DEPARTMENT

GENERAL REPORT FORM

1 of 3

TYPE OF REPORT, SPECIFY: Special To The Crime Prevention Bureau
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Sir: At about 2:30 a.m. this date, I drove north on Parker St. past Acre Brook Rd. I noticed a vehicle parked next to a hydrant. As I turned around, this vehicle began to drive north on Parker St. I stopped this vehicle to determine the operator's information due to the recent Signal #21 in this district.
The operator was JOHN P ROY 04-02-55 SS# 022487829 of 73 EAST CIRCLE DRIVE, EAST LONGMEADOW, MA. Roy is about 5'7"-5'9" 150-160 lbs, Brown hair and is a white male

| | | | |
|---|---|---|---|
| POST NO. | | REPORTED FOR DUTY 11 P M | Curtis McKenzie |
| CAR NO. 11 | | | |
| DISTRICT NO. 11 & 18 | | REPORTED OFF DUTY 7 A M | #386 REPORTING OFFICER |

CR 77 100 M - 5/74

DIVISION AFFECTED

10-28-1985
MONTH DAY YEAR

SPRINGFIELD POLICE DEPARTMENT

GENERAL REPORT FORM

2 of 3

TYPE OF REPORT, SPECIFY: Special To The Crime Prevention Bureau
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Roy was dressed in blue jeans, dark jacket and wearing sneakers. His vehicle was a brown, older car ('73-'78) possibly a Chevrolet.
I asked him what he was doing parked there and he could offer no explanation. He said he did not know any people who lived in the area and "was just killing time". As I was looking at his license he produced a silver badge from the Department of Corrections in

| | | | |
|---|---|---|---|
| POST NO. | | REPORTED FOR DUTY 11 P M | Curtis McKenzie |
| CAR NO. 11 | | | |
| DISTRICT NO. 11 & 18 | | REPORTED OFF DUTY 7 A M | #386 REPORTING OFFICER |

CR 77 100 M - 5/74

DIVISION AFFECTED

MONTH DAY YEAR ... POLICE DEPARTMENT

GENERAL REPORT FORM

3 of 3

TYPE OF REPORT, SPECIFY: Special To The Crime Prevention Bureau
(I.E. ARREST, OPEN DOOR, B & E, ETC.)

DETAILS OF REPORT

Somers, Conn. He stated he was a guard but was unable to produce any identification card from the prison.

Roy did not seem overly nervous and was co-operative. I contacted Records and discovered that Roy was a taxi applicant #4781, if a photograph is desired. Also, the prison should have a recent photograph if he is actually a guard there.

* Roy's vehicle was not running and the lights were off when I first noticed it.

Respectfully Submitted

| | |
|---|---|
| POST NO. | |
| CAR NO. | 11 |
| DISTRICT NO. | 11 & 18 |

REPORTED FOR DUTY 11 p M

REPORTED OFF DUTY 7 a M

Curtis McKenzie #386
REPORTING OFFICER

DIVISION AFFECTED

CR 77 100 M - 5/74