**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 22

Springfield Police Department
Crime Prevention Bureau
November 8, 1985

Director
Federal Bureau of Investigation
10th Street and Pennsylvania Ave., N.W.
Washington, D. C. 20535

ATTENTION: FBI LABORATORY

Dear Sir,

RE: Emily Lichwala, victim
RAPE AND BURGLARY

Aproximately 2:30AM on October 24, 1985 an unk male subject gained entry to the residence of Emily Lichwala, 33 Covel St., Springfield, Ma. by forcing a dryer vent on a cellar window. Subject then entered her bedroom stated that he would kill her if she did not do what he said. He then undressed the victim by removing her pajama's, bra and underwear. Forced her to lie on her stomach tied her hands behind her back and forced victim to have both vaginal and rectal intercourse. After asslt subject then ransacked bedroom took small amount of cash, engagement, wedding rings. Our lab was able to recover a partical print off a jewelery box. No suspects at this time.

I am sending by registered mail a package the following evidence.

1. 2 pillows (each in a separate bag)
2. 1 green trash bag used to bring evidnce to station
3. 1 drop sheet used to package evidence
4. 1 pr pajama bottoms white w/blue flowers
5. 1 pillow case
6. 1 pillow case tied in a knot
7. 1 white bed sheet

It would be appreciated if you would examine the bedding items for latent prints and also any blood or seman stains found on any of the above mentioned items.

Very truly yours

John J Brown
Captain, CPB