**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 23

Deputy Chief Daniel Shea     Overview of the Criminal Investigations   Sept. 2,1977

There are 3 basic tools of an investigator
I. Information
II. Interrogation
III. Instrumentatiom

Purpose and Goals of the Investigator
To Identify the Guilty Party
To locate the Guilty party
Establish that persons guilt or innocents .

Inculpatory Statements - Admissions of guilt
Exculpatory Statements   Evidence of innocents

Must consider both when conducting an investigation

N C I C - National Crime Information Center
L E A P S - Law Enforcement Assistant Programs Systems

NCIC and LEAPS have been the biggesthelp to Police in the Past 50 yrs.
NCIC and LEAPS give you probable cause to arrest , when you get a hit out of LEAPS or NCI
The three I's

Information - You need information to conduct a good investigation
sourses : i.Witnesses - company records , and information ect,,,
ii.The experienced informant will get his info. from Bartenders , Hookers , street persons .

Interrogation - or Questioning suspects , and witnesses . You must bd able to sell your self to the person under interrogiation , this will enable you to gain much information . A good investigator will be able to get info. You have to find a persons week spot , and work on it , and soon he will crack or, if he dosen't then he/zhe is telligн the truth .
A good investigator will get perple to talk, Most perple woh talk will go to jail , and if they didn't talk then they would still be on the streets .
IT IS VERY IMPORTANT THAT YOU COMPLY WITH MIRANDA WHEN CONDUCTING AN INTERROGATION .
Instrumentation - Application of Phyzical Evidence
Instrumentation will not solve a crime

People who furhish Police with information are known as CRIMINALIST NOT CRIMINOLOGIST

Medical Examiners , Chemists , Ballistitations , Lab. men , FBI ,and State Police Labs. They are all very important in putting a case together , and prooving the guilt or innocents of a person , They are more important now than ever before , because of the Miranda Rulling , where the defendant doesn't hawe to proove anything , he can just sit back and let the State proove the case , and by the use of Criminlist , they can but the pieces of a crime together .

Crime Scene ?Search - is a method of Instrumentation .

Mathison v. Oregon - If the person is not in Custody , ie, is ~~not~~ free to leave at any ti and is told that he is not under arrest at this time , and you are free to go at any time then there is no need to give Miranda Warning . When there is going to be formal charges or the persons liberty is going to be taken away , ie , placed under arrest then the Mira warning must be given .