**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 24

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

DATE Oct. 24, 1985

The following is a statement by Emily Lichwala

taken at 130 Pearl St. at A.M. P.M. on Oct. 24, 1985

I, Emily Lichwala, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A. DeRosier

My name is Emily Lichwala. I am 64 years old, and I live at 33 Covel St., Spfld., Ma. My phone number is 782-0061.

Last night, Oct. 23, 1985, I went to bed about11PM. My doors were all locked, and my lights were out, except for the living room lights, which are on atimer, and go out sometime after 11PM. I woke up and looked at the clock, and it was 2:30AM. I noticed a silhouette in the doorway at that time. I asked, Who are you? Whoe are you? How did you get in here?" He said, " Never mind, and if you scream or move , I'll kill you." He was a small frame, and less than 6' tall, and he sounded white to me. He told meI had to do everything he said because he had 4 black friends with him. He asked me if I liked black people, and tried to talk like he was black, but I think he was white.

He came over to the bed, and he took my pajamas, bra, and underwear off. He told me to lie down on my stomach, and he tied my hands behind my back with my bra. He had me changing positions all the time. He first penetrated me in my vagina. He penetrated me rectally, too. At, one point, he had me on my knees on the bed, and my buttocks in the air, and he tried to penetrate me again, but that was near the end, and his erection was not hard enough to penetrate, so he put his finger inside me, both in my vagina and my rectum. He peneterated me with both his finger and his penis. He stayed about one hour. I wasscared, and couldn't fight him off. I asked him if he had a mother, and he said, no, but he had a brother. He warned me not to call the police. He told me I knew what would happen if I did, that I would be in a casket by Friday, that I would be dead. He asked me if I had any gold, and I said only my wedding ring and engagement ring. He asked where there were, and I told him. He also asked me where I kept my money. I told him I only had either$17.00 or $22.00, and it wasin my purse. He didn't believe me, and kept asking where I kept my money. I told him that was all I had, but I had a checkboc Itold him I could get more money in the morning, I was so scared of him. Afer he left, I checked my wallet, and the money was missing. So was my engagement and wedding rings. My wedding ring was engraved with JML and EL. My wedding ring had 5 little diamond chips. I've had both of them refilled., and my engagement ring was a diamond solitaire.

I have read carefully the foregoing statement consisting of two pages and have been given the opportunity to make corrections, have initialed or signed each page as evidence thereof, am willing to testify to the facts contained herein and the statement is true to the best of my knowledge and belief

WITNESSES Linda DeRosier SIGNED Emily Lichwala

Sworn and subscribed to before me this

day of

CR-104

Notary Public

782-0061

SPRINGFIELD POLICE DEPARTMENT
STATEMENT

Page 1 of 2

DATE Oct. 24, 1985

The following is a statement by Emily Lichwala

taken at 130 Pearl St. at 10:30 A.M. ~~P.M.~~ on Oct. 24, 1985

I, Emily Lichwala, do hereby make the following statement without promises, inducements or threats, being fully aware that anything herein may be used against me in the event I am prosecuted in any Court of Law.

Taken in the presence of Off. Linda A. DeRosier

He asked me what I was going to do when he left. I said I didn't know, probably have juice, becayse my mouth was so dry. I had asked him earlier to get me some, and he had said, no. I also asked him if I could go to the bathroom, and he said in a little while. I asked him again how he got in, and he said he had a key. When he left, he told me to go put the dryer vent back in the window, because it was out. Then, he left. I was still in the bedroom. I was very scared, because I thought the other 4 guys would be waiting for me in the cellar, and that's why he told me to go down there and fix the vent. I waited a while before I called the police. I wanted to be sure he was gone. I called 911, and talekd with a very nice all the time until the detectives came. I told them what had happened. They took pictures around my house, then brought me to the hospital.

The man that raped and robbed me was small framed, taller than me, but not 6'. ( I'm 5'5".) He was wearing dark clothing, and his jacket might have nylon. All the times he had me on my back, I could not see his face because he put a pillowcase over my head. It was tight, and I kept thinking he was going to kill me. From his voice, probably early 30's.

There is a neighborhood boy who says hello to me when I am outside and he is walking by. He is fair-skinned, extremely polite, small frame, about 25 or maybe a little younger. I had an incident with him in the spring time. There was a little boy who used to always ride his bike on my lwwn. Itold him many times not to do that, but he didn't listen to me. One day, Ifollowed him home, and he went into the house. I wanted to speak to his mother. There was an older boy outside, the same boy I described above, and asked him if that was his son. He said, no, it was his brother. I told him the problem I was having, and he said he would take of it. I had no other problem after that with the little boy. The voice of the man who raped and robbed me sounded similar to thes boy I had the conversation with at the house on Forest Hills Rd.

I also noticed that my kitchen light was on, and I did nct leave it on. Also, I had the radio on in thebedroom.

I have read carefully the foregoing statement consisting of two pages and have been given the opportunity to make corrections have [illegible] signed each page as evidence thereof, am willing to testify to the facts contained herein, and the statement is true to the best of my know[illegible]

WITNESSES Linda DeRosier

SIGNED Emily Lichwala

Sworn and subscribed to before me this

day of

CR 104

Notary Public