**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 25

Oct. 29, 1985

Capt. Brown:

Spent about an hour this AM with rape victim Emily Lichwala. She's having a really hard time, and appra appears near a breakdown, but refuses to call any rape counselors, such as HERA to help her out. This is doubly important because it is 3 years ago to-mmorrow that her husband died, and she is still very upset about that. A. Cicerchia resp. and took her prints. The print on the dryer vent was hers. Ve nt returned to her, and put in plce by Off. Ci-cerhia. Also ret to her were her pocketbook, PJ top, underwera. Her PJ bottom and sheets are being sent to the FBI. We were finally able to obtain the name of the subj. whom she had a discussion with in the spring, and felt his and the rapists' voices were similar. He is John Mezzetti, age 17, 6 Helberg Rd. police ID # 43674. We spoke with his sister at that add., and he has not lived there in months. He was last here on Sunday, Oct.27, and now lives in Worcester with his girlfriend. We will send his print card to photo, along with the other suspects in the Mae Marchand rape of last month.

Att. to pick up hookers on FBM St., no one would go for the virilly handsome R. Kane this PM.

Served 209A to Alston Roach at the Center for Human Develpoment, 30 Beaudoin St. Also, took his house keys and tagged them and gave them to Sgt. Gustafson. This was per the court order.

Att. to serve 209A's on the Coleman crew at 79 Switzer Ave., no one answered door.

Checked around Park-Willow area for the B/M on the BM BMX in re to rape on 10-26-85. No one fitting desc, around.

Kane-DeRosier
Car 77