**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 26

# LINEUP SUMMARY

Suspect: George David Perrot
D.O.B. 1/21/68
87 Malibu Drive
Springfield, MA

Since the middle of 1984 an ongoing investigation by the detective bureau and crime prevention bureau has been conducted in regards to several breaking and enterings, armed assaults on the occupants and sexual assaults. The latest of these incidents has occurred on November 30, 1985 with the victims being Emily Lichwala of 33 Covel Street, Springfield and Mary Prekop of 27 Malibu Drive, Springfield. Also on December 7, 1985, with the victim being a Joseph McNabb of 6 Ellendale Circle, Springfield, MA.

On December 7, 1985 at approximately 2:50 a.m. a George David Perrot, age 17, of 87 Malibu Drive was arrested for assault and robbery unarmed. This incident involved a pocketbook snatch that occurred in the parking lot at Denny's Restaurant on Cooley Street, about an hour earlier.

George David Perrot has been a suspect in these investigations for quite some time and as a result of his arrest, oral and written statements were made by him and with his (Perrot's) voluntary consent, a lineup was conducted on December 7, 1985. Approximately 4:30 p.m., Mae Marchand, Mary Prekop, Emily Lichwala and Joseph McNabb came to the police station to view this lineup. Before a separate viewing by each, all were advised not to discuss their incidents with each other and this was assured by the presence of a police officer being with them at all times. This lineup was coordinated by Assistant District Attorney Francis Bloom, Lt. Charles Arpin and Sgt. Thomas Kelly.

Prior to the lineup beginning, Perrot was advised that he could position himself anywhere he wished along with six other subjects. This lineup was conducted in the photography lab with a two way mirror and the subjects in the lineup called forward from left to right, (SEE ENCLOSED PHOTO). **Mr. Perrot chose the first position on the left.**

The following is a list of the subjects in the lineup and their status at the time it was conducted:

1. **George Perrot - prisoner**
2. **Kevin Wood - police officer**
3. **Thomas Kennedy - police officer**
4. **Alan Merrick - police officer**
5. **Edward Burnham - police officer**
6. **Albert Hamel - prisoner**
7. **Michael Reid - police officer**

It should be noted that each subject was asked to step forward separately, turn right, turn left, turn around and then face forward again. Each victim was also advised that they could have anyone of these individuals speak, but none chose to do so. The following is the result of this lineup:

1. Mae Marchand - unable to identify anyone
2. Mary Prekop - unable to identify anyone
3. Emily Lichwala - unable to identify anyone
4. Joseph McNabb - positively identified #1 (remarks as #1 stepped forward - "This kid here, that's not the jacket. I don't have to look at anybody else, that's the guy".

It should be noted that earlier in the A.M. another jacket of Perrot's was siezed as evidence. Property tag #51437.

Detective John Scanlon

**LINEUP SUMMARY**

Suspect: George David Perrot
D.O.B. 1/21/68
87 Malibu Drive
Springfield, MA

Since the middle of 1984 an ongoing investigation by the detective bureau and crime prevention bureau has been conducted in regards to several breaking and enterings, armed assaults on the occupants and sexual assaults. The latest of these incidents has occurred on November 30, 1985 with the victims being Emily Lichwala of 33 Covel Street, Springfield and Mary Prekop of 27 Malibu Drive, Springfield. Also on December 7, 1985, with the victim being a Joseph McNabb of 6 Ellendale Circle, Springfield, MA.

On December 7, 1985 at approximately 2:50 a.m. a George David Perrot, age 17, of 87 Malibu Drive was arrested for assault and robbery unarmed. This incident involved a pocketbook snatch that occurred in the parking lot at Denny's Restaurant on Cooley Street, about an hour earlier.

George David Perrot has been a suspect in these investigations for quite some time and as a result of his arrest, oral and written statements were made by him and with his (Perrot's) voluntary consent, a lineup was conducted on December 7, 1985. Approximately 4:30 p.m., Mae Marchand, Mary Prekop, Emily Lichwala and Joseph McNabb came to the police station to view this lineup. Before a separate viewing by each, all were advised not to discuss their incidents with each other and this was assured by the presence of a police officer being with them at all times. This lineup was coordinated by Assistant District Attorney Francis Bloom, Lt. Charles Arpin and Sgt. Thomas Kelly.

Prior to the lineup beginning, Perrot was advised that he could position himself anywhere he wished along with six other subjects. This lineup was conducted in the photography lab with a two way mirror and the subjects in the lineup called forward from left to right, (SEE ENCLOSED PHOTO). **Mr. Perrot chose the first position on the left.**

The following is a list of the subjects in the lineup and their status at the time it was conducted:

1. **George Perrot - prisoner**
2. **Kevin Wood - police officer**
3. **Thomas Kennedy - police officer**
4. **Alan Merrick - police officer**
5. **Edward Burnham - police officer**
6. **Albert Hamel - prisoner**
7. **Michael Reid - police officer**

It should be noted that each subject was asked to step forward separately, turn right, turn left, turn around and then face forward again. Each victim was also advised that they could have anyone of these individuals speak, but none chose to do so. The following is the result of this lineup:

Perrot Lineup Summary
Page 2

1. Mae Marchand – unable to identify anyone
2. Mary Prekop – unable to identify anyone
3. Emily Lichwala – unable to identify anyone
4. Joseph McNabb – positively identified #1 (remarks as #1 stepped forward – "This kid here, that's not the jacket. I don't have to look at anybody else, that's the guy".

It should be noted that earlier in the A.M. another jacket of Perrot's was siezed as evidence. Property tag #51437.

Detective John Scanlon