**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 27

CITY 004168

DA DISCOVERY PAGE: 418

SEROLOGICAL RESEARCH INSTITUTE
EAST COAST OFFICE
138 Great Road
Bedford, MA 01730
(617) 275-3855

# INVOICE #: 0100

DATE ENTERED: 31 December 1985

OUR REF: R'1259'85M

YOUR REF: Mary Prekop

INVOICE

Capt. John Brown, CPB
Springfield Police Department
130 Pearl Street
Springfield, MA 01103

Mass. Vendor Code: 042 867 103 000 1
Federal ID No. 04-2867103

| | |
|---|---|
| Analysis of SERI Sexual Assault Evidence Collection Kit: | $ 135.00 |
| Analysis of Suspect Blood Sample: | $ 380.00 |
| **TOTAL AMOUNT DUE** → | $ 515.00 |