**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 28




Seen By off Murphy in Stop & Shop buying a pair of gardening gloves. acted suspiciously

| | |
|---|---|
| ...F MONEY ...ESTED | $40.25. |
| 15 | PROPERTY BAG NO. 43 15. |
| FINGERPRINTS 46 TAKEN | 1 YES 2 NO |
| ...RPRINT ...IFICATION | D / N |

| EYE COLOR | 59 EYE DEFECTS |
|---|---|
| 5 GREEN | LEFT RIGHT |
| 6 MAROON | 1 CAST 2 |
| 7 BLACK | 3 BLIND 4 |
| 8 DIFF. COLORS | 5 MISSING 6 |
| | 7 ARTIFICIAL 8 |
| | 9 GLASSES-ALWAYS |
| | 0 GLASSES-OCCASIONALLY |

DEXTERITY
...HANDED
2 RIGHT-HANDED
3 AMBIDEXTROUS

4 HEAVY (MUSCULAR) | 1 YES | 2 NO | 1 YES | 2 NO

| 60 COMPLEXION | | 61 TEETH | | 62 SCARS – MARKS | 63 AMPUTATIONS | 64 TATOOS | 65 DRESS |
|---|---|---|---|---|---|---|---|
| 1 SALLOW | NEGRO 7 LGT. BROWN | 1 FALSE | 6 IRREGULAR | LEFT RIGHT | LEFT RIGHT | LEFT RIGHT | 1 NEAT |
| 2 LIGHT/FAIR | NEGRO 8 DRK. BROWN | VISIBLY 2 MISSING | 7 STAINED | 1 FACE 2 | 1 EAR 2 | 1 ARM 2 | 2 WELL-DRESSED |
| 3 DARK | NEGRO 9 DRK. BLACK | GOLD 3 MISSING | 8 DECAYED | 3 NECK 4 | 3 ARM 4 | 3 FINGERS 4 | 3 FLASHY |
| 4 RUDDY | | PROTRUDING 4 UPPER | 9 GOOD | 5 HAND-ARM 6 | 5 LEG 6 | 5 HAND 6 | 4 ROUGH |
| 5 FRECKLED | | PROTRUDING 5 LOWER | | 7 EAR 8 | 7 HAND 8 | 7 LEG 8 | 5 UNIFORM |
| 6 POCKMARKED | | | | 9 BROKEN-NOSE | 9 FINGER 0 | 9 CHEST | 6 WORK CLOTHES |
| | | | | 0 OTHER | 1 – 2 – 3 – 4 – 5 | 0 OTHER | |

ADDL. DESCRIPTION 66 REMARKS

UPDATED
No Hit

Seen By off Murphy in Stop & Shop buying a pair of gardening gloves. acted suspiciously


POLICE DEPT.
SPFLD. MASS.
POLICE DEPT.
SPFLD. MASS.

```
CJIS 66601 717 12/04/85 2219 S5154/154.
TRP
**** CJIS DISPLAY FOR LSPR01  ON 12/04/85  22:19 EST
QUERY # 000066601           MSG ID = Z3.6601
  LIC/817IZX.


             QUERY FORWARDED TO DRIVES


CJIS 66616 718 12/04/85 2219 S5154/752.
               A LEAPS UNSOLICITED ADMIN      MESSAGE
          FOR    : LSPR01              DATE: 120485   TIME: 2219
          ACTION : DRIVES QRY RESPONSE
          SENT BY: MARMV0000


STATUS ACTIVE
REG 817IZX  EFF 08/20/85  EXP 07/87  INS 455
GEAGAN WILLIAM L
831 SUMNER AVE  SPRINGFIELD  01108
1971 DODGE DART  BLUE  2DR COUPE
VID LH23C1R258084  TITLE Z186863   5 PASS 6CL GASOLINE  AUTOMATIC.>-<
```

DA DISCOVERY

PAGE: 478

CITY OF SPRINGFIELD, MASSACHUSETTS
POLICE DEPARTMENT

R S

PRINT OR TYPE ALL ENTRIES — IDENTIFICATION AND ARREST REGISTER PART 1

RECORDS COMPLETED

| Field | Entry |
|---|---|
| 1 DATE (MO DA YR) | 05 05 81 |
| 2 TIME (HR MN) | 07 20 — (1 A.M.) circled |
| 3 IDENT. NUMBER | 17107 |
| 4 COMPLAINT NUMBER | |
| 5 NAME (LAST, FIRST, MIDDLE) | Geagan, William L. |
| 6 SOCIAL SECURITY NO. | 014.46.6770 |
| 7 ADDRESS (7A NUMBER AND STREET, 7B CITY, 7C STATE) | 71 Methuen St, Spfld. |
| 8 ALIAS/MAIDEN NAME | |
| 9 NICKNAME | |
| 10 D.O.B. | 032854 |
| 11 AGE IN YEARS | 26 |
| 12 BIRTHPLACE (CITY, STATE/COUNTRY) | Spfld - |
| 13 MARITAL STATUS | (1 SINGLE) 2 MARRIED 3 DIVORCED 4 SEPARATED |
| 14 NAME OF SPOUSE | |
| 15 FATHER'S NAME | Patrick |
| 16 MOTHER'S MAIDEN NAME | Small |
| 17 PRISONER'S OCCUPATION | Painter |
| 18 EMPLOYER | Letendre |
| 19 NON-CRIMINAL APPLICATION | 1 TAXI 2 GUN PERMIT 3 ALIEN 4 GOVERNMENT 5 SECURITY CHECK 6 OTHER |
| 20 WARNING OF RIGHTS GIVEN | 1 YES 2 NO |
| 21 WAIVER OF RIGHTS | 1 YES 2 NO |
| 22 STATEMENT GIVEN AFTER WAIVER | 1 YES 2 NO |
| 23 REQUEST FOR COUNSEL | 1 YES 2 NO |
| 24 TELEPHONE USED | 1 YES (2 NO) |

| 25 CRIMINAL CHARGE | 26 CHARGE CODE |
|---|---|
| A Warr. 81-2935 A+B | A 4 1 7 2 |
| B Warr. 81-2936 Threat Bodily Harm | B 4 1 3 1 |
| C | C |
| D | D |

| Field | Entry |
|---|---|
| 27 PLACE OF ARREST | 130 Pearl St |
| 28 DIST | |
| 29 | |
| 30 | |
| 31 ACCOMPLICES (31A, 31B) | |
| 32A / 32B | |
| 33 ARRESTING OFFICER | Jacobson. |
| 34 | 34374 |
| 35 REMARKS - | |
| 36 BOOKING OFFICER | Sgt R. Crafts |
| 37 | |
| 38 SEARCHING OFFICER | C Piper |
| 39 | |
| AMOUNT OF MONEY WHEN ARRESTED | $40.25 |
| 40 IDENTIFICATION OFFICER | |
| 41 | |
| 42 CELL NO. | 15 |
| 43 PROPERTY BAG NO. | 15. |

New Photo ONLY

DESCRIPTION CODING

| Field | Entry |
|---|---|
| 44 PHOTO NUMBER | |
| 45 F.B.I. NUMBER | |
| 46 FINGERPRINTS TAKEN | 1 YES 2 NO |
| 47 SEX | (1 MALE) 2 FEMALE |
| 48 RACE/COLOR | (1 WHITE) 2 NEGRO 3 P.R. 4 OTHER |
| 49 FINGERPRINT CLASSIFICATION | D / N |
| 50 HEIGHT INCHES | 74 |
| 51 WEIGHT LBS. | 170 |
| 52 BUILD | (1 SLENDER) 2 MEDIUM 3 HEAVY (FAT) 4 HEAVY (MUSCULAR) |
| 53 HAIR COLOR | 1 BLONDE 2 RED (3 BROWN) 4 BLACK 5 GREY 6 GREY-BLND 7 GREY-RED 8 GREY-BRN 9 GREY-BLK |
| 54 HAIR TYPE | 1 BALD 2 PARTIALLY BALD (3 LONG) (4 CURLY) 5 STRAIGHT 6 NEAT 7 MATTED 8 BUSHY 9 SHORT CUT 0 WIG |
| 55 MUSTACHE | (1 YES) 2 NO |
| 56 BEARD | 1 YES (2 NO) |
| 57 EYE COLOR | 1 BLUE 2 GREY 3 HAZEL (4 BROWN) 5 GREEN 6 MAROON 7 BLACK 8 DIFF. COLORS |
| 58 DEXTERITY | 1 LEFT-HANDED (2 RIGHT-HANDED) 3 AMBIDEXTROUS |
| 59 EYE DEFECTS (LEFT / RIGHT) | 1 CAST 2; 3 BLIND 4; 5 MISSING 6; 7 ARTIFICIAL 8; 9 GLASSES-ALWAYS; 0 GLASSES-OCCASIONALLY |
| 60 COMPLEXION | 1 SALLOW (2 LIGHT/FAIR) 3 DARK 4 RUDDY 5 FRECKLED 6 POCKMARKED; NEGRO 7 LGT. BROWN; NEGRO 8 DRK. BROWN; NEGRO 9 DRK. BLACK |
| 61 TEETH | 1 FALSE VISIBLY 2 MISSING GOLD 3 MISSING PROTRUDING 4 UPPER PROTRUDING 5 LOWER 6 IRREGULAR 7 STAINED 8 DECAYED (9 GOOD) |
| 62 SCARS – MARKS (LEFT / RIGHT) | 1 FACE 2; 3 NECK 4; 5 HAND-ARM 6; 7 EAR 8; 9 BROKEN-NOSE; 0 OTHER |
| 63 AMPUTATIONS (LEFT / RIGHT) | 1 EAR 2; 3 ARM 4; 5 LEG 6; 7 HAND 8; 9 FINGER 0; 1-2-3-4-5 |
| 64 TATOOS (LEFT / RIGHT) | 1 ARM 2; 3 FINGERS 4; 5 HAND 6; 7 LEG 8; 9 CHEST; 0 OTHER |
| 65 DRESS | (1 NEAT) 2 WELL-DRESSED 3 FLASHY 4 ROUGH 5 UNIFORM 6 WORK CLOTHES |
| 66 ADDL. DESCRIPTION REMARKS | UPDATED No Hit |