**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 29

Capt. Stelzer, 09/22/85

Re the Marchand B&E/Rape (Comp. #155012).

The initial investigation by Officers T. Jarvis and B. Mulvagh determined that victim had hired 2 WM youths to do some painting around the house on the Tuesday prior to the incident. One of the youths was identified by the officers as George D. Perrot, 17 yrs. of 87 Malibu Dr. Perrot has an extensive file with our department.

On the evening of Sept. 21, the victim's grandson, Richard Croughwell apparently contacted Perrot by phone and impressed him enough that Perrot called the D.B. about 7:00 PM. Perrot agreed to come in and talk to us. Officers McFarlin and Kennedy transported him and his girlfriend, Lisa Eldridge, 16 yrs. of 116 Corey Rd. to the D.B. office. Both gave statements concerning their activities on the evening of Sept. 20 and early morning of Sept. 21. Perrot and Eldridge told us they were with Robert J. Timmerman, 20 yrs. of 26 Telbar St. and Jeffrey Adkins, 20 yrs. of 119 Malibu Dr. for most of the night. Perrot also named Adkins as the second person who did some work around the victim's house on Sept. 17.

Adkins was contacted at home and agreed to come in and speak to us. McFarlin and Kennedy transported him to the D.B. office where his statement was reduced to writing. It was apparent from the interview with Adkins that there were discrepancy's in his statement and the ones from Perrot and Eldridge, but Adkins stuck to his story.

Timmerman was contacted at home and agreed to come in and speak to us. McFarlin and Kennedy transported him to the D.B. office. Timmerman was near panic during the interview. He lost his color, was visibly shaking and at times could hardly speak. In addition, many of the details he provided us of his activities during the previous night were inconsistent with the statements of Adkins and Perrot. He stuck, basically to his story, however.

Nancy and Mark Wescott told us that Perrot came home about 12:30 AM, Sept. 21. Perrot lives with them at 87 Malibu Dr. Jeff Adkin's father gave us the same story about his son- came home about 12:30 AM.

The four were transported to their homes at the completion of their interviews.

About 10:00 PM, Sept. 21, Officers R. Fleury, J. Reigner and I went to the victim's home at 26 Pineview Dr. We observed the broken glass in a kitchen window off the breezeway where entrance was gained and also [redacted] While we were looking at the house, victim's grandson, Richard Croughwell arrived and allowed us entrance to the house. We learned that Croughwell had not stayed in the house for about a month and that his grandmother sometime used his room when he was away. We observed bloodstains, hair samples, dirt and debris on the pillows and sheet and secured them (sheet and 2 pillows) for evidence, pending an interview with the victim. She's out of town and Croughwell did not know which bed she was in when attacked.

All the officers who interviewed Timmerman, Adkins and Perrot feel they are involved in the rape. Timmerman seems the most culpable. He fits the description given by the victim and was the most nervous during the interview.

Sgt. A. Canevari