**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 32

CITY 004718

PAGE: 426

DA DISCOVERY

DATE 12/10/85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ______ 49497

**TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY**

CIRCLE ONE STOLEN EVIDENCE PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE Y N SEARCH WARRANT Y N PHOTOS TAKEN Y N

PERSON(S) ARRESTED George Perrot

D.O.B. ______ I.D. # ______

CHARGES Agg Rape - Buggery

ITEM 2 Tubes of Blood VALUE ______

MAKE ______ SERIAL # ______ MODEL ______

OWNER/VICTIM ______

ADDRESS ______ TELE. # ______

PROPERTY FOUND AT/IN Taken at York St. Jail By T. Abdalle

IF PAWNED, BY WHO ______ WHERE ______

OFFICER SUBMITTING PROPERTY R. Krawe BADGE # 127

**REMARKS:** ~~[illegible]~~ Blood samples for FRT's
~~[illegible]~~

**FOR PROPERTY DIV. USE**

OFFICER RECEIVING PROPERTY [signature] 12/11/85

LOCATION WHERE STORED

RM. # CB 85 SHELF RPE

FINAL DISPOSITION OF PROPERTY:

TURNED OVER TO: ______

ADDRESS: ______

TELE. # ______

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP. ______

DATE ______

OFFICER'S COPY

DATE 12/10/85

**SPRINGFIELD POLICE DEPT.**
**PROPERTY RECEIPT**

INITIAL ______ 49499

**TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY**

CIRCLE ONE STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE (Y) N SEARCH WARRANT Y N PHOTOS TAKEN Y N

PERSON(S) ARRESTED George Perrot

D.O.B. ______ I.D. # ______

CHARGES Agg. Rape - Burglary

ITEM 1 Tube of Blood VALUE ______

MAKE ______ SERIAL # ______ MODEL ______

OWNER/VICTIM ______

ADDRESS ______ TELE. # ______

PROPERTY FOUND AT/IN Taken at York St Jail By T Abendik

IF PAWNED, BY WHO ______ WHERE ______

OFFICER SUBMITTING PROPERTY [illegible] BADGE # ______

**REMARKS:** Blood Samples For John Cope ADA [illegible]

**FOR PROPERTY DIV. USE**

OFFICER RECEIVING PROPERTY [signature] 12/11/85

LOCATION WHERE STORED

RM # CB 85 SHELF R/C

FINAL DISPOSITION OF PROPERTY:

TURNED OVER TO: ______

ADDRESS: ______

TELE. # ______

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP. ______

DATE ______

OFFICER'S COPY

MARY PREKOP – 11/30/85
GEORGE PERROT (DEFENDANT)

SERI
Serological Research Institute
1450 53rd Street
Emeryville, CA 94608
(415) 654-SERI
(415) 654-4003

SERI CASE NO. R 1259 85 M

AGENCY CASE NO. Mary Prekop 11/30/

PAGE ___ OF ___

EVIDENCE RECEIPT AND STORAGE

SUBMITTING AGENCY SPRINGFIELD POLICE DEPARTMENT (CPB) PHONE (413) 787-6393

ADDRESS 130 Pearl Street CITY Springfield STATE MA ZIP 01103

SUBMITTER Capt. John Brown

| ITEM | DESCRIPTION | LOCATION |
|---|---|---|
| #1 | SERI Sexual Assault Evidence Collection kit | |
| 1a | Blood Sample | |
| 1b | Vaginal Swabs | |
| 1c | Slides | |
| 1d | Pulled Head Hairs | |
| 1e | Pulled Pubic Hairs | |
| 1f | Head Hair Combing | |
| 1g | Pubic Hair Combing | |
| 1h | Dry Blood Sample | |
| 1i | Saliva Sample | |
| #2 | Blood Sample – George Perrot | |

Imp → Head hairs given To FBI by Kennedy CAme From above!

RECEIPT ITEMS #1+2 FROM [signature] BY [signature] DATE 11/12/85

ITEMS ___ FROM ___ BY ___ DATE ___

DISPOSAL ITEMS ___ TO ___ BY ___ DATE ___

ITEMS ___ TO ___ BY ___ DATE ___