**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 33

Springfield Police Department
Crime Prevention Bureau
Springfield, Ma. 01101
Jan. 2, 1986

Director
Federal Bureau of Investigation
10th St. and Penn. Ave. N.W.
Washington, D. C., 20535

ATTN: FBI LABORATORY

Dear Sir,

Re: George Perrot, suspect
Mae Marchand, victim FBI # 51007043
Emily Lichwala, victim FBI # 51112044
Mary Prekop, victim (sent 12-19-85)
Rape/Burglary

I am sending by registered mail a package containing the following evidence.

1. 2 ea blood samples
2. 1 ea saliva sample on filter paper
3. 1 ea control sample filter paper

The above samples should be examined and matched with items from the following cases FBI # 51007043 Mae Marchand, FBI # 51112044 Emily Lichwala and Mary Prekop, unk FBI # which was sent 12-19-85 to you.

This evidence, which should be returned to us, has not previously been examined by any other expert.

Very Truly Yours,

Captain John J Brown

John J Brown
CPT. Crime Prevention Bureau

12/7/85

Capt Stelzer/ Capt Brown.

Sir:

The following item(s) were packaged by me this date for transmital to the FBI lab in Washington.

Prop # 49452 Pink pillow case.

Prop # 49452 Flowered bedsheet.

These items are to be examined for hairs, fibers, and fluid samples conected with a rapè investigati on 27 Malibu Dr.

Prop # 49492 1 Pr. Knitted gloves.

To be tested for human blood, and if possible blood type,.

If latent print examination is desired on the sheet and pillow case, it should be requestd also on the cover letter sent along with these items.

Companion case involving George Perrot, Jeffrey Atkins, and Robert Timmerman, from Pinevie Dr.
FBI file #51007043 S WK WM
Lab Tech Mr E.L.Burwitz
(202)324-4344

Sgt.D.Loudon