**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 34

7-1a (Rev. 4-26-78)

# REPORT
## of the
## FBI LABORATORY

FEDERAL BUREAU OF INVESTIGATION
WASHINGTON, D. C. 20535

To: Chief of Police
Springfield, Massachusetts 01101

January 23, 1986

Attention: Captain John J. Brown
Crime Prevention Bureau

FBI FILE NO. 95-269368

LAB. NO. 60103042 S WM

YOUR NO.

Re: GEORGE PERROT - SUSPECT;
MAE MARCHAND, EMILY LIGHWALA
AND MARY PREKOP - VICTIM;
RAPE/BURGLARY

Examination requested by: Addressee

Reference: Letter dated January 2, 1986

Examination requested: Chemical Analyses

Specimens:

K4 Blood sample from suspect (1)

K5 Saliva sample from suspect (2)

ALSO SUBMITTED:

Filter paper control (3)

Result of examination:

The K4 blood sample was grouped as "O, PGM sub 1+, ESD 1, PEP A 1, G6PD A, Le(a+b-)(nonsecretor)."

The submitted items will be returned to you under separate cover by registered mail.

This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.