**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 35

CITY 003731

01355

TO BE FILLED OUT BY OFFICER SUBMITTING PROPERTY

CIRCLE ONE STOLEN (EVIDENCE) PAWNED LOST/FOUND OTHER

CIRCLE ONE ARREST MADE (Y) N SEARCH WARRANT Y (N) PHOTOS TAKEN Y (N)

PERSON(S) ARRESTED George Perrot

D.O.B. I.D. #

CHARGES Ag. Rape

ITEM 2 Vials of Blood VALUE

MAKE SERIAL # MODEL

OWNER/VICTIM George Perrot

ADDRESS TELE. #

PROPERTY FOUND AT/IN 50 State St.

PAWNED, BY WHO WHERE

OFFICER SUBMITTING PROPERTY T. Kennedy BADGE # 258

REMARKS: Above taken by Terry Abendale this date taken to FBI Washington also 2 Rape Kits #85-67 + 85-117 also slides #512260 + samples #512260

FOR PROPERTY DIV. USE

OFFICER RECEIVING PROPERTY BL 3/31/87

LOCATION WHERE STORED

RM. Closet SHELF Rape

FINAL DISPOSITION OF PROPERTY: Evid

TURNED OVER TO:

ADDRESS:

TELE. #

JUNKED-DESTROYED-AUCTION

OFFICER MAKING FINAL DISP.

DATE:

PROPERTY TAG

DA DISCOVERY