**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 36

4-1

K11-K12

**Commonwealth of Massachusetts**
**County of Hampden**
**Hall of Justice**
**50 State Street**
**Springfield, Massachusetts 01103**

70401051

MATTHEW J. RYAN, JR.
DISTRICT ATTORNEY

OFFICE OF THE DISTRICT ATTORNEY

TEL. 413-781-8100
EXT. 3009

April 1, 1987

3-13-86

[redacted]

Francis W. Bloom

☐ Will Pick Up

☐ Mail Back

Federal Bureau of Investigation
Evidence Control

To Whom it may concern:

On April 1, 1987 Detective Thomas Kennedy and I turned over to the F.B.I. the following list of evidence, two vials of blood taken from the suspect in the case of George Perrot, hair samples taken from the victim Mary Prekop, blood samples taken from the victim Mary Prekop, and finally hair samples taken from the scene of the crime, along with the slides the hair and fiber division made during the course of examining these hair samples and previously comparing these samples with those submitted of the defendant George Perrot.

Earlier this week I talked to both Bill Eubanks of your Serology Department and Ed Burwitz of the hair and fiber Department. Both Mr. Eubanks and Wayne Oaks have previously performed analysis in this case.

I explained to both gentleman that (see the attached reports) previously hairs from the scene of the crime were compared to the hairs submitted of the defendant. I would like the hair and fiber section to now compare the two hairs found suitable for comparative analysis to hairs submitted of Mary Prekop.

In reference to Serology, human blood was found on two items taken from the scene. They were compared to a sample of Perrot's blood. Mr. Eubanks suggested that the sample was insufficient in order to group the blood further. We have provided two new vials so this can be done. We have also provided samples of the victims blood for comparative analysis by Mr. Eubanks. Thank you for your cooperation.

ORIGINAL
Copy & Specs Detached

INDEX EBC

Compare victim's head hair sample w/ ... Q3-Q4 received (11/30/85)
4/25

Please return all evidence upon completion to :
The Springfield Police Department
C/O The Crime Prevention Unit
Attention: Detective Kevin Burnham
130 Pearl Street
Springfield, MA 01105

Sincerely,

Francis W. Bloom

Francis W. Bloom
Assistant District Attorney