**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 37

REPORT
of the
FBI LABORATORY

# FEDERAL BUREAU OF INVESTIGATION
# WASHINGTON, D. C. 20535

To: Office of the District Attorney
Hall of Justice
50 State Street
Springfield, Massachusetts 01103

Attention: Mr. Francis W. Bloom
Assistant District
Attorney

August 4, 1987

FBI FILE NO. 95-269779

LAB. NO. 70401051 S WM WK
70505033 S WM

YOUR NO.

Re: GEORGE PERROT - SUSPECT;
MARY PREKOP - VICTIM;
RAPE/BURGLARY

Examination requested by: Addressee

Reference: Letters dated April 1, 1987 and May 4, 1987

Examination requested: Serological Analysis - Hairs and Fibers

Specimens personally delivered by Mr. Francis W. Bloom on April 1, 1987, under cover of letter dated April 1, 1987 (70401051 S WM WK):

K11 Blood sample from PERROT

K12 Head hair sample from PREKOP

ALSO SUBMITTED:

Two rape kits

RESUBMITTED FROM FBI LABORATORY NUMBER 51226011 S WK WM:

Slides

1 - Chief of Police
130 Pearl Street
Springfield, Massachusetts 01105

Attention: Mr. Kevin Burnham
Detective
The Crime Prevention Unit



This examination has been made with the understanding that the evidence is connected with an official investigation of a criminal matter and that the Laboratory report will be used for official purposes only, related to the investigation or a subsequent criminal prosecution. Authorization cannot be granted for the use of the Laboratory report in connection with a civil proceeding.

Specimen received May 5, 1987, under cover of letter dated May 4, 1987 (70505033 S WM):

K13 Blood sample from PREKOP

Result of examination:

The known blood samples were grouped as follows:

Blood K11 (PERROT) "PGMsub 1+, EAP BA, Hp 2-1, Gc 1, Tf C"

HEAD HAIR K12 (PREKOP) "O, PGMsub 1+, EAP B, Hp 2, Tf CB, Le(a-b+)(secretor)" 13

The head hairs present in specimen K12 are microscopically dissimilar to the hair previously found in the debris removed from specimens Q3 and Q4 (FBI Laboratory number 51226011 S WK WM) and identified in a report dated May 13, 1986, as exhibiting the same microscopic characteristics as the K6 known hairs of GEORGE PERROT (FBI Laboratory number 60124053 S WZ UK). Accordingly, based on the K12 head hair sample, this hair could not have originated from the victim, MARY A. PREKOP.

The submitted items will be returned under separate cover by registered mail.