**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 38

Statement taken from George David Perrot age 17 67 Malibu Drive Spfld (76-2693[illegible]

Statement taken by Det. Thomas Jarvis on Dec 7, 1985 at 12.40 P.M.

I returned home from work at about 5.00 P.M. Friday Dec 6, 1985. I work on construction. I called my girlfriend lisa Eldridge when I got home from work, and asked her if she was ready to go out. I then called Bob Timmeran and asked him to pick me up, ao that we could go out with the girls. Bob came over at about 6.00 P.M.friday night. We went over to pick up Lisa who lives at 116 Corey Rd. From their we went over to East Long to pick up her friend Debbie,I am not sure of her last Name. We picked up a case of Bud at the Spfld Package St. at Allen and Cooley. Then we went driveing around the city drinkin beer and smokeing marijuana. We then made two trips up to Dickinson St.were we bought one half gram of coke on two occasions. Then we went over to Bobs house and did a couple of lines of coke. Then we went over to my house and did a couple of lines of coke. Then we went over to the package store an bought another six pack of Bud. It was getting late so we dropped lisa off at her house and then dropped Debbi[illegible], in East Long.

This was about 12.15a.m.Saturday Morning.Bob dropped me off at my house. I walked up to Dennys Rest. at Allen and cooley St.I went inside and had a coffee. After I finished my coffee,I walked outside and noticed two girls walking from the parking lot towards Dennys. one of the girls had her pocketbook dangling. I ran over and grabbed the pocketboob,and ran across Cooley St towards my house on Malibe Dr.I went into my house and went into my bedroom.I checked the pocketbook for moneyand only saw a little more than a dollar in change. I left the pocketbook in my room. I then left the house and started walking up Malibu,I walked over two streets to Ellendale st.I walked up to a house I dont know the number and saw a broken broom handle in the carport. I kicked the front door in and started to walk around what i thought was the dining room. I had the broom handle in front of me so I would not bump into anything. I started to hear a lot of voices,I got scared and ran out the front door. The reason I broke into the house was to get money for drugs. I ran back home,and the police were their.

Statement given by George David Perrot

+ George Perrot

Statement taken by Det Thomas Jarvis Dec7,1985

Thomas Jarvis
---------------------------------------