**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 39

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name, if any, is to the Jurors aforesaid unknown,

of Unknown, in the County of Hampden aforesaid,

on ~~the~~ or about the twenty-first day of September in the year of our Lord one thousand nine hundred and eighty-five

at Springfield, in the County of Hampden aforesaid,

being armed with a dangerous weapon, to wit,

did enter the dwelling house of one MAE MARCHAND

and while therein, did assault one MAE MARCHAND

with the intent to commit a felony, in violation of section eighteen A of Chapter two hundred sixty-five of the General Laws of Massachusetts, as amended.

A True Bill: 86 17 110

Foreman.

Asst. District Attorney for the Western District

PERROT, GEORGE

DA DISCOVERY

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name, if any, is to the Jurors aforesaid unknown, of Unknown, in the County of Hampden aforesaid, on ~~the~~ or about the twenty-first day of September in the year of our Lord one thousand nine hundred and eighty-five at Springfield, in the County of Hampden aforesaid,

being armed with a dangerous weapon, to wit, did enter the dwelling house of one MAE MARCHAND and while therein, did assault one MAE MARCHAND with the intent to commit a felony, in violation of section eighteen A of Chapter two hundred sixty-five of the General Laws of Massachusetts, as amended.

A True Bill: 86 171 10

Foreman.

Asst. District Attorney for the Western District

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name, if any, is to the Jurors aforesaid unknown,

of Unknown, in the County of Hampden aforesaid,

on the or about the twenty-first day of September

in the year of our Lord one thousand nine hundred and eighty-five

at Springfield, in the County of Hampden aforesaid,

did break and enter during the night time into the dwelling of MAE MARCHAND with intent to commit a felony, and while being so entered therein did make an actual assault on the said MAE MARCHAND a lawful occupant therein, in violation of section fourteen of Chapter two hundred sixty-six of the Massachusetts General Laws, as amended.

A True Bill: 86-1709

Foreman.

Asst. District Attorney for the Western District

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name, if any, is to the Jurors aforesaid unknown,

of Unknown, in the County of Hampden aforesaid,

on ~~the~~ or about the twenty-first day of September

in the year of our Lord one thousand nine hundred and eighty-five

at SPringfield, in the County of Hampden aforesaid,

that GEORGE PERROT

did assault MAE MARCHAND

with intent to commit aggravated rape; and did commit

aggravated rape upon said MAE MARCHAND

A True Bill: [signature]

Foreman.

Asst. District Attorney for the Western District

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name , if any, is to the Jurors aforesaid unknown, of Unknown , in the County of Hampden aforesaid, on ~~the~~ or about the twenty-first day of September in the year of our Lord one thousand nine hundred and eighty-five at SPringfield , in the County of Hampden aforesaid,

that GEORGE PERROT

did assault MAE MARCHAND

with intent to commit aggravated rape; and did commit aggravated rape upon said MAE MARCHAND

A True Bill: R. [illegible]

Foreman.

Asst. District Attorney for the Western District

# Commonwealth of Massachusetts

HAMPDEN, to wit:

At the Superior Court begun and Holden at Springfield, within and for the County of Hampden, for the transaction of criminal business, on the First Mon day of April in the year of our Lord one thousand nine hundred and eighty-six

The Jurors of said Commonwealth, on their Oath, present THAT

GEORGE PERROT

whose other or true name , if any, is to the Jurors aforesaid unknown, of Unknown, in the County of Hampden aforesaid, on ~~the~~ or about the twenty-first day of September in the year of our Lord one thousand nine hundred and eighty-five at Springfield, in the County of Hampden aforesaid,

did by force and violence or by assault and putting in fear, rob, steal or take from the person of MAE MARCHAND or from his/her immediate control MONEY

A True Bill: 86 1711

Foreman.

Asst. District Attorney for the Western District