**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 40

Oct. 30, 1985

Capt. Brown:

Att. to serve 209A on Kenny Coleman, 79 Switzer, np ans.

Responded to the Dairy Mart, at Armory & Carew and took a VCR tape from the mgr. of a wand waver who was in lastnight about midnight, and apparently didn't know he was being captured for posterity on film. We don't have apositive ID yet from the victim, Judy Titso, but the film is great, and it lokks just like Mark Charland, ID# 26601. Tape tagged, # 49358. Judy will be in tommorrow for a statement and ID.

Went to the Somers Prison and spoke with asst. warden, Frank Crose in re to obtaining a print card on John P. Roy, 4-2-55, SS# 022487829, 73 E. Circle Dr., E. Long., who is employed as a guard there. This is the subject that C. McKenzie stopped to questioj in re to the Emily Lichwala rape. (Special in folder) He couldn't give any explanation for being in that area at that time. It seems no print card was kapt at the prison on this subj., but with a few phone calls to the state police, the warden was able to caome up with prints on file for his FID card. They will be mailed to the warden, who will forward them to us.

DeRosier-Kane
Car 77