**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

# EXHIBIT 42

ACODC NO. 30

# Commonwealth of Massachusetts

............................, ss. .............................................. Court

(Search Warrant)

TO THE SHERIFFS OF OUR SEVERAL COUNTIES, OR THEIR DEPUTIES, ANY STATE POLICE OFFICER, OR ANY CONSTABLE OR POLICE OFFICER OF ANY CITY OR TOWN, WITHIN OUR SAID COMMONWEALTH:

Proof by affidavit having been made this day before me, Robert E. Fein
(Name of person issuing warrant)

by Ronald St. Germain
(Name of person or persons signing affidavit)

*that there is probable cause for believing that certain property has been stolen, ~~embezzled, or obtained by false pretences~~ — certain property is intended for use or has been used as the means of committing a crime — certain property has been concealed to prevent a crime from being discovered — certain property is unlawfully possessed or kept or concealed for an unlawful purpose.

WE THEREFORE COMMAND YOU in the daytime ~~(or at any time of the day or night)~~ to make an immediate search of # 87 Malibu Dr., Springfield, a one story wood frame dwelling, cellar and attic occupied (Identify premises) by Mark Westcott,

and (occupied by Nancy Westcott and George Perrott) and of the person of
(Name of occupant)

.............................................................., and of any person present who may
(Name of person)

be found to have such property in his possession or under his control or to whom such property may have been delivered, for the following property:

stolen property, to wit, twenty dollar bill and an American Express Card # 3710 779857 62003
(Description of property)

and if you find any such property or any part thereof to bring it and the persons in whose possession it is found before the Springfield Division
(Name of Court)

at Springfield
(Court location)

in said County and Commonwealth, as soon as it has been served and in any event not later than seven days of issuance thereof. (Officer to make return on reverse side)

Witness, William T. Walsh, Esquire/ First Justice, at

Springfield

aforesaid, this 7th day of December

in the year of our Lord one thousand nine hundred and eighty five

*Strike inapplicable clauses

Robert E. Fein

~~Justice~~
Clerk
~~Assistant Clerk~~

G.L. c. 276, ss. 1 to 7; St. 1964, c. 557

APPROVED BY TH... F JUSTICE OF THE DISTRICT COURTS

FORM 1881 HOBBS & WARREN, INC.

19 No.

Court

COMMONWEALTH

VS.

SEARCH WARRANT AND RETURN

G.L. c. 276, ss. 1 to 7

(St. 1964, c. 557)

DA DISCOVERY

PAGE: 183

RETURN OF OFFICER SERVING SEARCH WARRANT

I received this search warrant DECEMBER, 7, 1985, and have executed it as follows:

On DECEMBER 7, 1985 at 9:00 o'clock A M., I searched the premises described in the warrant — also ______, named in the warrant, and ______.

The following is an inventory of the property taken pursuant to the warrant:

FOUR TWENTY DOLLAR BILLS.
#A97298775A, #F51895694B, #L82437454A & #E02778800A

This inventory was made in the presence of SGT. THOMAS KELLY and SGT. ANDREW CANEWARI.

I swear that this inventory is a true and detailed account of all the property taken by me on the warrant.

______

Subscribed and sworn to before me this ______ day of ______, 19___.

______
Notary Public
Clerk
Assistant Clerk

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT DEC. 7, 1985

Our names are Oficers Thomas A. Trites and Ronald St. Germain. We are Springfield police officers. Officer St. Germain has been a police officer for 6 years and is presently assigned to the Crime Prevention Bureau. Officer Trites has been a police officer for 4 years and is presently assigned to the Detective Bureau.

About 2:30 AM this morning an assault and robbery occurred at Denny's Restaurant, 320 Cooley St. in Springfield. Sheileen Sapelli, 25 years of 31 Ft. Pleasant Ave. in Springfield reported to responding officers that a white male grabbed her blue purse containing a $20 bill, a small amount of change, personal items and American Express card #3710 779857 62003 and fled across Cooley St. into the driveway of 329 Cooley St., then disappeared into the back yards. Officer James Murphy of the uniformed division spoke to the victim at the scene and made a search in the area of 329 Cooley St. for the assailant. The officer observed footprints in the snow of the driveway of that address that appeared fresh and were distinctive in nature. Based on the physical description of the assailant provided by Sapelli, Officer Murphy responded to the area of 87 Malibu Drive in Springfield, the home of George Perrot, 17 years. Murphy had prior experience with Perrot and felt that he was a suspect. When Murphy arrived on Malibu Drive he spoke to Ann Serafino, 28 years of 84 Brown Ave., Holyoke. She told Officer Murphy that she had been with Sheileen Sapelli when her purse was snatched and that she had chased the assailant from Denny's Restaurant and had lost him on Malibu Drive. Murphy went to 87 Malibu Drive and observed footprints in the snow in the driveway. The footprints appeared to be fresh and were consistent in size and pattern with the footprints Murphy had observed in the driveway of 329 Cooley St. earlier. Murphy requested a supervisor at the scene and Lt. Gerald Foley responded. The 2 officers observed the footprints from the driveway leading to the door of the house and a wet footprint on the threshold of the door. The officers contacted the occupant of the residence, Mark Westcott and informed him they had reason to believe George Perrot was inside the house and was responsible for an assault and robbery. Westcott, the owner of the residence, gave permission to the officers for a search of his house. George Perrott was arrested in his bedroom by Foley and Murphy. The blue purse taken from victim Sapelli earlier was recovered in his bedroom. The sneakers Perrot was wearing were consistent in size and pattern to the prints observed by Murphy earlier.

An inventory of the contents of Sapelli's purse at the police station revealed that 2 items were missing, namely a $20 bill and American Express Card #3710 779857 62003.

Perrot was interviewed at the police station by Sgt. Thomas Kelly of the Crime Prevention Bureau and admitted the $20 bill and the American Express card were still in the house at 87 Malibu Drive. He refused to reveal the specific location in the house, however.

Based on the aforementioned information, we have probable cause to believe that a $20 bill and American Express Card #3710 779857 62003, stolen from Sheileen Sapelli during an assault and robbery on Dec. 7, 1985 are now hidden at 87 Malibu Drive in Springfield, the residence of George Perrot, Mark Westcott and his wife, Nancy Westcott.

The building is a one-story, wood-framed dwelling, light blue in color located on the South side of Malibu Drive in Springfield. The house is designated "87".

Thomas A. Trites    Ronald St. Germain