**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 43

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| GEORGE PERROT,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS KELLY, THOMAS JARVIS, RICHARD KANE, CHARLES ARPIN, JOHN SCANLON, DAVID LOUDEN, THOMAS KENNEDY, CHIEF ERNEST STELZER, MARIANNE POPKO, PAUL GLANTZ, RONALD ST. GERMAIN, ANDREW CANEVARI, CHERYL CLAPPROOD, CAPTAIN JOHN BROWN, UNKNOWN OFFICERS OF THE SPRINGFIELD POLICE DEPARTMENT, the CITY OF SPRINGFIELD, MASSACHUSETTS, FRANCIS BLOOM,<br><br>Defendants. | Case No. 18-cv-10147<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF JEFFREY ADKINS**

I, Jeffrey Adkins, declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct:

1. I am 58 years old.

2. I have resided in Springfield, Massachusetts for the majority of my life.

3. In 1985, I was 20 years old and occasionally hung out with George Perrot.

4. On September 21, 1985, two Springfield Police detectives came to my house and asked me to go to the police station to answer questions about what I was doing the previous night, which I agreed to do.

5. During that meeting, I told the police the truth to the best of my recollection.

6. After reviewing that statement, which is attached to this declaration as Exhibit A, I affirm that everything in ¶2 of that report is correct to the best of my knowledge and memory.

7. Before George Perrot was convicted in 1987, I was interviewed by Springfield Police on several occasions at the police stations.

8. In 1987, Francis Bloom interrogated me about George Perrot and whether he was involved in a home invasion and rape in 1985.

9. During this interrogation, Bloom and several Springfield Police Officers, whose names I do not know, threatened me and verbally abused me.

10. On January 5, 1988, I took a polygraph examination during which I was questioned about the September 21, 1985 break in and assault of an elderly woman. I passed the polygraph examination.

11. I have no recollection of testifying in court on February 25, 1991 related to the second trial of George Perrot.

12. I have not communicated with George Perrot since his December 1985 arrest.

Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on:

May 16, 2024
DATE

Jeffrey Adkins (May 16, 2024 16:53 EDT)
DECLARANT

# DECLARATION OF JEFFREY ADKINS

Final Audit Report 2024-05-16

| | |
|---|---|
| Created: | 2024-05-13 |
| By: | Gianna Gizzi (gizzi@loevy.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAcINmTl95eWqKMk5Bq1Ier7sB8LGl-xwt |

## "DECLARATION OF JEFFREY ADKINS" History

Document created by Gianna Gizzi (gizzi@loevy.com)
2024-05-13 - 12:55:50 PM GMT

Document emailed to jeff0839@gmail.com for signature
2024-05-13 - 12:56:10 PM GMT

Email viewed by jeff0839@gmail.com
2024-05-16 - 8:51:32 PM GMT

Signer jeff0839@gmail.com entered name at signing as Jeffrey Adkins
2024-05-16 - 8:53:24 PM GMT

Document e-signed by Jeffrey Adkins (jeff0839@gmail.com)
Signature Date: 2024-05-16 - 8:53:26 PM GMT - Time Source: server

Agreement completed.
2024-05-16 - 8:53:26 PM GMT