**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| GEORGE PERROT, | ) | |
| | ) | Case No. 18-cv-10147 |
| Plaintiff, | ) | |
| | ) | Hon. Page Kelley |
| v. | ) | Magistrate Judge |
| | ) | |
| THOMAS KELLY, *et al*. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendants. | ) | |

---

# EXHIBIT 51

CITY 006224

Dec. 85 GJ Nolle Prosque

(85-5410) Arm burgl (McNabb) * 85-5423 - Arm rob
(85-5411) A+B w/dang weap (McNabb) (85-5424) NP Arm burgl
(85-5412) A+B w/dang weap (McNabb) * 85-5425 - Arm burgl
(85-5413) A+B w/dang weap (McNabb) 85-5426 - Unarm rob (Spagnoli)
85-5414 - Arm asslt dwell (McNabb) (85-5427) A+B on P.O. (Murphy)
* 85-5415 - Arm rob (Unarmed Robbery)
* 85-5416 - Indec A+B adult
* 85-5417 - A+B
* 85-5418 - Aggr rape
(85-5419) Arm asslt dwell
* 85-5420 - Arm burgl, Assault on Occupant
(85-5421) Arm asslt dwell
85-5422 - Ass It w/int rape (Directed Out)

Jury verdict 12/14/87

85-5415 (Unarmed Robbery) → (Guilty)
85-5416 (Indec A+B) → ( " " )
85-5417 (A+B) → ( " " )
85-5418 (Agg Rape) → ( " " )
85-5420 (Arm Burg) → ( " " )
85-5423 (Larceny) → ( " " )
85-5425 (Burglary) → ( " " )

Sentenced 12/15/87

85-5415 → [illegible]
5416 → 3-5
5417 → Dismiss
5418 → Life Imp
5420 → "
5423 → Dismiss
5425 → 15-20

85-5414 → 10-12 C.J.
85-5427 → 6-9 C.J.

DISPOSITION:
DATE: Feb 10, 1987 (12/14/87 Verdict)
JUDGE: Moriarety → Murphy
DA/ASST Bloom - Same
CLERK T Moriarety Dickson
DEF. ATTY. Hammersmith Same
PROB. OFFICER Sue Galvin R. Kidd
STENOGRAPHER Bob Philbrook J. Trentholme
RECOMMENDATION: Agreed Upon
10-12 C.J. on 85-5414 and 6-9 Concurrent on 85-5426

see Back Page!!!

...a of ...ilty 2/10/87 ...utely no ...l mention ...de at this ...e of cases ...l Revoked → ...ced stayed 11/30/87

85-5420 (Arm Burg) → (" ")
85-5423 (Larceny) → (" ")
85-5425 (Burglary) → (" ")

vell

Assault on Occupant

vell

Sentenced 12/15/87

85-5415 → 15-?
5416 → 3-5 ?
5417 → Dismissed
5418 → Life Imprisonment ON + after 5414
5420 → "
5423 → Dismissed
5425 → 15-20 MCI CI "

(Same as 5425) after 85-5414 + Con 5118

" concurrent

" "

ape (Directed Out)
5414 → 10-12 C.J
5427 → 6-9 C.J
10, 1987
12/14/87 Verdict

arety → Murphy
look → Same
Moriarety → Hickson
ammersmith → Same
Sue Galvin → R. Kidd
Bob Philbrook → J. Trentholme

see Back Page!!!

DATION: Agreed Upon
14 and 6-9 Concurrent

No. 153L
HASTINGS, MN
LOS ANGELES · CHICAGO · LOGAN, OH
MCGREGOR, TX · LEXINGTON, GA
U.S.A.



...e Co.
...iv.

600480 5-85

Somerville, MA 02143

PERROT, GEORGE +

Same as 5425)
...ter 85-5414 + Con 5118

...t after 5414
" concurrent

"

0159L

Perrot (F.B.I MATerial on 11/30/85)

Report 8/4/87 → Report BASED on Kennedy Delivery OF Blood Sample of Perrot (K 11) and Head HAIR Prekop (K 12), Also 2 Rape Kits (Prekop) and Resubmitted Slides (51226011 S-WK-WM) Delivered 4/1/87. (70401051 S-WM-WK) Also → Prekop blood Sample (K-13)

Com v Perrot November 30, 1985

85-5425[illegible] - Armed Burglary (Lichwala) [illegible] Burglary ✓
~~85-5422~~ - Assault w/int Rape (Lichwala) ✓✓✓ OK OUT
85-5423 - Armed Robbery (Lichwala) OK Larceny ✓
✓85-5416 - Indec A+B (M. Prekop) ✓
✓85-5417 - A+B (M. Prekop) ✓
✓85-5418 - Aggravated Rape (M. Prekop) ✓
✓85-5420 - Armed Burglary " " ✓
~~[illegible]~~
✓85-5415 - Armed Robbery " " → Unarmed Robbery
Larceny

(#1) Emily Lichwala

(A) Background - explain how she lived alone at 33 Covel St. How long she has been in the house and alone.

(B) Nov 30, 1985 she was in bed and heard loud bangs about 3:25 A.M. She alone heard the glass banging and breaking.

(C) Have her describe how door from cellar to the inside of house was double bolted. Go over the fact the cellar window (Vent) was kicked in!

✓ offer Picture (D) Explain how he got outside and then broke door to breezeway and to inside the house. (Glass in both doors) Door to breezeway and Door to house. Describe the Destruction to property and where Pool Cue found.

✓ offer Pictures

(E) Make sure she says her pocketbook was taken with Money, personal papers and a variety of credit cards from a variety of stores.

Never Saw Intruder

✓ offer into Evidence.

Wenesday Meeting

1) Where is Sgt Kelly's Report based on Finding hichwala property After 12/10/85 STATEMENT TO R. KANE.

2) Where ARE property Slips 51458 + 51465 (A. Caneveri Took Pubic + Head HAIR ON 12/8/85.

3) Seri-kit on Prekop 11/30/85 → M. Popko picked up From Boston To HAVE Kennedy TAKE TO Washington

4) Did BAKER FIND Pool Cue? Where? 49467.

C v Perrot 11/30/85

① Marianne Popko → Fresh Complaint on 11/30/85 Sexual Assault of Mrs Prekop

② Robert Cheetham — SPD → Arrived At Scene both Residences.

③ T. Jarvis - Statement
④ Tom Kennedy →

Charges

1. 85-5416 → Indec A+B (11/30/85) R. Prekop
2. 85-5417 → A+B " " " "
3. 85-5418 Aggravated Rape " " " "
4. 85-5425 → Armed Burglary " " E. Lichwala
5. 85-5422 → Assault w/Int Rape " " " "
6. 85-5421 → Armed Assault Dwelling " " " "
7. 85-5423 → Armed Robbery " " " "
8. 85-5420 → Armed Burg " " M. Prekop
9. 85-5419 → Armed Assault Dwelling " " " "
10. 85-5415 → Armed Robbery " " " "

Ice → Miranda Card!!!

Perrot 45-50 (85-5418)

① This defendant is absolutely devoid of all factor we normally associate with human beings.

② ~~There shouldn't~~ Court shouldn't concern itself with his age. We should recognize that some people are inherently evil!!

③ Glad he testified → Got a Chance to Take a Good Look at him → Doesn't take much imagination to recognize him for the Sociopath he is!!

④ Background → ~~[illegible]~~ 13 years old and is Committed to D.Y.S → no break in Record
Ⓐ Convicted 6 or so B+E's
Ⓑ Robbery etc

McNab

⑤ Rehabilitation Is a Joke!!

⑥ Victim's Gone → Recognize he hasn't been convicted

~~[illegible]~~ Issues

Ⓐ Mrs. Preckop →
① Fortresses
② Steel Bar Installed + Pry Bars!!

Ⓑ Hyperventalating → Why Relax I'll live longer!!!... (Everything)

⑦ Punishment Fitting the Crime

Perrot

(Nov 30, 1985 - Lichwala
Prekop)

1) 11/30/85 Police Report - Robert Cheerham

2) 12/31/85 Authorization for Lab Speciman → Signed by Δ

3) 12/7/85 Hair + Pubic Blood Search Warrant Waiver → Signed by Δ. (Witness by T. Jarvis)

4) 12/8/85 Head + Hair Samples Taken by A. Canaveri. (Prop slip # 51458 + 51465)

5) 12/7/85 Lineup Summary → Can be Testified To by Sgt T. Kelley.

6) 12/7/85 The Defendant's Statement → (T. Jarvis Witness)
(2 Right To Use Telephone Cards And 2 Miranda Cards → Witnesses T. Jarvis + T. Kelley)
Also → R. Kane's Police Report → (12/10/85)
He Took blood Sample → T. Kennedy Took To Washington.

7) 11/30/85 Two 911 Reports Concerning Lichwala Incident. One 911 Report Concerning Prekop. Statement of Mary Prekop.

8) 11/30/85 Property Taken:
A) Sexi Rape Kit (M. Prekop - M. Popko) 49447
B) 1 Pair Gloves Red Stain (Bedroom Sgt Kelley) 49449
C) Door Bolt (Entryway Home - Sgt Kelly) 49450
D) Pink Bed Sheet + Pillow Case (Victim's Bed) 49452
E) 1 Pair Knit Gloves (On Property - Sgt Kelly) 49492

9) 11/30/85 Map of Area

10) 11/30/85 Grand Jury Minutes pertaining To Lichwala + Prekop Cases on These Dates.

11) ~~[illegible]~~ 10/2/85 Motion To Suppress Ruling (Judge Murphy)

12) 12/10/86 Property Found: (1 Brown Handbag, Papers + Credit Cards) Found Hilltop Dr + ST by Sgt Kelly. Belongs To Emily Lichwala. 49495

13) 12/1/85 → 3 FOOT POOL CUE (FOUND AT SCENCE by D BAKER) 49467.

14) 9/2/86 → MOTION TO SUPPRESS STATEMENT
15) 12/7/85 → LINEUP PHOTO

Final

① 1 dollar and Change Purse Taken
② He put Something in my Vagina.
③ ~~Dark~~ Black Wavy hair & Sneakers.
④ The Chair being pulled.
⑤ Pocketbook Gone!!
⑥ Jarvis → Why nothing about Sexual assault in statement!!

⑦ Blow his brains out!!!
⑧ Got back from Brattleboro at about 3 P.M.

Smead®
No 153C-1
HASTINGS MN
LOS ANGELES-CHICAGO-LOGAN, OH
McGREGOR TX-LOCUST GROVE, GA
U S A

Emily → Anything that ever meant anything to me he took

1) your Rings
2) Husband Rings
3) Lockets
4) Purse
5) My Self-Respect
6) my Dignity
7) My reason for living
8)

G.J

Lichwala → 10/24/85
- (A) Entry - dryer Vent
- (B) " " 2:30 A.m
- (C) Reference to Partial print
- (D) " " to footprints
- (E) Pillowcase around face

Marchard → 9/21/85
- (A) Pillowcase around head
- (B) Rape around 1 - 1:30
- (C) ~~Liad~~ Window - Breezway busted + screen off window
- (D) ~~Bloom~~ Blood on sheet (PGm+1) is consistent Perrot
- (E) Head hair of Δ? (Timmermans were) not compared ?
- (F) Fingerprints

Witness
1. Westcott
2. Timmerman
3. Atkins
4. Alfred Roberts
5. Kennedy
6. Canaveri

Timmerman
Atkins

Evidence

T. JARVIS → JARVIS

✓ miranda
✓ STATEMENT
✓

T. Kennedy → CAN I.D The Box and the CONTENTS and was TAKEN TO WASHINGTON ON 4/1/87

NO 2- ~~Rape~~ Evidence KITS

Chetham → 3:25 Covel

✓ went both address.
✓ ~~what times~~ both houses.
✓ observation of forced Entry

T. ~~Ken~~ Kelly → Δ lived, Distance from covel to Malibu!

11/30/85

① Went To Both addresses
② Responsible FOR Securing Evidence
③ Enter Pictures of bedroom and where Gloves found And sheet From.
④ 1 PAIR Gloves (49449) and Pink Bed Sheet + Pillow

~~R. Kane → 12/10/85 CASE from Victims Bed (49452) and~~

Ⓐ 1 Flowered Bed Sheet →
(49452) → + Pink Pillow Case
Ⓑ (49492) → Pair knit Gloves

⑤ 12/7/85 - Mirandized Δ

ID + personal papers ⑥ 12/10/85 Hilltop Dr → (Pictures + What Found)

[redacted]

Final

#1) Go Over 2 Charges Lickwala (Armed Robbery + Armed Burglary) and 5 Charges Prekop (Unarmed Robbery, Indecent A+B, A+B, Armed Burglary and Aggravated Rape) Explain Identification is the Case!!!

#2) Verdict is Based on Inescapable Conclusion!! (Not Guilty Beyond a Reasonable Doubt because of any one factor but all events in conjunction with each cause you to make a Guilty Determination Which Is Inescapable!

#3) Go Over Mrs Prekops Lack of I.D.

Ⓐ Never Saw face (Only hair + Sneakers)

Ⓑ D's Counsel tried (Never Saw face)

Ⓒ Age, No Glasses, Fear, lights knocked off!!!

Ⓓ Mrs L Never Saw him!!

#4) Why Is Your Conclusion Inescaple.

Ⓐ Statement → Must be Explained away! (Some one lies in house?) If made up Why Not ~~Real~~ Rape in P.P.

Ⓑ Kelley → Pocketbook

① Never found 11/30/87 - 12/7/87 (Had No Idea Where to look

② Location Where ~~both Alone~~ One familiar with neighborhood (D lives in neighborhood)

Ⓒ Both Woman Elderly + alone. ~~Counsel~~ ??

Ⓓ Oaks → Identical ~~15~~ 25 Characteric (Not Her's - His)

~~Serologist~~
Eubanks
(A) Gloves → In bedroom — refer to Statement!!!

Must be Other People In Spfld With Dead Hair!!!

Final

✓ #1) Charges Pending
Lihwala (Burglary + Larceny) Prekop → A+B (Pectures); Indecent A+B (Mouth Breast) Assault on Occupant, Unarmed Robbery, and Aggravated Rape (Rape committed in the Commission or attempted Commission of Unarmed Robbery or Armed Burglary

✓ #2) Not Saying The Evidence Establish Proof Beyond A Reasonable, I'm suggesting his guilt is an inescapable conclusion that would be made by any objective group → Not for one single reason but Rather due to all the events
✓✓✓ + reasonable inferences taken in conjunction
85 with each other.

✓ #3) Defendants big Points:
A) Mrs. Prekop → (Can't I.D + Clean Shaven → Could Never Saw Δ!)
B) Nothing taken in reference Robbery (Charge Purse + Dollar)
C) Didn't know Δ!!!!!!!!!

#4) Why Conclusion Inescapable?
A) Statement → explain Away or Case Over! (Voluntariness or Lack Miranda Not At Issue) Question Is: Did He Give It?
4 points A ① Why Leave out Rape?!
② Details 1st Two Paragraphs.
③ Pocketbook Not Known Dec 7, 1985
④ Lab Evidence Could Bury Police.

B) Kelley → Pocketbook, Plus Both Woman alone Establish Perpetrator from area. Plus Westcott (

(over)

Ⓒ Oaks → Hair fibers → 15-25 Characteristics
He's Conservative → Identical + Not hers!
(We know She lives alone.) Highly Unlikely
to find 2 Head Hairs from 2 Individual He
Couldn't distinguish.

Ⓓ Mr. Ewbanks → Ⓐ Not her Blood, Probability
Hypo → 32 alternatives any of other 28 ~~Its~~
Not Him. Not hers.
Ⓑ Glove → His Blood!

Δ's Case →

√√√ ① Mother → Welts from Crying
(Pictures kill her)
② Sister → Finally admit Said
Welts + Bruises → (Pictures Kill) Probably




③ Kelly burns her → 20-30 Times

④ Δ → ~~5~~ Major Points
Ⓐ Knows area (2 Victims)
Ⓑ area Where Pocketbook fell
Major Pt √√√ Ⓒ Wits about him to Run!!
(High + Incoherent Next day 5)
Ⓓ ~~Statement~~
☆ Ⓔ Demeanor → Funny

Δ is Saying;
① Δ admit in House When Crimes Occur
② Facts (Pocketbook + Elderly Woman Alone
Establish Perpetrator knew above → Δ did)
③ Out Late at Night (Dec 7, 1986) and
Out 3:15 A.M. 11/30/87
④ Glove found → I.D. his Sister who
he lives with his blood Marker
⑤ Head hair → his not Victims
⑥ Blood → Not Hers → His!!

Com Witnesses

1. Loudon → Sent Down item from Prekop 11/30/85
2. Canaveri → Sent Down items from Δ
3. Troy → picked up Seri Kit, Blood mrs Prekop (Kennedy delivered)
4. Kane → Blood from Δ at Jail
   Statement ~~to~~ Δ made about Lichwala

FBI #1)

1. Where is Evidence
2. Go over Report

List of Witnesses

~~1 Emily Lichwala - Spfld~~
~~2 Mary Prekop - " "~~
3 Robert Cheetham - S.P.D 783 9396
4 Maryann Popko - " "
5 Sgt Thomas Kelly - " "
6 Sgt Thomas Kennedy - " "
Fitchett ← 7 Thomas Jarvis - " "
~~8 Richard Kane - " "~~
9 Wayne Oaks → FBI (Washington)
10 William Eubanks - " "

You are FA

Talking freely ✓✓✓

✓✓ → Girlfriend Betty

police initiated interrogation ✓✓ interrogation

C v Perrot 1 Dec 7, 1985

Charges:

85-5426 → Unarmed Robbery (Sapelli)
85-5410 → Arm Burglary (McRabb)
85-5411 → A + B Dang " "
85-5412 → " "
85-5413 → " "
85-5414 → armed assault Dwell
85-5427 – A+B on P.O (Murphy)

① Sheileen Sapelli

Ⓐ Background → 25, 31 Fort Pleasant ave. Went (12/7/85) to Denny's on Cooley St to get something to eat. With Ann Serafino (friend).

Ⓑ Separate cars → Walking into Restaurant with D ~~touches~~ (Imp) left side of body, W/m Scraggly hair, Dark coloured jacket, Grabbed pocketbook (Touching) ran across Cooley (Diagram) Ran after him (Serafino actually chased to Malibu Dr.) She Flagged down cruiser + gave details. (Were on way back to Denny's)

Ⓒ Waited about 20 mins police arrived. Went back to Malibu and Ann showed police her prints and those of assailant. Back to Denny's

Ⓓ Ten more minutes, or so came back told them of arrest, going to make I.D got in cruiser. Heard of Escape got out of cruiser. Saw him in bushes, Police brought him back for I.D, another cruiser came back + gave her pocketbook. Serafino made I.D alone.

I.D in court contents + DJ

(2) Ann Serafino
(A) Background
(B) Can't add much to Sapelli other than chase to Malibu Dr and show footprints in photo. (Showed police where footprint end!!
(C) I.D'ed the D

(3) officer? → Who brought D back to Denny's for I.D

(4) James Murphy
(A) Background
(B) about 2:15 A.M responded to 6 Ellendale St for assault. Door open, broken, lock catch on floor. Met Victims (Told what happened, Gave Description of assailant) → went to Breezeway, found brush part on ground. Handle in house broken off. Observed 6 footprints on patio Made a sketch.

offer

(C) Left to look for suspect (as a result of Description had D on mind) Stopped Ann Serafino (told of pocketbook snatch) fresh footprints etc. Examined footprints in driveway at 329 Cooley St, same as ones on Ellendale. (Because of description when to 81 Malibu and observed exact same prints leading to driveway and into backyard, prints stopped, returned from yard and led up the stairs of house. Called for DS Foley.
(D) Mrs. Westcott gave consent to enter. D's door locked. Nancy brought keys. She opened door. D laying on back, feet over edge, near feet, blue vinyl pocketbook containing papers of Sheileen Sapelli.

offer

(E) Four $20 bills, 2 fives and 3 ones on dresser. D under arrest, on way to Cruiser to go to Denny's, as I attempted to unlock door, D struck with left shoulder, knocking him into cruiser. Ran westerly on Malibu over fences. Caught w/in 5 mins. (Describe Malibu, Cooley Allendale etc.., (offer Photo's of McNabbs + footprints photos + D's shoes)

(5) Dt Gerald Foley

(A) Background

(B) Emphasize the consent of the Westcotts.

(C) D was lying widthwise on bed. order returned to Denny's for I.D

(D) Dt Foley Caught him!

(6) Mr. McNabb

(A) Background

(B) Night of Dec 6, 1985 both he + wife asleep by 10:30 P.M. (Wife screaming, "There is someone in our house")

(C) Saw guy walking toward bedroom.

(D) Got up, guy swung at head, blocked by arm. I was yelling, "Who is it help"

(E) Blocked two more hits. Dropped broom + ran from house. Police there fast, gave info to them, photo's taken.

(F) Broomhandle belonged in breezeway.

✓ Later that Day went to P.D – Immediate offer I.D of D but not same jacket! (Scanlon)

(7) Sgt Thomas Kelley

(A) Background

Findings (B) Called at home 3:30 A.M. Talked to D about 5 A.M. Read Miranda Warnings signed card and telephone rights and

✓ agreed to talk to Kelley.
offer

-4-

(C) admitted to Kelley that he did the purse snatch + the B+E on Ellendale.
(D) Kelley Involved in Search!!!

(8) Jarvis → (A) Background
(B) He gave Miranda + Telephone
Δ admitted his guilt to B+E + purse snatch
offer (C) about 12:30 re-interview, again Miranda Warnings (Δ signed Search Warrant Consent + gave permission to take
offer blood + hair.
(D) 45 min interview, Read

offer statement (9) Search of House ???
I need copy.

(10) John Scanlon → I.D
(A) Background
(B) I.D of Lineup
(C) McNabb's Immediate I.D
+ ~~Statement of~~ Jacket
offer (D) Fact it wasn't same jacket as when arrested
(E) Photo of Lineup.

Issue
(1) Who went on search Warrant, What Was found by whom?
(2) Who took sneaker + made Comparison?
(TRITES)

Com v Perrot November 30, 1985

85-5425[redacted] – Armed Burglary (Lichwala) ~~[illegible]~~ Burglary ✓
~~85-5422~~ – Assault w/int Rape (Lichwala) ✓✓✓ OK OUT
85-5423 – Armed Robbery (Lichwala) OK Larceny ✓
✓85-5416 – Indec A+B (M. Prekop) ✓
✓85-5417 – A+B (M. Prekop) ✓
✓85-5418 – Aggravated Rape (M. Prekop) ✓
✓85-5420 – Armed Burglary " " ✓
~~[illegible]~~
✓85-5415 – Armed Robbery " " → Unarmed Robbery
Larceny

#1 Emily Lichwala

(A) Background - explain how she lived alone at 33 Covel St. How long she has been in the house and alone.

(B) Nov 30, 1985 she was in bed and heard loud bangs about 3:25 A.M. She alone heard the glass banging and breaking

(C) Have her describe how door from cellar to the inside of ~~the~~ house was double bolted. Go over the fact the cellar window (vent) was kicked in!

✓ offer Picture (D) Explain how he got outside and then broke door to breezeway and to inside the house. (Glass in both doors)

Door to breezeway and Door to house. Describe the Destruction to property and where Pool Cue found.

offer Pictures

(E) Make sure she says her pocketbook was taken with Money, personal papers and a variety of credit Cards from a variety of stores.

Never Saw Intruder

offer into Evidence.

(2)

(2) Mary Prukop

(A) Background - Age, lives alone on Malibu Dr. Has never been married. Used to live with mother.

(B) About 4 A.M I woke up to what she thought was glass breaking. Dog barking. Went to the living room, then after quiet back to bed.

(C) Dog barking got up with stick, walked out and saw man hit him on head he pushed me ~~[illegible]~~ into bedroom. He grabbed the stick, shut the door before the dog got in.

(D) He threw her on the floor. She was still fighting. He hit her in the face. Kicked her thigh etc. Pulled nightgown aside and sucked left breast. Couple of minutes.

(E) Top of her, pushed nightgown up and lifted legs up. Put something in vagina, not sure what it is. He got up and left. Pocketbook on floor with contents out. Had dollar it was gone. Called Police

(F) When 1st in bedroom he broke lamp on dresser.

offer (G) Imp → There were gloves on foot of bed that were not hers.

(H) Can make no I.D.

offer pictures (I) She was not ~~beaten~~ bleeding but viciously beaten.

(3) Off Robert Cheetham

(A) Background

(B) Working day watch 12-8AM on 11/30/85. Calls came in at 3:25 for Covel and 4 A.M on the Prukop.

offer photo (C) Offer the remaining pictures showing forced entry into the home of Prukop and the home on Covel Street.

(4) Mary Ann Papko (3)
(A) Background - C.P.B. etc
Took a Statement from Mrs. Prekop on 11/30/85 at about 8:10 A.M.
(B) Go into the fresh Complaint making sure to omit the ~~Rack~~ Part about last attack

(5) Sgt Thomas Kelly → Δ arrested at 87 Malibu

(A) Background etc → In Charge of C.P.B Morals 4-12 etc... Was involved at both 33 Covel and 27 Malibu on 11/30/85. Was responsible for gathering, securing and maintaining all evidence from both residences.
(B) Can he tell what physical Evidence taken from 33 Covel and where it was found? Poolcue!!! (Show Picture) ~~#...~~
offer Poolcue!! (C) Please Document what was taken from Scene at 27 Malibu and how it was preserved - Wrapped etc..
(1) Pink Bed Sheet and Pillow Case from Victims Bed 49452.
Show Picture (2) 1 Pair of Gloves With Red Stain marked ~~49449~~ 49492 (sent 12/7/85)
Δ arrested 87 Malibu.
(D) So all the Evidence sent to F.B.I were from Prekop Incident and involved [Bed Sheet + Pillow case] ~~and~~ 49452 and 1 Pair of
49492 Gloves ~~49449~~. To Be ~~[illegible]~~ Checked!!!
(E) ~~[illegible]~~ No latent Prints found from Either Residence.
(F) 12/7/85 Δ arrested. He was called in and gave Δ his Miranda Rts and
offer Right to a Telephone Call.
(G) 12/10/85 as a Result of a Call from
★ (I) Δ's hair sent → 1/23/86 — Cover letter

(9)

mp → Couldn't ID the person! Richard Kane he went to Hilltop Rd + Street and found Lickwala pocketbook ✓ with personal papers.

offer Pictures (H) Show where Covel is in Relationship to pocketbook, to 87 Malibu to 27 Malibu Drive, (Distances etc)

(I) Prekop lived alone, as Did [crossed out] Lickwala!

✱ Det Richard Kane → FITCHETT → When Blood TAKEN

(A) Background - - + SENT!!

(B) Dec 10, 1985 → Went to York Street Jail to get blood Samples. (Terry Abendale)

(C) While blood being drawn began talking freely about his girlfriend. At this point Miranda

(D) Δ said he understood but wanted to ~~talk~~. . . . . Asked about Covel Street he said he broke in, . . . asked about pocketbook, he described how he ran up Covel Street, He Stated he threw the pocketbook in some bushes by the last house on the Street. He said the house where the driveway goes up the hill on the right hand side in the bushes

(E) Went back to CBP and gave information to Sgt Kelly.

① Couldn't ID Prekop ③ much bigger NOW THAN END 1985
② Breezeway Door

(7) ~~E~~ Det Thomas Kennedy Don't Mention Rape kits

(A) Background

(B) Went to Washington and handed delivered to the F.B.I

① Δ blood Samples (He Witnessed it!)

② Mrs. Prekop's ~~blood Sample~~ and head hair

(C) The above delivered 4/1/87.

(D) On 3/31/87 → Saw blood drawn from Δ!

(5)

(8) Det Thomas Jarvis

(A) Background in D.B Etc
(B) 12/7/85 Got to Work about 7:30 or So. Orally Gave him Miranda
(C) around 8 brought downstairs to be booked and processed. Had no conversation up to that point about the incidents of Nov 30, 1985.
(D) Went down to booking to bring Δ back around 12:30. During ~~that~~ time (8-12:30 was familarizing himself with incidents concerning Covel St + Malibu Dr of ~~11~~/30/85. Put in Interrogation Room.
(E) Put in interrogation room. Miranda Warnings and Signed. No Problem Under-Standing. Go Over them. offer
(F) Hair Sample Waiver. Explained the alternatives. He signed.
✓ offer (G) We had lunch, he made a number of phone calls in a private room (Arson Squad) and he went to the bathroom. Called girlfriend, Sister, Mother, Etc.
(H) around ~~3~~ 3 o'clock I began to talk to him about the two incident with the Elderly Women on 11/30/85.
(Ever indicate he no longer wanted to talk or wanted a lawyer present?)
(I) Very Emotional, At Times indicated He Wanted to take his gun and kill himself. "I'd like to kill myself. I should be dead."
(J) The Entire Questioning took about 1 hour to 1 hour and 15 minutes.
(K) Read In the Statement and offer it! New Miranda? offer

(6)

(L) Go Over the Statement and have him explain the G.P'S and the fact he initialled it 4 times.

(M) Never had Problem with George Got along with him fine.

(N) Two Miranda Cards

(O) Δ did not want to go to the cell.

(9) Wayne Oaks

(A) Background in Law Enforcement. Is ~~in~~ a agent. Went to BC and has a degree in Pre-Med. Experience in law enforcement and experience in Hair and Fiber and what Schooling in this area.

(B) Explain in detail what exactly Hair Comparison is! How many Courts has he testified in and given an opinion based on his miscroscopic hair analysis?

Use the Backboard ↙ (C) Explain in detail how an analysis is done and how each hair fiber has 15-25 characteristics. He will only say two hairs are consistent if every ~~characteristic~~ characteristic of each hair is identical.

(D) Refer his attention to an Examination Result from a 3/13/86 F.B.I Report. Refer to Exam Referring to Lab # 51226011 S WK WM → Victim (Mary A Prekop)

(1) Was able to remove a brown head hair from Bedsheet and off of Paper used to package Bedsheet, Gloves + Pillowcase!

(2) Compared these ~~from~~ to K-6 Head Hair from George Perrot previously Submitted had all the same Characteristic, Could have been Δ's head hair.

(3) Give hypo as to how identical and Hypo of putting all hairs in a bag!!

(E) Refer his attention to a August 4th, 1987 Report → In this Matter he was asked to Compare these Previous 2 Samples found (Q3 + Q4) with Mrs. Mary A. Prekop's head hair.

(1) Mrs. Prekops head hairs are Microscopically dissimilar to Q3 + Q4. Thus hair found Q3 + Q4 Could Not Have Originated from Mary A. Prekop.

Very Rare unable to Distinguish Head Hairs from 2 Separate People.

(10) Wm Eubanks →

(a) Background in Education and In the F.B.I. How he got into Serology. What Exactly is Serology. Explain exactly who FBI Services. How many courts he has testified in as an expert.

(B) Received communication from Spfld P.D concerning the Case where of Mary A Prekop identified as the Victim. We Received

Use Board

(1) Pillowcase, Pair of Gloves, Bedsheet and Paper used to Package the items.

(C) Performed Examination (Serological) that led to filing of 3/13/86 Report. Findings:

1) On ~~[illegible]~~ Bedsheet → Blood
Q3 Stain → PGM SUB 1+, EAP BA, HP 2-1, TfC
2) Q5 → PGM SUB 1+
3) Q6 - PGM SUB 1+

(D) Later on Received → 4/1/87 → Hair Blood from Prekop, Blood Δ

[redacted]

(8)

On Board

Results: (1) Blood on Gloves Consistent Δ's Blood, also hers?
(2) Blood on Bedsheet is absolutely not Mrs. Prekops and is Consistent with Every Genetic Marker (Explain) ~~with~~ of Δ's
↓
Law of Independent? → 8% of Caucasions Δ is one.

Perrot Case → Problems

#1) The hair fiber's taken from Mary Prekop bed ~~on~~ the 11/30/85 Rape were compared with the hairs taken from Perrot; never ~~taken from~~ were hairs from Mrs. Prekop to be analyzed.

#2) One of the blood stains (The blood found on the sheet in her bedroom is not consistent with Perrot's sub-grouping!!

F.B.I

Trent Howell

Hair → (Prekop) 4346

Wayne Oaks → 202-324 4361 Ext 4346

file # → 95-270-551

Ed Burnetz 4344 Lab # → 512-26-011-5 WK-WM

301-240-535 WZ-UK

Blood Serology → (Prekop)

Bill Eubanks - Bob Hall → Same # (Serology)

[illegible] file # 95-270-551

Lab # 512-26-011-5 WK WM

601-03-042-5 WM

Re Top

Evidence Control Center 01105

S.P.D 130 ~~Plea~~ Pearl St

c/o Detective Kevin Burnham

C P B

F.B.I → Spfld P.D ① Δ-i

10/3/85 → LeTTeR To F.BI BASeD ON Marchard RApe of Sept 21, 1985. Number of items SeNT including Δ's print Card. Also blood-STAINS ON Victims bed sheet AND pillowcase. (LATENT Print from WiNdow + ~~[illegible]~~ meTAl door pull. CASe is Given FBI #51007043 S WK WM.

Nov 29/85 → FBI Analysis of Above - ImporTANCE
Ⓐ Q2 → (Victim's bedsheet) 3 Semen STAINS A + H Blood group substances. (CAN'T Eliminate Perrot)
Ⓑ Q2 → Human Blood → Group PGM Sub I + (Consistent with Δ - 41% ~~White Males~~ Cauracions!! ?

Blood + Saliva of her! is needed!

Dec 24 1985 → F.BI Fingerprint Analysis ON 9/21/85 Marchand
Ⓐ 2 LATENT prints from meTAl door pull AND one LATENT print from WiNdow belong To Perrot.

Nov 8, 1985 → Evidence Sent To FBI ON The Lichwala RApe of 10/24/85 (2 Pillows, PJ bottoms, bed sheet, Pillow Cases etc) Given File # 51112044 S W2 UK! ITem Q1 - Q8

Dec 7, 1985 → Sgt Loudon → Sends To F.B.I. maTerial from 11/30/85 Prekop: 49452 (Pillow CASE), 49452 (Bedsheet) and 49492 (1 PAIR KniTTeD Gloves)

JAN 2, 1986 → Spfld P.D Sends (→ Perrot) To FBI → 2 Blood Samples, 1 Saliva Sample, 1 Control Sample filter paper.

JAN 9, 1986 → Above is Assigned 60103042 S WM

JAN 6, 1986 → F.BI Assigns 51226011 S WK WM To Prekop MATerial. (See 12/7/85 Report.

(2)

JAN 23, 1986 → FBI Report (see 1/2/85 Report)
Result K-4 (Perrot's Blood) K-5 → Δ
SALIVA -- K-4 (O, PGm sub1+, PEP A1, G6PD A, Le(a+b-) (NONSECRETOR)

JAN 23 1986 → Spfld P.D letter - submitts material (Head + Pubic HAIR OF Δ, Blood, HEAD + Pubic HAIR OF Mrs. Lichwala)

March 7, 1986 → FBI Report (Refer to 12/10/85 Letter Prekop CASE) Pillowcase - Q1, Sheet Q3, NO Latent Prints.

March 13, 1986 → FBI EXAM → Brown head hair ~~WAS~~ From Q3 (mrs Prekop Sheet 11/30/85) and Q4 (Paper → ??) Consistent with Δ's head hairs → K6 → (60124053 S WZ UK) also
↘ Lichwala
Q3 - Prekop sheet - 11/30/85 → PGm sub1+, EAP BA, Hp2-1, TFC "
Q5 - Gloves at Scene Prekop 11/30/85
PGm sub ~~2~~ 1+
Q6 - Gloves (PGm Sub1+)

April 2, 1986 → Analysis From Lichwala Rape 10/24/85
Could be victims blood. ← # Blood Found on Pajama bottoms, Pillow CASE + sheets (Q5, Q6, Q8)

August 8, 1986 → FBI Report → Kennedy Delivered on 4/1/87
(A) K-11 Blood Sample Δ
(B) K-12 Head HAIR Prekop
(C) 2 Rape Kits
(D) Slides (51226011 S WK WM - Prekop)
(E) Blood Sample Prekop K-13

(OVER)

(3)

Results → (1) K-11 (Perrot's Blood) → PGm Sub 1+, EAP, BA, Hp 2-1, GC1, TfC

compare to 3/3/86 analysis

(2) K-12 (Prekop Blood) O, PGm SuB 1+, EAP B, Hp 2, Tf CB, LE (A-b+) Secretor

→ K-13 (mistake on Report)

Finally → K-12 – Prekop head hair NOT consistent with Q3 + Q4 (Sheet 3/13/86 Report) This hair NOT Prekop's

Nov 27, 1987

atty Hammerschmith;

Today you provided me with a hand written note of those items of discovery you have either never received or have lost. I have going through the police file and am answering accordingly:

#1) a statement given by Mary Prekop on 11/30/85. a 911 Report Concerning Mrs Prekop and a 911 Report concerning Mrs. Tichwala. (11/30/85)

#3) All Pictures pertaining to the above cases can be reviewed at my office on Wenesday December 2nd, 1987 at 10:AM.

#2) I have enclosed a Copy of the defendants statement.

#4) To the best of my knowledge no evidence from the Prekop Rape was sent to Seri on the 11/30/85 incident.

#5) To The Best of My knowledge Mrs. Prekop was never shawn photos of the defendant. I will ask the police about this.

#6) I believe Mrs Prekop refused to go to the Hospital on 11/30/85 but against will have to verify this will the police.

(over)

#7) I have also enclosed; a police report pertaining to 11/30/85, Property Receipts from 11/30/85, Search Warrant Waiver from 12/7/85, a Police Report of Richard Kane and a Authorization To Obtain Court Ordered Laboratory Specimen.

Francis Bloom

1. All police reports, 911's, witness statements related to Prekop/Lichwala charges (I have none, except Lichwala 911)

2. Copy of George's statement re: Prekop/Lichwala (I've lost my copy)

3. Any pictures taken in connection w/ Prekop/Lichwala (including pictures of Ms. Prekop)

4. SERI sexual assault M.D. report for Ms. Prekop, and written report of results of exam. of assault kit

5. Did Ms. Prekop see photos of George or other suspects prior to the line-up

6. Copies of Ms. Prekop's medical record

~~Pukop~~
~~Lutwoolk~~
~~Chatham~~
~~Bo...~~
√√ [illegible] → Blood TAKEN from Victim SENT TO FBI
[illegible] → 4/1/87 → HAIR TO FBI, Δ's Blood FBI
Kelly →
Jarbis √√√√
Oaks
Eubanks

Kelly Questions

√√√ (1) Ever able to I.D Pukop
(2) Breezeway Door!!
(3) Much bigger now

B- I.D

GEORGE PERROT - DEF.
EVIDENCE SENT TO LAB

RE: MARY PREKOP 11/30/85 (VICTIM)

1) A HAIR FROM SHEET MATCHES PERROT'S HAIR
2) BLOOD ON GLOVES IS CONSISTANT WITH PERROT'S

IR& FIBRE: WAYNE OAKES TEL.# 202-324-4361 EXT. 4346
FBI FILE # 95-270551
LAB # 51226011 S WK WM
LAB # 60124053 S WZ UK

EROLOGY: BILL EUBANKS } TEL.# 202-324-4361
BOB HALL }
MARY PREKOP
FBI FILE # 95-270551
LAB # 51226011 S WK WM

BLOOD + SALIVA SAMPLES FROM GEO. PERROT
FBI FILE # 95-269368
LAB # 60103042 S WM