that something similar where you were just there to watch the blood be drawn?

A. It was on an arrest. I was in uniform and it was nothing I remember similar to this. It was for something else.

Q. And, when you went to -- so on that date, December 10th, 1985, to the York Street Jail to collect that blood, did you have anything with you?

A. A couple of vials. There might have been three, but at least two or three vials of the blood to give to Mr. Aberdale.

Q. Okay. What about like did you carry a notepad or a notebook with you?

A. I didn't.

Q. And, at that time, before you went to the York Street Jail, had you met or seen George Perrot before then?

A. Never.

Q. And had you ever seen or -- excuse me. Have you ever heard anybody in the police department talk about George Perrot?

A. Not that I can remember, no.

Q. I'm going to show you another report. This will be Exhibit 2. I'll mark it this time.

(Exhibit RK-2, Springfield Police
Department property receipt, marked)

Q. (By Ms. Gizzi) So Officer Kane, have you ever seen this document before?

A. Well, I made it out.

Q. Okay. And could you describe what it is?

A. This one says: One tube of blood taken at York Street Jail, by T. Aberdale, from George Perrot. Charges: Aggravated rape, burglary. One tube.

Q. Did you write this? The handwriting on here, does it belong to you?

A. I wrote this, yes.

Q. All the handwriting on --

A. Except for the property division.

Q. So is the type of property receipt that you would fill out for a piece of evidence?

A. I see that I wrote one tube of blood, but at the bottom I wrote blood samples for John Colcatic [phonetic]. He was the lab.

Q. Yes. And I'm not trying to trick you so I'll give you the other property receipt. I was just trying to be simplistic about it. But there is another one that says to you.

A. Yeah. Okay.
Q. So you weren't losing your mind. Don't worry.
MS. GIZZI: So this will be Exhibit 3.
(Exhibit RK-3, Springfield Police Department, property receipt, marked)
Q. (By Ms. Gizzi) So okay, now that you have both of them in front of you, just for context, and are those property receipts that you would have filled out for evidence in this case?
A. Um-hmm.
Q. Is that a yes?
A. Um-hmm. I'm sorry. I'm still looking at it.
Q. Just let me know when you're done reviewing that.
A. I'm done, yes.
Q. So just a couple of general questions. The number at the top right, either of them, 494097?
What does that refer to?
A. The number that was on the pad that I wrote on.
Q. So I guess was it kind of like a checkbook and there was a number for each -- on each

property receipt?
A. Yeah. It looks like these are the back of it.
Q. Do you remember was it on carbon paper?
A. It could be. I really don't remember.
Q. So the Exhibit 3, that I just handed to you, which is the one that says three tubes of blood.
A. Yes, I see it.
Q. On this one, is this also your handwriting all on this side, all on the left side of the exhibit?
A. That, the three is not my handwriting.
Q. Okay. Is any of it your handwriting?
A. Yes. The name George, aggravated rape, robbery, taken at York Street Jail. T. Aberdale.
Q. Did you write the --
A. This phone number, I didn't write that, no.
Q. And do you recognize the handwriting as someone else's?
A. No.
Q. And then, on the other side, under for property division use, that's not your handwriting, correct?

A. No. That would be the officer receiving the property.
Q. Okay. So I know we jumped around. So when, after or during collecting the blood was these property receipts written filled out?
A. By me on 12/10.
Q. So was it after you got back to the station?
A. Yes.
Q. And were they actually physically put on an envelope or on a piece of evidence that has the blood on them?
A. The vials of blood?
Q. Um-hmm.
A. They were put in an envelope and sealed.
Q. With the property receipts?
A. Because this was attached to it.
Q. Okay. I understand.
And so who did you give the evidence to, if you remember, once you got back from York Street Jail?
A. I don't -- let me look at the right for property divisions. I have no clue. I don't remember.

Q. So if this three is not your handwriting?
A. The three only, yeah.
Q. Do you have any idea who's handwriting it is?
A. No.
Q. Did you write just the tubes of blood, or was there a number under the number?
A. No. I would have to assume I wrote three tubes of blood. Because that's what I remember bringing back, two to three tubes.
Q. Okay. You are just saying that you don't recognize the three to be your handwriting?
A. Well, look under the three. It looks like somebody tried to alter.
Q. Okay. And I think you mentioned below, under the remarks section on that same exhibit, is that your handwriting, the blood samples for FBI?
A. No. And I can hardly read it.
Q. I know it's light.
A. Everything I did, to the best of my recollection, there was a fellow by the name of John Colcatic, out of Northern Massachusetts. He was a lab technician that the city had contracted with.
Q. So going back to that other Exhibit No.